**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITES STATES FIDELITY & GUARANTY COMPANY, Plaintiff | : | |
| v. | : | C.A. No. 05-499ML |
| SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI, Defendants. | : | |

## ENTRY OF APPEARANCE

Randall L. Souza, Esq. and the law firm of Shechtman Halperin Savage, LLP hereby enter their appearance on behalf of all of the Defendants – Shire Corporation, J. Clark Donatelli, Jr. and Peter R. Donatelli – in this action.

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was served on this 30th day of January, 2006 via first-class mail, postage prepaid to:

CharCretia V. DiBartolo, Esq.
HINSHAW & CULBERTSON LLP
One International Place
Boston, MA. 02110

Andrea M. [signature]