**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITES STATES FIDELITY & GUARANTY COMPANY, Plaintiff | : | |
| v. | : | C.A. No. 05-499ML |
| SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI, Defendants. | : | |

**DEFENDANT SHIRE CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Defendant Shire Corporation ("Shire"), in accordance with F.R.C.P. 7.1, hereby submits the following corporate disclosure statement to this Court:

Shire is a privately held corporation. It has no parent corporation. No publicly held corporation owns ten per cent (10%) or more of Shire's stock.

SHIRE CORPORATION

By its attorneys,

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on this 6th day of February, 2006 via first-class mail, postage prepaid to:

CharCretia V. DiBartolo, Esq.
HINSHAW & CULBERTSON LLP
One International Place
Boston, MA. 02110

Andrea M. Salvaggio