**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 08 2006
Property of U.S. District Court
District of Rhode Island

UNITES STATES FIDELITY &
GUARANTY COMPANY,
Plaintiff

v. C.A. No. 05-499ML

SHIRE CORPORATION; J. CLARK
DONATELLI, JR.; and PETER R.
DONATELLI,
Defendants.

**STIPULATION**

Now come the parties in the above-captioned action, by and through counsel, and hereby stipulate and agree that the Defendants shall have until February 6, 2006 to answer or otherwise respond to the Plaintiff's Complaint..

AGREED TO:

UNITED STATES FIDELITY &
GUARANTY COMPANY

By its attorneys,

Charlcretia V. DiBartolo (#5862)
HINSHAW &CULBERTSON, LLP
One International Place
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

AGREED TO:

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

2/4/06
Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Enter: Mary M. Lisi
USDJ 2/8/06