UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITES STATES FIDELITY & GUARANTY COMPANY,
Plaintiff

v.

SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI,
Defendants.

C.A. No. 05-499ML

**STIPULATION UNDER RULE 26(a)(1)**

Now come the parties and hereby stipulate and agree that they jointly opt out of the initial disclosures set forth in F.R.C.P. 26(a)(1). The timing and sequence of discovery in this matter shall be governed by the Rule 16 Pre-Trial Scheduling Order entered by this Court and/or any Rule 26 Discovery Plan entered by this Court.

AGREED TO:

UNITED STATES FIDELITY & GUARANTY COMPANY

By its attorneys,

3/23/06

CharCretia V. DiBartolo (#5862)
HINSHAW &CULBERTSON, LLP
One International Place
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

AGREED TO:

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

3/23/06

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Enter: Mary M. Lisi USDJ 3/23/06