**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHIRE CORPORATION, JOHN CLARK DONATELLI, JR., and PETER R. DONATELLI,<br><br>Defendants. | CIVIL ACTION NO. 05-499 |

**UNITED STATES FIDELITY AND GUARANTY COMPANY'S MOTION FOR SUMMARY JUDGMENT AS TO THE DEFENDANTS**

Pursuant to Fed. R. Civ. P. Rule 56 and LR CV 56, Plaintiff, United States Fidelity and Guaranty Company ("USF&G"), hereby moves this Honorable Court for entry of summary judgment against Shire Corporation ("Shire"), John Clark Donatelli, Jr. and Peter R. Donatelli (hereinafter "Indemnitors"). As grounds for this Motion, USF&G states that the Indemnitors signed a General Agreement of Indemnity ("GAI") promising to indemnify and hold harmless USF&G for any and all losses incurred as a result of issuing bonds on behalf of USF&G's principal, Shire. USF&G has incurred losses as a result of issuance of a bond on behalf of Shire, but the Indemnitors have failed and refuse to indemnify USF&G. The Indemnitors, therefore, have breached the GAI and are liable for all losses USF&G incurred in fulfilling its obligations under the GAI.

In support of this Motion, USF&G relies upon the Memorandum of Law, Concise Statement of Undisputed Material Facts, and Affidavit of Roxanne Kasten, all of which are

submitted herewith.

WHEREFORE, United States Fidelity and Guaranty Company respectfully requests that this Court grant this Motion in its entirety, enter judgment in favor of USF&G on all counts in the amount of $261,410.33 and award such other and further relief as this Court deems just and proper.

Respectfully submitted,

UNITED STATES FIDELITY AND GUARANTY COMPANY
By its attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo (#5862)
HINSHAW & CULBERTSON LLP
127 Dorrance Street
Providence, RI 02903
Telephone: (401) 454-7700
Facsimile: (401) 454-8855

Date: August 3, 2006

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 3, 2006.

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo