#AF5562

CONTRACT BOND
FOR
COMPLETE PERFORMANCE AND FULL PAYMENT

KNOW ALL MEN BY THESE PRESENTS: THAT Shire Corporation of 3 Terminal Road, Providence, RI 02905 hereinafter called the "Contractor", and United States Fidelity and Guaranty Company, P.O. Box 1138, Baltimore, MD 21203-1138 called the "Surety", a corporation authorized to execute surety bonds under the laws of the State of Rhode Island and Providence Plantations, hereinafter called the "State", are held and firmly bounden unto the State in the penal sum of Ten Million, Nine Hundred Sixty-Five Thousand, Six Hundred One Dollars and Fifty-Six Cents ($ 10,965,601.56) lawful money of the United States of America, to the payment of which sum, well and truly to be made the Contractor and the Surety herein firmly bind themselves and their respective heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH THAT,

WHEREAS the Contractor did on the 24th day of May, 20 00, enter into written Contract with the State, being Contract No. 2000-CH-034, F.A.P. No. BHO-0563(00.. & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges & Ramps Contract 2E, Pawtucket River Bridge No. 550 to RI/MA State Line for approximately th sum of Ten Million, Nine Hundred Sixty-Five Thousand, Six Hundred One Dollars and Fifty-Si Cents ($ 10,965,601.56)

Now, THEREFORE, if the Contractor, its executors, administrators or successors, shall in al things well and truly keep and perform the covenants, conditions and agreements in the Contrac and in any alterations thereof made as therein provided, on its part to be kept and performe at the time and in the manner therein specified, and in all respects according to their tru intent and meaning, and shall indemnify and save harmless the State, the Department c Transportation and all of its officers, agents and employees, as therein stipulated, an shall also promptly pay for all such labor performed or furnished and for all such material and equipments furnished, (which as to equipment shall mean payment of the reasonable renta value, as determined by the State Department of Transportation, through its Director, for it use during the period of its use), as shall be performed or furnished for and used in carrying on of the work covered by the Contract, or shall see that they are promptly paid fo whether or not the labor is directly performed for or furnished to the Contractor or is eve directly performed upon the work covered by the Contract, and whether or not the materials ar furnished to the Contractor or become component parts of the work, and whether or not the equipment is furnished to the Contractor or even directly used upon the work; and shall als pay for all Workers' Compensation, Public Liability, Fire Insurance, Federal and Stat Unemployment, Social Security and Compensation Taxes; then this obligation shall become a be null and void; otherwise it shall be and remain in full force and virtue.

This Bond is subject to all such rights and powers of the State Department of Transportatio and such other provisions as are set forth in the Contract and the Plans, Specifications an Proposal incorporated by reference in the Contract: and is subject also to all rights of th State and others which are set forth with respect to such a bond in Rhode Island General Law Title 37, Chapter 12 (1956) and is subject to the provision that no extension of the time c performance of the Contract or delay in the completion of the work thereunder or alterations thereof, made as therein provided, shall invalidate this Bond or release th liability of the Surety hereunder.

IN WITNESS WHEREOF said Contractor and Surety have hereunto set their respective names thi 24th day of May, 2000.

WITNESSES:

Jean M. Heiss

Jean M. Heiss

Shire Corp.
CONTRAC

By: [signature] Pres.
TITLE

United States Fidelity + Guaranty
SURETY

By: L. Robert DeSantis
ATTORNEY-IN-FAC

The St Paul

# POWER OF ATTORNEY

**Seaboard Surety Company**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**

**United States Fidelity and Guaranty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**

**Power of Attorney No.** 20062

**Certificate No.** 360350

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, and that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, and that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, and that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin *(herein collectively called the "Companies")*, and that the Companies do hereby make, constitute and appoint

L. Robert DeSanctis, Gregory D. Juwa, James J. Axon, Michael F. Carney, Wilder Parks, Jr., Michael T. Gilbert and Kimberly A. Murphy

of the City of Woburn, State Massachusetts, their true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, to sign its name as surety to, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and sealed this 1st day of December, 1999.

**Seaboard Surety Company**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**

**United States Fidelity and Guaranty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**

1927 SEAL SEAL 1896 1977 1951

State of Maryland
City of Baltimore

JOHN F. PHINNEY, Vice President

MICHAEL R. MCKIBBEN, Assistant Secretary

On this 1st day of December, 1999, before me, the undersigned officer, personally appeared John F. Phinney and Michael R. McKibben, who acknowledged themselves to be the Vice President and Assistant Secretary, respectively, of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc.; and that the seals affixed to the foregoing instrument are the corporate seals of said Companies; and that they, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the names of the corporations by themselves as duly authorized officers.

**In Witness Whereof,** I hereunto set my hand and official seal.

My Commission expires the 13th day of July, 2002.

REBECCA EASLEY-ONOKALA NOTARY PUBLIC BALTIMORE CITY MD

REBECCA EASLEY-ONOKALA, Notary Public

86203 Rev. 11-99 Printed in U.S.A.

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc. on September 2, 1998, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that in connection with the fidelity and surety insurance business of the Company, all bonds, undertakings, contracts and other instruments relating to said business may be signed, executed, and acknowledged by persons or entities appointed as Attorney(s)-in-Fact pursuant to a Power of Attorney issued in accordance with these resolutions. Said Power(s) of Attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman, or the President, or any Vice President, or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the foregoing officers and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Attorney(s)-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and subject to any limitations set forth therein, any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company, and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is validly attached; and

**RESOLVED FURTHER,** that Attorney(s)-in-Fact shall have the power and authority, and, in any case, subject to the terms and limitations of the Power of Attorney issued them, to execute and deliver on behalf of the Company and to attach the seal of the Company to any and all bonds and undertakings, and other writings obligatory in the nature thereof, and any such instrument executed by such Attorney(s)-in-Fact shall be as binding upon the Company as if signed by an Executive Officer and sealed and attested to by the Secretary of the Company.

I, Michael R. McKibben, Assistant Secretary of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc. do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I hereunto set my hand this 31st day of May, 2000

Michael R. McKibben

Michael R. McKibben, Assistant Secretary

*To verify the authenticity of this Power of Attorney, call 1-800-421-3880 and ask for the Power of Attorney clerk. Please refer to the Power of Attorney number, the above-named individuals and the details of the bond to which the power is attached.*