| Name | Claimant Status | Closing Date | Amt Paid |
|---|---|---|---|
| Jacor Inc. | Closed | 2005/06/22 | $0.00 |
| Superior Sealcoat Inc. | Closed | 2005/06/22 | $0.00 |
| Blue Circle Aggregates Inc | Closed | 2005/06/22 | $0.00 |
| L&C Flashing Barricades Inc./NES Company | Closed | 2005/06/22 | $0.00 |
| EFCO Corporation | Closed | 2005/06/22 | $0.00 |
| Universal Fasteners & Supply Inc. | Closed | 2005/06/22 | $0.00 |
| NationsRent | Closed | 2005/06/22 | $0.00 |
| A H Harris & Sons | Closed | 2005/06/22 | $0.00 |
| Fletcher Granite Company | Closed | 2005/06/22 | $0.00 |
| Patriot Hauling Co Inc | Closed | 2005/06/22 | $0.00 |
| Costello Dismantling Co. Inc. | Closed | 2005/06/22 | $0.00 |
| Tilcon Capaldi Inc | Closed | 2005/06/22 | $0.00 |
| Princeton Construction Inc. | Closed | 2005/06/22 | $0.00 |
| Service Contracting, Inc. | Closed | 2005/07/11 | $172,500.00 |
| MASS ELECTRIC CONSTRUCTION | Closed | 2005/06/22 | $0.00 |
| J. Tartaglia Trucking Inc. | Closed | 2005/06/22 | $0.00 |
| SAFETY MARKING INC | Closed | 2005/06/22 | $0.00 |
| PRM Concrete Corporation | Closed | 2005/06/22 | $22,303.25 |
| United Rentals Highway Technologies | Closed | 2005/06/22 | $5,685.00 |
| COSCO FENCING & GUARDRAIL INC | Open | | $0.00 |
| Contractor Supply Inc. | Closed | 2005/02/25 | $7,215.25 |
| | | | $207,703.50 |