**JOSEPH J. REALE, JR., LTD.**

ATTORNEY AT LAW
One Financial Plaza
Suite 1600
Providence, Rhode Island 02903

TEL: (401) 453-9900
FAX: (401) 453-9917
E-MAIL: reale@globalcrossing.net

Also admitted in Massachusetts

October 23, 2002

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

United States Fidelity and
Guaranty Company
P.O. Box 1138
Baltimore, MD 21203-1138

**Re: Contract Bond No. KF5563**
**State of Rhode Island, Department of Transportation 200-CH-034**
**Interstate Route 95 Improvements**
**General Contractor: Shire Corporation**
**Claimant: Service Contracting, Inc.**

Dear Sir or Madam:

This office represents Service Contracting, Inc. (SCI), subcontractor to Shire Corporation (Shire) on the above-referenced project. Please be advised that claim is hereby made pursuant to Rhode Island General Law and the terms and conditions of the Contract Bond for Complete Performance and Full Payment issued by United States Fidelity and Guaranty Company. My client is due a balance of $104,072.65, which has not been paid; the majority of which is long overdue.

SCI is the subcontractor for surface preparation and painting on a state bridge project. The quantity paid by the State to Shire is determined by the State's project engineer who authorized payment to Shire based on a unit price basis for an approved quantity.

I have enclosed the State of Rhode Island Department of Transportation (RIDOT) worksheet #48 to #60, which show SCI's items (Nos. 115, 116, 117, 124, 125, 128, 134, 137, 138, 139 and 141) and the amounts paid by RIDOT to Shire based on the State's approved quantities. Shire has failed to pay SCI even though the subcontract agreement requires Shire to pay SCI within seven days of payment from RIDOT.

United States Fidelity and
Guaranty Company
October 23, 2002
Page 2

Please be advised that if a payment is not forthcoming, my client has directed me to commence legal action against the surety and principle without further notice.

Sincerely,

Joseph J. Reale, Jr.

JJR/mcm
cc: Service Contracting, Inc.
Shire Corporation (via certified mail)
c:\servcon\shire\usf&g.ltr