Since 1936

# PRM CONCRETE CORPORATION

May 27, 2003

DeSanctis Insurance Agency, Inc.
10 Walnut Hill Park
Woburn, MA 01801

Re: Pawtucket River Bridge, RI Contract No. 2000 CH034/FAP/No(s) BHO-0563 (001), St. Paul
BHO-0953 (092), & IM-0953 (091)
Huntington Vinduct Bridge, RI Contract No 9925, FAP No(s) IM0953 (090) North American
Davisville Road Bridge, RI contract No 2001-CB-021 Federal Aid #BRF-0369 (001) and
RI Project No. 405-421-(144) Crum

Attn: Mr. Robert DeSanctis

Dear Mr. DeSanctis:

As per my conversation with you on Thursday, May 22, 2003, we are filing on the bonds on the above three subject projects in supplying, Shire Corporation of 3 Terminal Road, Providence, Rhode Island 02905, of Ready Mix Concrete and Services.

We have from time to time received partial payments from them. It has reached a point where we should not have to wait any longer. They are always making promises that they do not keep.

The Pawtucket River Bridge project has a balance due of $22,303.25 plus interest charges of $2,323.26, which amounts to $24,626.51.

The Huntington River Bridge project has a balance due of $1,010.00 plus interest charges of $134.63, which amounts to $1,144.63.

The Davisville Railroad Bridge project has a balance due of $608.48 plus interest charges of $76.06 which amounts to $684.54.

We will send a statement along with this letter and we would appreciate an early consideration of payment for these projects.

Thank you very much in advance for your assistance in this matter.

Sincerely,

PRM CONCRETE CORPORATION

Angelo Saccoccia

Angelo Saccoccia
Vice President

Enclosures

Date 05/22/2003
Time 11:43

PRM CONCRETE CORPORATION
Detail Aged Trial Balance Report
Invoice Cutoff Date 05/22/2003, Payment Cutoff Date 05/22/2003, Aging Date 04/30/2003



Customer 76295 SHIRE — SHIRE CORP-
3 TERMINAL RD
PROVIDENCE RI 02905

Contact : LAURA/CHRIS/TOM/SULLY/TONY
Phone Number : 401-467-1802
Setup Date : 03/16/1999
Terms Code : 6 NET 30

Credit Information

| Company # | Project | Credit Limit | Credit Code | Last Invoice Date / Amount | | Last Payment Date / Amount | | Credit Person |
|---|---|---|---|---|---|---|---|---|
| | | | 1 OPEN | 05/14/2002 | 2599.00 | 04/28/2003 | 3000.00 | 502 |

Project Code 76295008 HUNTINGTON BRIDGE

| Transaction Code | | Transaction Date | Discount Date | Quantity | | Transaction Amount | Tax Amount | Discount Amount | Net After Discount | Transaction Total | Balance Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114694 | IN | 01/18/2002 | 01/18/2002 | 1.50 | cy | 353.00 | | | 353.00 | 353.00 | 353.00 | OVER 120 |
| 114695 | IN | 01/18/2002 | 01/18/2002 | 1.50 | cy | 353.00 | | | 353.00 | 353.00 | 353.00 | OVER 120 |
| 114803 | IN | 01/31/2002 | 01/31/2002 | 2.00 | cy | 304.00 | | | 304.00 | 304.00 | 304.00 | OVER 120 |

Project Total 76295008 HUNTINGTON BRIDGE — Discount Available 0.00 — 1010.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 1010.00 |

Project Code 76295012 PAWTUCKET RIVER BRIDGE

| Transaction Code | | Transaction Date | Discount Date | Quantity | | Transaction Amount | Tax Amount | Discount Amount | Net After Discount | Transaction Total | Balance Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114218 | IN | 11/29/2001 | 11/29/2001 | 40.00 | cy | 4205.00 | | | 4205.00 | 4205.00 | | |
| | PY | 04/28/2003 | Check Number | 50433 | | | | 0.00 | -857.50 | -857.50 | 3347.50 | OVER 120 |
| 114219 | IN | 11/29/2001 | 11/29/2001 | 13.00 | cy | 1490.50 | | | 1490.50 | 1490.50 | 1490.50 | OVER 120 |
| 114295 | IN | 12/06/2001 | 12/06/2001 | 6.00 | cy | 629.00 | | | 629.00 | 629.00 | 629.00 | OVER 120 |
| 114671 | IN | 01/15/2002 | 01/15/2002 | 2.50 | cy | 377.50 | | | 377.50 | 377.50 | 377.50 | OVER 120 |
| 114692 | IN | 01/18/2002 | 01/18/2002 | 2.00 | cy | 448.50 | | | 448.50 | 448.50 | 448.50 | OVER 120 |
| 114693 | IN | 01/18/2002 | 01/18/2002 | 3.50 | cy | 509.25 | | | 509.25 | 509.25 | 509.25 | OVER 120 |
| 114696 | IN | 01/18/2002 | 01/18/2002 | 4.00 | cy | 629.50 | | | 629.50 | 629.50 | 629.50 | OVER 120 |
| 114721 | IN | 01/24/2002 | 01/24/2002 | 2.00 | cy | 363.50 | | | 363.50 | 363.50 | 363.50 | OVER 120 |
| 114722 | IN | 01/24/2002 | 01/24/2002 | 1.00 | cy | 228.50 | | | 228.50 | 228.50 | 228.50 | OVER 120 |
| 114723 | IN | 01/24/2002 | 01/24/2002 | 3.00 | cy | 475.25 | | | 475.25 | 475.25 | 475.25 | OVER 120 |
| 114724 | IN | 01/24/2002 | 01/24/2002 | 2.50 | cy | 456.25 | | | 456.25 | 456.25 | 456.25 | OVER 120 |
| 114725 | IN | 01/24/2002 | 01/24/2002 | 2.50 | cy | 376.25 | | | 376.25 | 376.25 | 376.25 | OVER 120 |
| 114763 | IN | 01/28/2002 | 01/28/2002 | 1.50 | cy | 325.25 | | | 325.25 | 325.25 | 325.25 | OVER 120 |
| 114764 | IN | 01/28/2002 | 01/28/2002 | 2.50 | cy | 413.75 | | | 413.75 | 413.75 | 413.75 | OVER 120 |
| 114835 | IN | 02/08/2002 | 02/08/2002 | 3.00 | cy | 432.75 | | | 432.75 | 432.75 | 432.75 | OVER 120 |
| 114870 | IN | 02/14/2002 | 02/14/2002 | 4.50 | cy | 650.75 | | | 650.75 | 650.75 | 650.75 | OVER 120 |
| 114973 | IN | 02/28/2002 | 02/28/2002 | 3.00 | cy | 539.00 | | | 539.00 | 539.00 | 539.00 | OVER 120 |
| 115039 | IN | 03/11/2002 | 03/11/2002 | 1.50 | cy | 285.75 | | | 285.75 | 285.75 | 285.75 | OVER 120 |
| 115040 | IN | 03/11/2002 | 03/11/2002 | 2.50 | cy | 492.50 | | | 492.50 | 492.50 | 492.50 | OVER 120 |
| 115041 | IN | 03/11/2002 | 03/11/2002 | 2.50 | cy | 376.25 | | | 376.25 | 376.25 | 376.25 | OVER 120 |
| 115070 | IN | 03/14/2002 | 03/14/2002 | 2.00 | cy | 321.00 | | | 321.00 | 321.00 | 321.00 | OVER 120 |
| 115071 | IN | 03/14/2002 | 03/14/2002 | 3.00 | cy | 517.75 | | | 517.75 | 517.75 | 517.75 | OVER 120 |
| 115102 | IN | 03/19/2002 | 03/19/2002 | 2.00 | cy | 386.00 | | | 386.00 | 386.00 | 386.00 | OVER 120 |
| 115160 | IN | 03/27/2002 | 03/27/2002 | 3.00 | cy | 496.50 | | | 496.50 | 496.50 | 496.50 | OVER 120 |
| 115204 | IN | 03/29/2002 | 03/29/2002 | 2.50 | cy | 440.00 | | | 440.00 | 440.00 | 440.00 | OVER 120 |
| 115372 | IN | 04/17/2002 | 04/17/2002 | 5.50 | cy | 743.00 | | | 743.00 | 743.00 | 743.00 | OVER 120 |

PRM CONCRETE CORPORATION
Detail Aged Trial Balance Report
Invoice Cutoff Date 05/22/2003, Payment Cutoff Date 05/22/2003, Aging Date 04/30/2003

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] IN 04/22/2002 | 04/22/2002 | 2.00 | cy | 317.00 | | 317.00 | 317.00 | 317.00 | OVER 120 |
| [illegible] IN 04/22/2002 | 04/22/2002 | 2.50 | cy | 371.25 | | 371.25 | 371.25 | 371.25 | OVER 120 |
| [illegible] IN 04/25/2002 | 04/25/2002 | 2.50 | cy | 456.25 | | 456.25 | 456.25 | 456.25 | OVER 120 |
| [illegible] IN 05/06/2002 | 05/06/2002 | 10.00 | cy | 2157.00 | | 2157.00 | 2157.00 | 2157.00 | OVER 120 |
| 110574 IN 05/06/2002 | 05/06/2002 | 6.00 | cy | 651.00 | | 651.00 | 651.00 | 651.00 | OVER 120 |
| [illegible] IN 05/14/2002 | 05/14/2002 | 14.00 | cy | 2599.00 | | 2599.00 | 2599.00 | 2599.00 | OVER 120 |

Project Total 76095012 PAWTUCKET RIVER BRIDGE — Discount Available 0.00 — 22303.25

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 22303.25 |

[illegible] DAVISVILLE RAILROAD BRIDGE 369

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | 2.00 | cy | 264.00 | 18.48 | 282.48 | 282.48 | 282.48 | OVER 120 |
| [illegible] | [illegible]/2002 | 3.00 | cy | 326.00 | | 326.00 | 326.00 | 326.00 | OVER 120 |

[illegible] Total [illegible] DAVISVILLE RAILROAD BRIDGE 369 — Discount Available 0.00 — 608.48

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 608.48 |

Customer Total — Discount Available 0.00 — 23921.73

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 23921.73 |

# CONTRACT AGREEMENT

This contract agreement, executed in the City and County of Providence, in the State of Rhode Island, this 24th day of May, 20 00, between the State of Rhode Island and Providence Plantations, by the Division of Purchases, hereinafter called the State, and Shire Corporation of 3 Terminal Road, Providence, RI 02905 hereinafter called the Contractor.

WITNESSETH:

That for and in consideration of payments, hereinafter mentioned, to be made by the State, the Contractor agrees to furnish all equipment, machinery, tools and labor; to furnish and deliver all materials required to be furnished and delivered in and about the improvement and to do and perform all work in the performance of RI Contract No. 2000-CH-034, FAP No(s). BHO-0563(001), BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges and Ramps - C2E, Pawtucket River Bridge No. 550 to the RI/MA State Line in strict conformity with the provisions of this contract agreement, the notice to contractors, the proposal, the specifications and the plans approved by the Engineer, as defined in the specifications. The said notice to contractors, proposal, specifications and plans are hereby made a part of this contract agreement as fully and to the same effect as if the same had been set forth at length in the body hereof.

As security for the full and faithful performance of this contract and all the incidents thereto, the Contractor has made and furnished a contract bond with United States Fidelity and Guaranty Company, P.O. Box 1138, Baltimore, MD 21203-1138 as Surety, which is accepted by the State and made a part of this contract.

In consideration of the foregoing premises, the State agrees to pay the Contractor such unit prices for the work actually done as are set out in the accompanying proposal, in the manner provided in the said specifications.

The Contractor shall be prepared to begin the work to be performed under this contract as set forth in the proposal within ten days after execution of this contract agreement. The work shall be prosecuted from as many different points, in such part or parts and at such times as may be directed by the Engineer, and shall be conducted in such a manner and with such materials, equipment and labor as are considered necessary by the Engineer to insure its completion within the time set forth in the proposal. Should the prosecution of the work for any reason be discontinued by the Contractor, with the consent of the Engineer, the Contractor shall notify the Engineer at least twenty-four (24) hours before again resuming operations.

Approved: ______________________
DIRECTOR OF TRANSPORTATION

IN WITNESS WHEREOF, the parties to these presents have hereunto set their names this 24th day of May, 20 00.

IN THE PRESENCE OF:

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ADMINISTRATION
DIVISION OF PURCHASES

Shire Corp
CONTRACTOR

______________________ By: ______________________ pres.
TITLE

______________________ By: ______________________
STATE PURCHASING AGENT

# KF5563

## CONTRACT BOND
## FOR
## COMPLETE PERFORMANCE AND FULL PAYMENT

KNOW ALL MEN BY THESE PRESENTS: THAT Shire Corporation of 3 Terminal Road, Providence, RI 02905 hereinafter called the "Contractor", and United States Fidelity and Guaranty Company, P.O. Box 1138, Baltimore, MD 21203-1138 called the "Surety", a corporation authorized to execute surety bonds under the laws of the State of Rhode Island and Providence Plantations, hereinafter called the "State", are held and firmly bounden unto the State in the penal sum of Ten Million, Nine Hundred Sixty-Five Thousand, Six Hundred One Dollars and Fifty-Six Cents ($ 10,965,601.56) lawful money of the United States of America, to the payment of which sum, well and truly to be made the Contractor and the Surety herein firmly bind themselves and their respective heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH THAT,

WHEREAS the Contractor did on the 24th day of May, 20 00, enter into a written Contract with the State, being Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001), & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges and Ramps Contract 2E, Pawtucket River Bridge No. 550 to RI/MA State Line for approximately the sum of Ten Million, Nine Hundred Sixty-Five Thousand, Six Hundred One Dollars and Fifty-Six Cents ($ 10,965,601.56)

Now, THEREFORE, if the Contractor, its executors, administrators or successors, shall in all things well and truly keep and perform the covenants, conditions and agreements in the Contract and in any alterations thereof made as therein provided, on its part to be kept and performed, at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the State, the Department of Transportation and all of its officers, agents and employees, as therein stipulated, and shall also promptly pay for all such labor performed or furnished and for all such materials and equipments furnished, (which as to equipment shall mean payment of the reasonable rental value, as determined by the State Department of Transportation, through its Director, for its use during the period of its use), as shall be performed or furnished for and used in the carrying on of the work covered by the Contract, or shall see that they are promptly paid for, whether or not the labor is directly performed for or furnished to the Contractor or is even directly performed upon the work covered by the Contract, and whether or not the materials are furnished to the Contractor or become component parts of the work, and whether or not the equipment is furnished to the Contractor or even directly used upon the work; and shall also pay for all Workers' Compensation, Public Liability, Fire Insurance, Federal and State Unemployment, Social Security and Compensation Taxes; then this obligation shall become and be null and void; otherwise it shall be and remain in full force and virtue.

This Bond is subject to all such rights and powers of the State Department of Transportation and such other provisions as are set forth in the Contract and the Plans, Specifications and Proposal incorporated by reference in the Contract: and is subject also to all rights of the State and others which are set forth with respect to such a bond in Rhode Island General Laws Title 37, Chapter 12 (1956) and is subject to the provision that no extension of the time of performance of the Contract or delay in the completion of the work thereunder or any alterations thereof, made as therein provided, shall invalidate this Bond or release the liability of the Surety hereunder.

IN WITNESS WHEREOF said Contractor and Surety have hereunto set their respective names this 24th day of May, 2000.

WITNESSES:

Jean M. Deiss

Jean M. Deiss

Shire Corp
CONTRACTOR

By: J. Clark Gentile, Pres.
TITLE

United States Fidelity + Guaranty Co
SURETY

By: L. Robert DeSantis
ATTORNEY-IN-FACT

[illegible]
Time 11 43

PRM CONCRETE CORPORATION
Detail Aged Trial Balance Report
Invoice Cutoff Date 05/22/2003, Payment Cutoff Date 05/22/2003, Aging Date 04/30/2003



Customer 76295 SHIRE — SHIRE CORP, 3 TERMINAL RD, PROVIDENCE RI 02905

Contact : LAURA/CHRIS/TOM/SULLY/TONY
Phone Number : 401-467-1802
Setup Date : 03/16/1999
Terms Code : 6 NET 30

Credit Information

| Project | Credit Limit | Credit Code | Last Invoice Date / Amount | Last Payment Date / Amount | Credit Person |
|---|---|---|---|---|---|
| | | 1 OPEN | 05/14/2002 2599.00 | 04/28/2003 3000.00 | 502 |

Project Code 76295008 HUNTINGTON BRIDGE

| Transaction | Transaction Date | Discount Date | Quantity | Transaction Amount | Tax Amount | Discount Amount | Net After Discount | Transaction Total | Balance Amount |
|---|---|---|---|---|---|---|---|---|---|
| 114694 IN | 01/18/2002 | 01/18/2002 | 1.50 cy | 353.00 | | | 353.00 | 353.00 | 353.00 OVER 120 |
| 114695 IN | 01/18/2002 | 01/18/2002 | 1.50 cy | 353.00 | | | 353.00 | 353.00 | 353.00 OVER 120 |
| 114803 IN | 01/31/2002 | 01/31/2002 | 2.00 cy | 304.00 | | | 304.00 | 304.00 | 304.00 OVER 120 |

Project Total 76295008 HUNTINGTON BRIDGE — Discount Available 0.00 — 1010.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 1010.00 |

Project Code 76295012 PAWTUCKET RIVER BRIDGE

| Transaction | Transaction Date | Discount Date | Quantity | Transaction Amount | Tax Amount | Discount Amount | Net After Discount | Transaction Total | Balance Amount |
|---|---|---|---|---|---|---|---|---|---|
| 114218 IN | 11/29/2001 | 11/29/2001 | 40.00 cy | 4205.00 | | | 4205.00 | 4205.00 | |
| PY | 04/28/2003 | Check Number 50431 | | | | 0.00 | -857.50 | -857.50 | 3347.50 OVER 120 |
| 114219 IN | 11/29/2001 | 11/29/2001 | 13.00 cy | 1490.50 | | | 1490.50 | 1490.50 | 1490.50 OVER 120 |
| 114295 IN | 12/06/2001 | 12/06/2001 | 6.00 cy | 629.00 | | | 629.00 | 629.00 | 629.00 OVER 120 |
| 114671 IN | 01/15/2002 | 01/15/2002 | 2.50 cy | 377.50 | | | 377.50 | 377.50 | 377.50 OVER 120 |
| 114692 IN | 01/18/2002 | 01/18/2002 | 2.00 cy | 448.50 | | | 448.50 | 448.50 | 448.50 OVER 120 |
| 114693 IN | 01/18/2002 | 01/18/2002 | 3.50 cy | 509.25 | | | 509.25 | 509.25 | 509.25 OVER 120 |
| 114696 IN | 01/18/2002 | 01/18/2002 | 4.00 cy | 629.50 | | | 629.50 | 629.50 | 629.50 OVER 120 |
| 114721 IN | 01/24/2002 | 01/24/2002 | 2.00 cy | 363.50 | | | 363.50 | 363.50 | 363.50 OVER 120 |
| 114722 IN | 01/24/2002 | 01/24/2002 | 1.00 cy | 228.50 | | | 228.50 | 228.50 | 228.50 OVER 120 |
| 114723 IN | 01/24/2002 | 01/24/2002 | 3.00 cy | 475.25 | | | 475.25 | 475.25 | 475.25 OVER 120 |
| 114724 IN | 01/24/2002 | 01/24/2002 | 2.50 cy | 456.25 | | | 456.25 | 456.25 | 456.25 OVER 120 |
| 114725 IN | 01/24/2002 | 01/24/2002 | 2.50 cy | 376.25 | | | 376.25 | 376.25 | 376.25 OVER 120 |
| 114763 IN | 01/28/2002 | 01/28/2002 | 1.50 cy | 325.25 | | | 325.25 | 325.25 | 325.25 OVER 120 |
| 114764 IN | 01/28/2002 | 01/28/2002 | 2.50 cy | 413.75 | | | 413.75 | 413.75 | 413.75 OVER 120 |
| 114835 IN | 02/08/2002 | 02/08/2002 | 3.00 cy | 432.75 | | | 432.75 | 432.75 | 432.75 OVER 120 |
| 114870 IN | 02/14/2002 | 02/14/2002 | 4.50 cy | 650.75 | | | 650.75 | 650.75 | 650.75 OVER 120 |
| 114973 IN | 02/28/2002 | 02/28/2002 | 3.00 cy | 539.00 | | | 539.00 | 539.00 | 539.00 OVER 120 |
| 115039 IN | 03/11/2002 | 03/11/2002 | 1.50 cy | 285.75 | | | 285.75 | 285.75 | 285.75 OVER 120 |
| 115040 IN | 03/11/2002 | 03/11/2002 | 2.50 cy | 492.50 | | | 492.50 | 492.50 | 492.50 OVER 120 |
| 115041 IN | 03/11/2002 | 03/11/2002 | 2.50 cy | 376.25 | | | 376.25 | 376.25 | 376.25 OVER 120 |
| 115070 IN | 03/14/2002 | 03/14/2002 | 2.00 cy | 321.00 | | | 321.00 | 321.00 | 321.00 OVER 120 |
| 115071 IN | 03/14/2002 | 03/14/2002 | 3.00 cy | 517.75 | | | 517.75 | 517.75 | 517.75 OVER 120 |
| 115102 IN | 03/19/2002 | 03/19/2002 | 2.00 cy | 386.00 | | | 386.00 | 386.00 | 386.00 OVER 120 |
| 115160 IN | 03/27/2002 | 03/27/2002 | 3.00 cy | 496.50 | | | 496.50 | 496.50 | 496.50 OVER 120 |
| 115204 IN | 03/29/2002 | 03/29/2002 | 2.50 cy | 440.00 | | | 440.00 | 440.00 | 440.00 OVER 120 |
| [illegible] IN | 04/17/2002 | 04/17/2002 | 5.50 cy | 743.00 | | | 743.00 | 743.00 | 743.00 OVER 120 |

00130

Date 05/22/2003
Time 11:43

PRM CONCRETE CORPORATION
Detail Aged Trial Balance Report
Invoice Cutoff Date 05/22/2003, Payment Cutoff Date 05/22/2003, Aging Date 04/30/2003



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 115412 IN | 04/22/2002 | 04/22/2002 | 2.00 | cy | 317.00 | | 317.00 | 317.00 | 317.00 OVER 120 |
| 115413 IN | 04/22/2002 | 04/22/2002 | 2.50 | cy | 371.25 | | 371.25 | 371.25 | 371.25 OVER 120 |
| 115456 IN | 04/25/2002 | 04/25/2002 | 2.50 | cy | 456.25 | | 456.25 | 456.25 | 456.25 OVER 120 |
| 115573 IN | 05/06/2002 | 05/06/2002 | 10.00 | cy | 2157.00 | | 2157 00 | 2157.00 | 2157.00 OVER 120 |
| 115574 IN | 05/06/2002 | 05/06/2002 | 6.00 | cy | 651.00 | | 651.00 | 651.00 | 651.00 OVER 120 |
| 115666 IN | 05/14/2002 | 05/14/2002 | 14.00 | cy | 2599.00 | | 2599.00 | 2599.00 | 2599.00 OVER 120 |

Project Total 76295012 PAWTUCKET RIVER BRIDGE — Discount Available 0.00 — 22303.25

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 22303.25 |

Project Code 76295013 DAVISVILLE RAILROAD BRIDGE 369

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 114804 IN | 01/31/2002 | 01/31/2002 | 2.00 | cy | 264.00 | 18.48 | 282.48 | 282.48 | 282.48 OVER 120 |
| 114972 IN | 02/28/2002 | 02/28/2002 | 3.00 | cy | 326.00 | | 326.00 | 326.00 | 326 00 OVER 120 |

Project Total 76295013 DAVISVILLE RAILROAD BRIDGE 369 — Discount Available 0.00 — 608.48

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 608.48 |

Customer Total — Discount Available 0.00 — 23921.73

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 |
|---|---|---|---|---|
| | | | | 23921.73 |

00131

CONTRACT AGREEMENT

This contract agreement, executed in the City and County of Providence, in the State of Rhode Island, this 24th day of May, 2000, between the State of Rhode Island and Providence Plantations, by the Division of Purchases, hereinafter called the State, and Shire Corporation of 3 Terminal Road, Providence, RI 02905 hereinafter called the Contractor.

WITNESSETH:

That for and in consideration of payments, hereinafter mentioned, to be made by the State, the Contractor agrees to furnish all equipment, machinery, tools and labor; to furnish and deliver all materials required to be furnished and delivered in and about the improvement and to do and perform all work in the performance of RI Contract No. 2000-CH-034, FAP No(s). BHO-0563(001), BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges and Ramps - C2E, Pawtucket River Bridge No. 550 to the RI/MA State Line in strict conformity with the provisions of this contract agreement, the notice to contractors, the proposal, the specifications and the plans approved by the Engineer, as defined in the specifications. The said notice to contractors, proposal, specifications and plans are hereby made a part of this contract agreement as fully and to the same effect as if the same had been set forth at length in the body hereof.

As security for the full and faithful performance of this contract and all the incidents thereto, the Contractor has made and furnished a contract bond with United States Fidelity and Guaranty Company, P.O. Box 1138, Baltimore, MD 21203-1138 as Surety, which is accepted by the State and made a part of this contract.

In consideration of the foregoing premises, the State agrees to pay the Contractor such unit prices for the work actually done as are set out in the accompanying proposal, in the manner provided in the said specifications.

The Contractor shall be prepared to begin the work to be performed under this contract as set forth in the proposal within ten days after execution of this contract agreement. The work shall be prosecuted from as many different points, in such part or parts and at such times as may be directed by the Engineer, and shall be conducted in such a manner and with such materials, equipment and labor as are considered necessary by the Engineer to insure its completion within the time set forth in the proposal. Should the prosecution of the work for any reason be discontinued by the Contractor, with the consent of the Engineer, the Contractor shall notify the Engineer at least twenty-four (24) hours before again resuming operations.

Approved: [signature]
DIRECTOR OF TRANSPORTATION

IN WITNESS WHEREOF, the parties to these presents have hereunto set their names this 24th day of May, 2000.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ADMINISTRATION
DIVISION OF PURCHASES

IN THE PRESENCE OF:

Shire Corp
CONTRACTOR

Joan M. Heiss By: [signature] Pres.
TITLE

Valerie Andreozzi By: Stephen A. Vieira
STATE PURCHASING AGENT

# KF5563

## CONTRACT BOND
## FOR
## COMPLETE PERFORMANCE AND FULL PAYMENT

KNOW ALL MEN BY THESE PRESENTS: THAT Shire Corporation of 3 Terminal Road, Providence, RI 02905 hereinafter called the "Contractor", and United States Fidelity and Guaranty Company, P.O. Box 1138, Baltimore, MD 21203-1138 called the "Surety", corporation authorized to execute surety bonds under the laws of the State of Rhode Islan and Providence Plantations, hereinafter called the "State", are held and firmly bounden unto the State in the penal sum of Ten Million, Nine Hundred Sixty-Five Thousand, Six Hundred One Dollars and Fifty-Six Cents ($ 10,965,601.56) lawful money of the United Stat of America, to the payment of which sum, well and truly to be made the Contractor and th Surety herein firmly bind themselves and their respective heirs, executors, administrator successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH THAT,

WHEREAS the Contractor did on the 24th day of May, 20 00, enter intc written Contract with the State, being Contract No. 2000-CH-034, F.A.P. No. BHO-0563(00: & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges a Ramps Contract 2E, Pawtucket River Bridge No. 550 to RI/MA State Line for approximately t sum of Ten Million, Nine Hundred Sixty-Five Thousand, Six Hundred One Dollars and Fifty-S Cents ($ 10,965,601.56)

Now, THEREFORE, if the Contractor, its executors, administrators or successors, shall in a things well and truly keep and perform the covenants, conditions and agreements in the Contra and in any alterations thereof made as therein provided, on its part to be kept and performe at the time and in the manner therein specified, and in all respects according to their tı intent and meaning, and shall indemnify and save harmless the State, the Department Transportation and all of its officers, agents and employees, as therein stipulated, a shall also promptly pay for all such labor performed or furnished and for all such materia and equipments furnished, (which as to equipment shall mean payment of the reasonable rent value, as determined by the State Department of Transportation, through its Director, for i use during the period of its use), as shall be performed or furnished for and used in t carrying on of the work covered by the Contract, or shall see that they are promptly paid fc whether or not the labor is directly performed for or furnished to the Contractor or is ev directly performed upon the work covered by the Contract, and whether or not the materials a furnished to the Contractor or become component parts of the work, and whether or not th equipment is furnished to the Contractor or even directly used upon the work; and shall al pay for all Workers' Compensation, Public Liability, Fire Insurance, Federal and Sta Unemployment, Social Security and Compensation Taxes; then this obligation shall become a be null and void; otherwise it shall be and remain in full force and virtue.

This Bond is subject to all such rights and powers of the State Department of Transportati and such other provisions as are set forth in the Contract and the Plans, Specifications a Proposal incorporated by reference in the Contract: and is subject also to all rights of t State and others which are set forth with respect to such a bond in Rhode Island General La Title 37, Chapter 12 (1956) and is subject to the provision that no extension of the time performance of the Contract or delay in the completion of the work thereunder or a alterations thereof, made as therein provided, shall invalidate this Bond or release t liability of the Surety hereunder.

IN WITNESS WHEREOF said Contractor and Surety have hereunto set their respective names th 24th day of May, 2000.

WITNESSES:

Jean M. Heiss

Jean M. Heiss

Shire Corp
CONTRACT

By: [signature] Pres.
TITL

United States Fidelity + Guarantee
SURETY

By: [signature]
ATTORNEY-IN-FA

**St Paul Surety**

USF&G

RECEIVED
JUL 14 2003
SURETY CLAIM

State of Rhode Island

County of Providence

I, Angelo Saccoccia (Name of Affiant), the Vice President (Position in firm) of PRM Concrete Corporation (Name of Claimant) located at 775 School St, Pawtucket, RI 02860 (Address), on behalf of said firm, hereby state under oath that:

1) Affiant has full knowledge of the statements contained herein and the basis therefore and has been duly authorized by Claimant to make said statements.

2) Claimant furnished, sold and delivered Ready Mixed Concrete to Shire Corporation between the dates of 11-28-01 (First Date) and 05-14-02 (Last Date) for the construction of Pawtucket Roads & Bridges (Project) in accordance with a ☐ Subcontract, ☒ Purchase Order or ☐ Rental Agreement ("Contract") dated 05-24-00, a complete copy of which is attached hereto. NONE

3) The agreed price of the Contract is $ Variable of which $_______ has been earned. The amount paid to date is $_______, leaving an amount due of $ 24,626.51 ("Claimed Amount").

4) Attached hereto are copies of all supporting documentation for the Claimed Amount including, but not limited to, progress estimates, invoices and/or signed delivery tickets, as applicable, along with a statement of account supporting the Claimed Amount.

5) Claimant has delivered notice(s) of said Claimed Amount by Registered/Certified Mail, if applicable, dated 07-09-03 to ☒ Surety, ☐ Contractor, ☐ Owner. Copies of all required notices and proof of their receipt, are attached hereto.

6) Claimant certifies that there are no just credits, offsets, assignments, liens or encumbrances against the Claimed Amount and that Claimant has fully paid all firms or persons supplying labor, material or equipment to or for the project except:

NO EXCEPTIONS

(Use Additional Sheets, If Necessary)

7) Claimant certifies that it is properly licensed as evidenced by License No. _______, which was issued by the State of _______ and that said license was in effect for the entire period of Claimant's performance of its Contract.

8) Claimant certifies that it has fully performed its duties under the Contract, including the delivery of all required closeout documents, warranties, as-built drawings and O&M manuals except as follows:

NO EXCEPTIONS

Claim No.: 0400KF556329S001
Tracking No.: HN00838
Claim Handler: Kimberly D. Zanotta

9) Claimant confirms that all guarantees and warranties required under the terms of the aforesaid Contract pertaining to the work, labor and/or materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The foregoing information is furnished to the surety in support of affiant's claim, and it is understood that the furnishing of this form or the acceptance and/or retention thereof by the surety does not constitute a waiver of any of the terms and conditions of the surety's bond nor of any rights or defenses the surety may have, nor shall said furnishing, acceptance or retention constitute or be deemed an admission of liability thereunder.

PRM CONCRETE CORPORATION
Name of Claimant

By:____________________
Affiant's Signature

**THIS AFFIDAVIT MUST BE EXECUTED BEFORE A NOTARY PUBLIC.**

State of Rhode Island

County of Providence

On 7/10/2003 before me, Angelo Saccoccia, Vice Pres.
DATE — NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared Angelo Saccoccia,
NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[signature]
Signature of Notary

Commission Expires: 8/13/05

OPTIONAL SECTION

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

________________
TITLE(S)

☐ PARTNER(S) ☐ LIMITED ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:________________

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form

TITLE OR TYPE OF DOCUMENT________________

NUMBER OF PAGES______ DATE OF DOCUMENT________

SIGNER(S) OTHER THAN NAMED ABOVE________________

Claim No.: 0400KF556329S001
Tracking No.: HN00838
Claim Handler: Kimberly D. Zanotta