**StPaul Surety**

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

June 17, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| RE: | Principal: | Shire Corporation |
| | Obligee: | State of Rhode Island |
| | Claim No.: | 0400KF556329S001 |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) For Safety Improvements to I-95 Riding Surface, Bridges and Ramps |
| | Bond No.: | KF5563 |
| | Claimant: | PRM Concrete Corporation |

Dear Mr. Donnatelli:

Enclosed please find documentation dated May 27, 2003, which we received from PRM Concrete Corporation asserting a claim in the amount of $24,626.51 against the above referenced bond.

As part of our independent investigation, USF&G requests that you promptly review this documentation and provide us with your detailed written position and intentions regarding this claim within fifteen (15) days. If all or a portion of this claim is disputed, we ask that you furnish all documentation which reasonably supports any valid defenses or backcharges which our principal believes it is entitled to assert. If the claim is not disputed, either in whole or in part, we ask that you notify the surety of your intentions and timing regarding resolution of any undisputed portion. If the claim has been paid or resolved, please forward to us a copy of the check or documentation evidencing said resolution.

Thank you for your anticipated cooperation with this most important matter. Please feel free to contact the undersigned with any questions.

Very truly yours,

USF&G
Kimberly D. Zanotta
Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosure

KDZ/cjp

**St Paul Surety**

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

July 15, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| Re: | Principal: | Shire Corporation |
| | Tracking No.: | HN00838 |
| | Claim No.: | 0400KF556329S001 |
| | Bond No.: | KF5563 |
| | Obligee: | State of Rhode Island |
| | Project: | Contract No. 2000-CH-034, F.A.P. NO. BHO-0563(001) & BHO-0953(092), & IM 0953(091) For Safety Improvements To I-95 Riding surface, Bridges and Ramps |

Dear Mr. Donnatelli:

Enclosed is an Affidavit of Claim with supporting documentation which we have received from PRM Concrete Corporation, on July 14, 2003 wherein it is alleged that your company owes $24,626.51 for labor or materials supplied on the captioned project.

We request that you promptly review this documentation and provide us with your written position and your intentions regarding this claim within 15 days. Please include all documentation that supports your position. If this claim has been paid or resolved, or is in the process of being paid, please forward to us a copy of your check or documentation evidencing the resolution of the claim.

Thank you for your anticipated cooperation in this most important matter.

Very truly yours,

USF&G
Kimberly D. Zanotta
Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosures

KDZ/jdec

**StPaul Surety**

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

July 29, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| Re: | Principal: | Shire Corporation |
| | Tracking No.: | HN00838 |
| | Claim No.: | 0400KF556329S001 |
| | Bond No.: | KF5563 |
| | Obligee: | State of Rhode Island |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(09 For Safety Improvements to I-95 Riding Surface, Bridges, and Ramps |

Dear Mr. Donatelli:

Enclosed is additional documentation which we have received from PRM Concrete Corporation, on July 24, 2003, in support of their claim on the above-captioned project.

We request that you promptly review this documentation and provide us with your written position and your intentions regarding this claim within 15 days. Please include all documentation that supports your position. If this claim has been paid or resolved, or is in the process of being paid, please forward to us a copy of your check or documentation evidencing the resolution of the claim.

Thank you for your anticipated cooperation in this most important matter.

Very truly yours,

USF&G
Kimberly D. Zanotta
Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosures

KDZ/cjp

**St Paul Surety**

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

August 5, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| Re: | Principal: | Shire Corporation |
| | Tracking No.: | HN00838 |
| | Claim No.: | 0400KF556329S001 |
| | Bond No.: | KF5563 |
| | Obligee: | State of Rhode Island |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) For Safety Improvements to I-95 Riding Surface, Bridges, and Ramps |

Dear Mr. Donatelli:

Enclosed is additional documentation we received from PRM Concrete Corporation on August 1, 2003, in support of the above-captioned claim.

We request that you promptly review this documentation and provide us with your written position and your intentions regarding this claim within 15 days. Please include all documentation that supports your position. If this claim has been paid or resolved, or is in the process of being paid, please forward to us a copy of your check or documentation evidencing the resolution of the claim.

Thank you for your anticipated cooperation in this most important matter.

Very truly yours,

USF&G
Kimberly D. Zanotta
Senior Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosures

KDZ/cjp

StPaul Surety

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

August 26, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| RE: | Tracking No.: | HN00838 |
| | Principal: | Shire Corporation |
| | Claim No.: | 0400KF556329S001 |
| | Bond No: | KF5563 |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) For Safety Improvements to I-95 Riding Surface, Bridges, and Ramps |
| | Claimant: | PRM Concrete Corporation |

Dear Mr. Donatelli:

As you know, USF&G wrote to you on August 5, 2003, and requested that you provide your company's written position and intentions regarding the referenced claim. As of this date, we have not received your response. Please give this matter your prompt attention and provide us with your written position and intentions regarding this claim by September 9, 2003.

Thank you for your anticipated cooperation.

Please feel free to the call the undersigned with any questions.

Very truly yours,

USF&G
Kimberly D. Zanotta
Sr. Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

KDZ/cjp