**StPaul Surety**

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

September 17, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| RE: | Tracking No.: | HN00838 |
| | Principal: | Shire Corporation |
| | Obligee: | State of Rhode Island |
| | Claimant: | PRM Concrete Corporation |
| | Claim No.: | 0400KF556329S001 |
| | Bond No.: | KF5563 |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges, and Ramps |

Dear Mr. Donnatelli:

As you know, USF&G wrote to you on August 26, 2003, and requested that you provide your company's written position and intentions regarding the referenced claim. As of this date, we have not received your response.

We now find it necessary to remind you of the contractual duties and responsibilities that you have under the terms and provisions of the Indemnity Agreement that you executed. As you know, the principal and other applicable indemnitors, jointly and/or severally, committed themselves to exonerate, indemnify and keep indemnified the surety from and against any and all liabilities, losses, and expenses by reason of the surety having executed bonds on behalf of Shire Corporation.

We urge you, in furtherance of your undertakings and obligations, to immediately investigate this claim and discharge any liability that is due and owing. If you determine liability does not exist, provide us with full written particulars with substantiated proof why no liability exists. If USF&G does not hear from you by October 1, 2003, we will settle this claim and seek repayment from all indemnitors.

Very truly yours,

USF&G
Kimberly D. Zanotta
Sr. Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

KDZ/cjp