St Paul Surety

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

COPY

August 12, 2003

SHIRE CORPORATION
ATTN: CLARK DONNATELLI, JR.
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| Re: | Principal: | Shire Corporation |
| | Tracking No.: | HN00838 |
| | Claim No.: | 0400KF556329S001 |
| | Bond No.: | KF5563 |
| | Obligee: | State of Rhode Island |
| | Project: | Contract No. 2000-CH-034, F.A.P. NO. BHO-0563(001) & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridge and Ramps |

Dear Mr. Donnatelli:

Enclosed is an Affidavit of Claim with supporting documentation which we have received from United Rentals Highway Technologies, on August 8, 2003, wherein it is alleged that your company owes $5,685.00 for labor or materials supplied on the captioned project.

We request that you promptly review this documentation and provide us with your written position and your intentions regarding this claim within 15 days. Please include all documentation that supports your position. If this claim has been paid or resolved, or is in the process of being paid, please forward to us a copy of your check or documentation evidencing the resolution of the claim.

Thank you for your anticipated cooperation in this most important matter.

Very truly yours,

USF&G
Kimberly D. Zanotta
Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosures

KDZ/jdcc

ICO2-78 3 2003 (combine 01487 and 01488)

**StPaul Surety**

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

July 25, 2003

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| RE: | Principal: | Shire Corporation |
| | Obligee: | State of Rhode Island |
| | Claim No.: | 0400KF556329S001 |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) For Safety Improvements to I-95 |
| | Bond No.: | KF5563 |
| | Claimant: | United Rentals Highway Technologies |

Dear Mr. Donnatelli:

Enclosed please find documentation dated July 14, 2003, which we received from United Rentals Highway Technologies asserting a claim against the above referenced bond.

As part of our independent investigation, USF&G requests that you promptly review this documentation and provide us with your detailed written position and intentions regarding this claim within fifteen (15) days. If all or a portion of this claim is disputed, we ask that you furnish all documentation which reasonably supports any valid defenses or backcharges which our principal believes it is entitled to assert. If the claim is not disputed, either in whole or in part, we ask that you notify the surety of your intentions and timing regarding resolution of any undisputed portion. If the claim has been paid or resolved, please forward to us a copy of the check or documentation evidencing said resolution.

Thank you for your anticipated cooperation with this most important matter. Please feel free to contact the undersigned with any questions.

Very truly yours,

USF&G
Kimberly D. Zanotta
Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosure

KDZ/jdec