**StPaul Surety**

## Affidavit of Claim

USF&G

State of Rhode Island

County of Providence

I, David B. Murphy (Name of Affiant), the President (Position in firm) of Contractors Supply, Inc. (Name of Claimant) located at 3340 Pawtucket Ave. East Providence, RI (Address) on behalf of said firm, hereby state under oath that:

1) Affiant has full knowledge of the statements contained herein and the basis therefore and has been duly authorized by Claimant to make said statements.

2) Claimant furnished, sold and delivered Building Materials to Shire Corporation between the dates of 08/07/01 (First Date) and 10/15/02 (Last Date) for the construction of Safety Improvements to I-95 Riding Surfaces, Bridges-Ramps (Project) in accordance with a ☐ Subcontract, ☐ Purchase Order or ☐ Rental Agreement ("Contract") dated N/A, a complete copy of which is attached hereto.

3) The agreed price of the Contract is $ N/A of which $______ has been earned. The amount paid to date is $______, leaving an amount due of $ 7,215.25 ("Claimed Amount").

4) Attached hereto are copies of all supporting documentation for the Claimed Amount including, but not limited to, progress estimates, invoices and/or signed delivery tickets, as applicable, along with a statement of account supporting the Claimed Amount.

5) Claimant has delivered notice(s) of said Claimed Amount by Registered/Certified Mail, if applicable, dated N/A to ☐ Surety, ☐ Contractor, ☐ Owner. Copies of all required notices and proof of their receipt, are attached hereto.

6) Claimant certifies that there are no just credits, offsets, assignments, liens or encumbrances against the Claimed Amount and that Claimant has fully paid all firms or persons supplying labor, material or equipment to or for the project except:

N/A

(Use Additional Sheets, If Necessary)

7) Claimant certifies that it is properly licensed as evidenced by License No. N/A, which was issued by the State of ______ and that said license was in effect for the entire period of Claimant's performance of its Contract.

8) Claimant certifies that it has fully performed its duties under the Contract, including the delivery of all required closeout documents, warranties, as-built drawings and O&M manuals except as follows:

N/A

9) Claimant confirms that all guarantees and warranties required under the terms of the aforesaid Contract pertaining to the work, labor and/or materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The foregoing information is furnished to the surety in support of affiant's claim, and it is understood that the furnishing of this form or the acceptance and/or retention thereof by the surety does not constitute a waiver of any of the terms and conditions of the surety's bond nor of any rights or defenses the surety may have, nor shall said furnishing, acceptance or retention constitute or be deemed an admission of liability thereunder.

David B. Murphy
Name of Claimant

By: [signature]
Affiant's Signature

**THIS AFFIDAVIT MUST BE EXECUTED BEFORE A NOTARY PUBLIC.**

State of Rhode Island

County of Providence

On 2-9-04 before me, James E. O'Neill-Notary Public
DATE — NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared David B. Murphy,
NAME(S) OF SIGNER(S)

[X] personally known to me -OR- [ ] proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[signature]
Signature of Notary

**OPTIONAL SECTION**

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER(S)

______________ TITLE(S)

- [ ] PARTNER(S) [ ] LIMITED [ ] GENERAL
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] OTHER: ______________

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form

TITLE OR TYPE OF DOCUMENT ______________

NUMBER OF PAGES ______ DATE OF DOCUMENT ______________

SIGNER(S) OTHER THAN NAMED ABOVE ______________

Claim No.: 0400KF556329S001
Tracking No.: HN00838
Claim Handler: Kimberly D. Zanotta
FC01505 03/2003



00233

FC02029 5/03

January 2, 2004

Contractor Supply Inc.
3340 Pawtucket Avenue
East Providence, RI 02915
(401) 434-4300

RECEIVED
JAN 06 2004
SURETY CLAIMS

US Fidelity & Guarantee
PO Box 1138
Baltimore, MD 21203-1138

To Whom It May Concern:

I am writing pertaining Shire Corporation of 3 Terminal Road, Providence, RI. Shire Corporation owes monies in the amount of Seven Thousand Two Hundred Fifteen Dollars and twenty five cents to Contractors Supply Inc. The monies owed are allocated to the Route 95 "S" curve project in Pawtucket, RI. I do not know the bond number for the projects, but have confirmed with the RI State DOT that US Fidelity & Guarantee holds surety for this project. Please refer to the attached sheet for a breakdown.

Please send the necessary paperwork to begin the claims process, along with any additional paperwork necessary to file a claim for monies owed to Contractors Supply from Shire Corporation. In addition, I would also greatly appreciate any paperwork and/or instructions that outline US Fidelity & Guarantee's process for vendors, such as Contractors Supply, Inc., to collect monies owed to them.

Thank you in advance for your assistance regarding this matter.

Very Truly Yours,

David B. Murphy Jr.
Contractors Supply, Inc.
Vice President