ST PAUL TRAVELERS

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

April 28, 2004

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| RE: | Tracking No.: | HN00838 |
| | Principal: | Shire Corporation |
| | Claim No.: | 0400KF556329S001 |
| | Bond No: | KF5563 |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges and Ramps |
| | Claimant: | Contractor Supply, Inc. |

Dear Mr. Donatelli:

As you know, USF&G wrote to you on February 25, 2004, and again on April 20, 2004, requesting that you provide your company's written position and intentions regarding the referenced claim. As of this date, we have not received your response. Please give this matter your prompt attention and provide us with your written position and intentions regarding this claim by May 12, 2004.

Thank you for your anticipated cooperation.

Please feel free to the call the undersigned with any questions.

Very truly yours,

USF&G
Kimberly D. Zanotta
Sr. Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

KDZ/cjp



FC01502 1/02

ST PAUL TRAVELERS

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

COPY

April 20, 2004

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| RE: | Tracking No.: | HN00838 |
| | Principal: | Shire Corporation |
| | Claim No.: | 0400KF556329S001 |
| | Bond No: | KF5563 |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) For Safety Improvements to I-95 Riding Surface, Bridges, and Ramps |
| | Claimant: | Contractor Supply, Inc. |

Dear Mr. Donatelli:

As you know, USF&G wrote to you on February 25, 2004, and requested that you provide your company's written position and intentions regarding the referenced claim. As of this date, we have not received your response. Please give this matter your prompt attention and provide us with your written position and intentions regarding this claim by May 4, 2004.

Thank you for your anticipated cooperation.

Please feel free to the call the undersigned with any questions.

Very truly yours,

/USF&G
Kimberly D. Zanotta
Sr. Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

KDZ/cjp



FC01502 1/02

**StPaul Surety**

COPY

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0480
Fax: (410) 205-0605

February 25, 2004

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

| | | |
|---|---|---|
| Re: | Principal: | Shire Corporation |
| | Tracking No.: | HN00838 |
| | Claim No.: | 0400KF556329S001 |
| | Bond No.: | KF5563 |
| | Obligee: | State of Rhode Island |
| | Project: | Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges and Ramps |

Dear Mr. Donatelli:

Enclosed is an Affidavit of Claim with supporting documentation which we have received from Contractor Supply, Inc., on February 20, 2004, wherein it is alleged that your company owes $7,215.25 for labor or materials supplied on the captioned project.

We request that you promptly review this documentation and provide us with your written position and your intentions regarding this claim within 15 days. Please include all documentation that supports your position. If this claim has been paid or resolved, or is in the process of being paid, please forward to us a copy of your check or documentation evidencing the resolution of the claim.

Thank you for your anticipated cooperation in this most important matter.

Very truly yours,

Kimberly Zanotta

USF&G
Kimberly D. Zanotta
Sr. Claim Attorney Surety
Telephone: (410) 205-0480
Fax: (410) 205-0605
KIMBERLY.ZANOTTA@STPAUL.COM

Enclosures

KDZ/cjp