ST PAUL TRAVELERS

USF&G
MC MC41
5801 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 205-0507
Fax: (410) 205-0605

June 15, 2004

SHIRE CORPORATION
ATTN CLARK DONNATELLI JR
3 TERMINAL ROAD
PROVIDENCE RI 02905

JOHN CLARK & PETER R DONATELLI
550 OCEAN ROAD
NARRAGANSETT RI 02882

COPY

HAYLEY DIRAIMO
54 POTTER STREET
CRANSTON RI 02910

RE: Tracking No.: HN00838
Principal: Shire Corporation
Claim No.: 0400KF556329S001
Bond No: KF5563
Project: Contract No. 2000-CH-034, F.A.P. No. BHO-0563(001) & BHO-0953(092), & IM-0953(091) for Safety Improvements to I-95 Riding Surface, Bridges & Ramps

Dear Indemnitors:

Enclosed is a copy of our previous correspondence to Shire Corporation requesting documentation as to any amount owed to Contractor Supply, Inc. or documents indicating why it should not be paid. As of this date, we have not received a response to our correspondence and now find it necessary to remind you of the contractual duties and responsibilities that you have under the terms and provisions of the General Agreement of Indemnity and/or the Master Surety Agreement that you executed. As you know, the principal and other applicable indemnitors, jointly and/or severally committed themselves to exonerate, indemnify, and keep indemnified the surety from and against any and all liabilities, losses, and expenses by reason of the surety having executed bonds on behalf of Shire Corporation.

We urge you, in furtherance of your undertakings and obligations, to immediately investigate this claim, discharge any liability that is due and owing, or, if you determine liability does not exist, provide us with full written particulars and substantiated proof why none exists. This is notice to you that, if we do not hear from you in 5 days, USF&G will satisfy this claim and seek reimbursement from you pursuant to the terms of the General Agreement of Indemnity and/or the Master Surety Agreement.

This correspondence is written under a full reservation of rights and defenses available to USF&G at law or in equity.

Very truly yours,

USF&G
Wendy Webb Williams
Assoc Claim Attorney Surety
Telephone: (410) 205-0507
Fax: (410) 205-0605
WENDY.WILLIAMS@STPAUL.COM

WWW/jdec

FC01460 Ed 5/99