Payment | Stub Info | Special Instructions

**Payment Type**: (•) Indemnity ( ) Expense

**Indemnity Type**: Damages - Payment

**Payment Amount**: $172,500.00

**Expense Type**:

**Payee Information**: (•) Single Payee ( ) Dual Payees

Payee Assignment

**Payee1 Phrase**:

**Payment Method**: [illegible]

**Issue Date**: [illegible]

**Check Number**: 628254

**Address On Check**: (•) Payee ( ) Other

**Memo Line**: [illegible] Final Release

**Routing Instruction**: [illegible]

**Cycle Date**: 07/11/2005

**1099 Report Type**: [illegible]

**Reported as Charged to**: Service Contracting, Inc.

| Pay To The Order Of | | Delivery | |
|---|---|---|---|
| | Joseph J Reale Jr LTD<br>c/o Hinshaw & Culbertson, LLP<br>One International Pl, 3rd FL<br>BOSTON, MA 02110<br>Full and Final Release | | Joseph J Reale Jr LTD<br>c/o Hinshaw & Culbertson, LLP<br>One International Pl, 3rd FL<br>BOSTON, MA 02110 |

**Request Info**

Type: CAPTIS Check | Date: 07/11/2005 | By: White-Hicks, Virginia

**Approval Status**

Status: Approved | Date: 07/11/2005 | By: Comveau, Bruce

Trx: 17

| Authority | Unexpended |
|---|---|
| $100,000 | $52,506.50 |

( ) Void ( ) Stop ( ) Reissue

**Transaction Status**

Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

**Payment Details**

File

Check Details

Issued To:

CONTRACTORS SUPPLY, INC.
3340 PAWTUCKET AVE

EAST PROVIDEN RI 02915

Issue Date: 06/25/2004

Amount: $7,215.25

Check Status: Closed

Check Stub Details

Check Number: 0295044896

Account Number: 081

PER PYMT BOND KF5563 WWW

Close

**Payment Details**

File

Check Details

Issued To:
UNITED RENTALS HIGHWAY TECHNOLOGIE
ATTN: DEREK MOHN
30 INDEPENDENCE ROAD
KINGSTON MA 02364

| | |
|---|---|
| Issue Date: | 10/22/2003 |
| Amount: | $5,685.00 |
| Check Status: | Closed |

Check Stub Details

| | | | |
|---|---|---|---|
| Check Number: | 0295036472 | Account Number: | 081 |

Close

**Payment Details**

File

Check Details

Issued To:
PRM CONCRETE CORPORATION
ATTN: ANGELO SACCOCCIA
DARLINGTON STN., P.O. BOX 2190
PAWTUCKET RI 02861

Issue Date: 10/07/2003

Amount: $22,303.25

Check Status: Closed

Check Stub Details

Check Number: 0295036006 Account Number: 081

Close

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / (•) Expense

Indemnity Type:

Payment Amount: $200.20

Expense Type: Employee Travel

Payee Information: Single Payee / Dual Payee

Payee1 Phrase:

Payee Assignment

Payment Method: Fixed Reimbursement

Issue Date: 11/23/2005

Check Number: 719757

Address On Check: Payee 1 / Payee 2

Memo Line: Blank

Routing Instruction: Return to Requester

Cycle Date: 11/21/2005

1099 Report Type: Not Reportable

Reported as Charged to:

**Pay To The Order Of**
St. Paul Travelers,Claim Trave
Home Office - One Tower Square
4 PB
Hartford, CT 06183
*** Blank ***

**Delivery**

Request Info

Type: Payroll Reimbursement Date: 11/21/2005 By: Gonzalez, Lisandra

Approval Status

Status: Approved Date: 11/23/2005 By: Santor, Tracey

Trx: 22

Authority: $9 Unexpended: $14,386.70

Void / Stop / Reissue

Transaction Status

Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

Payment | Stub Info | Special Instructions

Payment Type: ( ) Indemnity (•) Expense

Indemnity Type:

Payment Amount: $247.84

Expense Type: Employee Travel

Payee Information: ( ) Single Payee ( ) Dual Payee

Payee Assignment

Payee1 Phrase:

Payment Method: Payroll Reimbursement

Issue Date: 03/09/2005

Check Number: 539154

Routing Instruction: Returned Requester

Cycle Date: 03/09/2005

1099 Report Type: Not Reportable

Address On Check: ( ) Payee 1 ( ) Payee 2

Memo Line: Blank

Reported as Charged to:

Pay To The Order Of:
St. Paul Travelers,Claim Trave
Home Office - One Tower Square
4 PB
Hartford, CT 06183
*** Blank ***

Delivery

Request Info

Type: Payroll Reimbursement Date: 03/09/2005 By: Caccomo, Barb

Trx: 9

Approval Status

Status: Approved Date: 03/09/2005 By: Colosky, Doug

Authority: $9

Unexpended: $14,386.70

( ) Void ( ) Stop ( ) Replace

Transaction Status

Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / (•) Expense

Indemnity Type:

Payment Amount: $138.47

Expense Type: Record Copies

Payee Information: (•) Single Payee / Dual Payees

Payee Assignment

Payee1 Phrase:

Payment Method: CAPTIS Check

Issue Date: ☑ 04/20/2006

Check Number: 822447

Address On Check: (•) Payee 1 / Payee 2

Memo Line: Blank

Routing Instruction: Mail to Payee

Cycle Date: 04/20/2006

1099 Report Type: Not Reportable

Reported as Charged to: Courthouse Copy Service

| | | | |
|---|---|---|---|
| **Pay To The Order Of** | Courthouse Copy Service<br>38 South Street<br><br>BALTIMORE, MD 21202<br>*** Blank *** | **Delivery** | Courthouse Copy Service<br>38 South Street<br><br>BALTIMORE, MD 21202 |

Request Info

Type: CAPTIS Check  Date: 04/20/2006  By: Kasten, Roxanne

Approval Status

Status: Within Authority  Date: 04/20/2006  By: Kasten, Roxanne

Trx: 24

Authority: $50,000  Unexpended: $14,386.70

Void / Stop / Reissue

Transaction Status

Trx: Transaction Completed  MIS: MIS Send OK  Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

Payment | Stub Info | Special Instructions

Payment Type: ( ) Indemnity (•) Expense

Indemnity Type:

Payment Amount: $454.50

Expense Type: Atty/ Outside Legal...

Payee Information: (•) Single Payee ( ) Dual Payee

Payee1 Phrase:

Payee Assignment

Payment Method: CAPTIS Check

Issue Date: 05/26/2006

Check Number: 848871

Address On Check: (•) Payee ( ) Payee

Memo Line: Blank

Routing Instruction: Mail to Payee

Cycle Date: 05/26/2006

1099 Report Type: 1099 - Non Ex...

Reported as Charged to: Hinshaw & Culbertson, LLP

**Pay To The Order Of**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110
*** Blank ***

**Delivery**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110

Request Info

Type: CAPTIS Check Date: 05/26/2006 By: Kasten, Roxanne

Trx: 26

Authority: $50,000 Unexpended: $14,386.70

( ) Void ( ) Stop ( ) Reissue

Approval Status

Status: Within Authority Date: 05/26/2006 By: Kasten, Roxanne

Transaction Status

Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CLIENT COPY

# HINSHAW

& CULBERTSON LLP

SUITE 300, FD-6
222 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601-1081

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

*** INTERIM ***
**Invoice No: 10564269**

MAY 18, 2006

BRC TSW
In Connection with our Matter: 856005

St. Paul Travelers Insurance Co.
Roxanne Kasten
111 Schilling Road
Hunt Valley, MD 21030

SHIRE / COSTELLO
Claimant: Costello Dismantling Co. Inc
Represent: St. Paul Travelers Insurance

| | |
|---|---|
| For professional services rendered through APRIL 28, 2006 .......... | $454.50 |
| Total amount due this invoice ................................ | $454.50 |

If you have any questions concerning this invoice please contact BRADFORD R. CARVER, BOSTON office at (617) 213-7000.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

RETURN WITH PAYMENT

MAY 18, 2006
856005-10564269
7791

Regarding:

| | |
|---|---|
| Fees: | $454.50 |
| Total this invoice: | $454.50 |

PAYMENT DUE ON THIS INVOICE ............................ $454.50
BALANCE DUE PRIOR INVOICES ......................... $1,344.00
(See last page for details)

ST. PAUL TRAVELERS INSURANCE CO.
Re: SHIRE / COSTELLO



SERVICES:

| | | | | |
|---|---|---|---|---|
| 04/17/06 | CVD | TELEPHONE CALL FROM AND TO MR. KASTEN RE STATUS OF CLAIM FILES | 0.10 | 24.00 |
| 04/18/06 | CVD | REVIEW CORRESPONDENCE FROM RIDOT COUNSEL RE SHIRE'S CLAIM AGAINST RIDOT | 0.10 | 24.00 |
| 04/19/06 | CVD | MEETING WITH MR. KASTEN TO DISCUSS INDEMNITY ISSUES AND STATUS OF LAWSUIT | 0.30 | 72.00 |
| 04/20/06 | SAB | REVIEW FILE MATERIALS TO ASSESS STATUS OF CLIENT'S INTENTIONS TO CONTINUE WITH PREPARING REQUESTS FOR ADMISSIONS AS TO SHIRE IN CONNECTION WITH INDEMNITY ACTION | 0.20 | 37.00 |
| 04/21/06 | CVD | WORK ON DOCUMENT RESPONSE | 0.20 | 48.00 |
| 04/26/06 | CVD | REVIEW CORRESPONDENCE RECEIVED FROM MS. KASTEN REGARDING STATUS OF COSCO MATTER | 0.10 | 24.00 |
| 04/26/06 | CVD | EMAIL TO MR. SOUZA RE SAME AND STATUS OF CLAIM AGAINST RIDOT | 0.20 | 48.00 |
| 04/27/06 | CVD | TELEPHONE CALL TO ATTORNEY PETROS RE STATUS OF DISMISSAL OF USF&G FROM COSCO LAWSUIT | 0.10 | 24.00 |
| 04/27/06 | SAB | PRIVILEGE REVIEW OF DOCUMENTS PROVIDED BY CLIENT REGARDING VARIOUS CLAIMS WHICH WERE RESOLVED BY USF&G DUE TO SHIRE'S NON-RESPONSIVENESS TO CLAIMS BY SUBCONTRACTORS | 0.70 | 129.50 |
| 04/28/06 | CVD | TELEPHONE CONFERENCE WITH MS. KASTEN RE STATUS OF COSCO | 0.10 | 24.00 |
| | | Total hours this matter: | 2.10 | |
| | | Total fees this matter: | | $454.50 |

| | |
|---|---|
| Total fees this bill | $454.50 |
| Total this bill | $454.50 |
| Total prior bills (list follows) | $1,344.00 |
| Total bills payable: | $1,798.50 |

ST. PAUL TRAVELERS INSURANCE CO.
Re: SHIRE / COSTELLO

Page: 3 MAY 18, 2006
0856005-10564269

Recap of Fees: Atty, Hours, Rate

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CVD | DIBARTOLO, CHARCRETIA V | 1.20 | Hours | at | 240.00 | = | $288.00 |
| SAB | BILLERI, SARAH A | 0.90 | Hours | at | 185.00 | = | $166.50 |
| | | | | | | | $454.50 |

Recap of Disbursements:

| | |
|---|---|
| Total disbursements | $0.00 |

Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|
| 10497044 | 08/17/05 | $648.00 |
| 10502427 | 09/15/05 | $696.00 |
| | Total | $1,344.00 |
| | This Invoice | $454.50 |
| | Total Current & Prior Invoices | $1,798.50 |

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443 or (312) 704-3123.

Payment | Stub Info | Special Instructions

**Payment Type**
- Indemnity
- (•) Expense

**Indemnity Type**:

**Payment Amount**: $2,613.00

**Expense Type**: Atty: Surety Interests...

**Payee Information**
- (•) Single Payee
- Dual Payee

Payee Assignment

**Payee1 Phrase**:

**Payment Method**: CAPTIS Check

**Issue Date**: 04/21/2006

**Check Number**: 823149

**Address On Check**
- (•) Payee 1
- Payee 2

**Memo Line**: Blank

**Routing Instruction**: Mail to Payee

**Cycle Date**: 04/21/2006

**1099 Report Type**: 1099 Non EE Comp

**Reported as Charged to**: Hinshaw & Culbertson, LLP

**Pay To The Order Of**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110
*** Blank ***

**Delivery**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110

**Request Info**
Type: CAPTIS Check Date: 04/21/2006 By: Kasten, Roxanne

**Approval Status**
Status: Within Authority Date: 04/21/2006 By: Kasten, Roxanne

Trx: 25

| Authority | Unexpended |
|---|---|
| $50,000 | $14,386.70 |

**Transaction Status**
Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CLIENT COPY

# HINSHAW

& CULBERTSON LLP

SUITE 300, FD-6
222 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601-1081

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

* INTERIM *
**Invoice No: 10555885**

APRIL 18, 2006

BRC TSW
In Connection with our Matter: 856005

St. Paul Travelers Insurance Co.
Roxanne Kasten
111 Schilling Road
Hunt Valley, MD 21030

SHIRE / COSTELLO
Claimant: Costello Dismantling Co. Inc
Represent: St. Paul Travelers Insurance

| | |
|---|---|
| For professional services rendered through MARCH 29, 2006 ........ | $2,553.50 |
| For disbursements paid through MARCH 23, 2006 ................. | $59.50 |
| Total amount due this invoice ................................ | $2,613.00 |

If you have any questions concerning this invoice please contact BRADFORD R. CARVER, BOSTON office at (617) 213-7000.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

**RETURN WITH PAYMENT**

APRIL 18, 2006
856005-10555885
7791

Regarding:

| | |
|---|---|
| Fees: | $2,553.50 |
| Disbursements: | $59.50 |
| Total this invoice: | $2,613.00 |

PAYMENT DUE ON THIS INVOICE ........................... $2,613.00
BALANCE DUE PRIOR INVOICES ............................ $1,344.00
(See last page for details)

ST. PAUL TRAVELERS INSURANCE CO.
Re: SHIRE / COSTELLO

Page: 2 APRIL 18, 2006
0856005-10555885

SERVICES:

| | | | | |
|---|---|---|---|---|
| 03/01/06 | SAB | DRAFT USF&G'S REQUEST FOR ADMISSIONS TO IN CONNECTION WITH INDEMNITY ACTION AGAINST SHIRE AND THE INDEMNITORS | 0.50 | 92.50 |
| 03/03/06 | SAB | REVIEW FILE MATERIALS FOR STATUS IN CONNECTION WITH DRAFTING USF&G'S REQUESTS FOR ADMISSIONS TO SHIRE AND THE INDEMNITORS | 0.20 | 37.00 |
| 03/07/06 | CVD | REVIEW NOTICE FROM COURT REGARDING PRETRIAL CONFERENCE AND REVIEW FEDERAL RULES AND LOCAL RULES FOR COMPLIANCE WITH SAME | 0.30 | 72.00 |
| 03/07/06 | CVD | EMAIL TO ATTORNEY SOUZA REGARDING SAME | 0.10 | 24.00 |
| 03/09/06 | CVD | REVIEW CORRESPONDENCE FROM ATTORNEY SOUZA RE FREEZE FUNDS LETTER TO RIDOT | 0.10 | 24.00 |
| 03/09/06 | CVD | REVIEW AND RESPOND TO EMAIL FROM ATTORNEY SOUZA RE RULE 26(F) CONFERENCE | 0.10 | 24.00 |
| 03/09/06 | CVD | REVIEW PROPOSED DISCOVERY PLAN DOCUMENTS RECEIVED FROM ATTORNEY SOUZA AND PREPARE FOR 26(F) CONFERENCE BY REVIEWING FILE AND DEVELOPING DISCOVERY PLAN | 0.60 | 144.00 |
| 03/09/06 | CVD | DRAFT STATEMENT OF CLAIM | 1.50 | 360.00 |
| 03/09/06 | CVD | PARTICIPATE IN RULE 26(F) CONFERENCE WITH ATTORNEY SOUZA | 0.60 | 144.00 |
| 03/09/06 | CVD | EMAIL TO ATTORNEY SOUZA RE STATUS OF COSTA MATTER | 0.10 | 24.00 |
| 03/10/06 | CVD | REVISING STATEMENT OF CLAIM | 2.00 | 480.00 |
| 03/15/06 | CVD | FINAL REVISIONS TO STATEMENT OF CLAIM AND PREPARE FOR FILING WITH COURT | 0.50 | 120.00 |
| 03/15/06 | CVD | TELEPHONE CONFERENCE WITH MS. KASTEN TO DISCUSS PRETRIAL CONFERENCE AND SUMMARY JUDGMENT MOTION | 0.20 | 48.00 |
| 03/16/06 | CVD | REVIEW CORRESPONDENCE FROM ATTORNEY SOUZA TO ATTORNEY PETROS WITH ATTACHED STIPULATION OF DISMISSAL RE COSCO MATTER | 0.10 | 24.00 |
| 03/16/06 | CVD | EMAIL TO MS. KASTEN RE SAME | 0.20 | 48.00 |

| | | | | |
|---|---|---|---|---|
| 03/22/06 | CVD | REVIEW AND RESPOND TO EMAIL FROM ATTORNEY SOUZA RE DRAFT PLEADINGS TO BE FILED WITH COURT FOR PRETRIAL CONFERENCE AND REVIEW ATTACHED PLEADINGS | 0.30 | 72.00 |
| 03/22/06 | CVD | PREPARE FOR RULE 16 CONFERENCE | 0.30 | 72.00 |
| 03/23/06 | CVD | ATTEND RULE 16 CONFERENCE INCLUDING TRAVEL TO AND FROM PROVIDENCE | 2.70 | 648.00 |
| 03/24/06 | CVD | EMAIL TO MS. KASTEN REGARDING PRETRIAL CONFERENCE AND STATUS OF CASE GENERALLY | 0.20 | 48.00 |
| 03/29/06 | CVD | REVIEW AND DIARY PRETRIAL ORDER DEADLINES | 0.20 | 48.00 |
| | | Total hours this matter: | 10.80 | |
| | | Total fees this matter: | | $2,553.50 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 03/23/06 | VENDOR: DIBARTOLO, CHARCRETIA V; INVOICE#: 856005032306; DATE: 3/23/2006 - TRAVEL TO RHODE ISLAND FOR COURT HEARING ( 100 MILES @ .445) TOLLS AND PARKING | 59.50 |
| | Total disbursements this matter: | 59.50 |

| | |
|---|---|
| Total fees this bill | $2,553.50 |
| Total disbursements this bill | $59.50 |
| Total this bill | $2,613.00 |
| Total prior bills (list follows) | $1,344.00 |
| Total bills payable: | $3,957.00 |

ST. PAUL TRAVELERS INSURANCE CO.
Re: SHIRE / COSTELLO

Page: 4 APRIL 18, 2006
0856005-10555885

Recap of Fees: Atty, Hours, Rate

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CVD | DIBARTOLO, CHARCRETIA V | 10.10 | Hours | at | 240.00 | = | $2,424.00 |
| SAB | BILLERI, SARAH A | 0.70 | Hours | at | 185.00 | = | $129.50 |
| | | | | | | | $2,553.50 |

Recap of Disbursements:

| | |
|---|---|
| TRAVEL | $59.50 |
| Total disbursements | $59.50 |

Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|
| 10497044 | 08/17/05 | $648.00 |
| 10502427 | 09/15/05 | $696.00 |
| | Total | $1,344.00 |
| | This Invoice | $2,613.00 |
| | Total Current & Prior Invoices | $3,957.00 |

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443 or (312) 704-3123.

Payment | Stub Info | Special Instructions

**Payment Type**
Indemnity
(•) Expense

Indemnity Type:
Payment Amount: $1,618.98
Expense Type:

**Payee Information**
(•) Single Payee
Dual Payee

Payee1 Phrase:

Payee Assignment

Payment Method: CAPTIS Check
Issue Date:
Check Number: 802647
Routing Instruction:
Cycle Date: 03/23/2006
1099 Report Type:

Address On Check
(•) Payee 1
Payee 2

Memo Line: Blank

Reported as Charged to: Hinshaw & Culbertson, LLP

**Pay To The Order Of**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110
*** Blank ***

**Delivery**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110

**Request Info**
Type: CAPTIS Check | Date: 03/23/2006 | By: Kasten, Roxanne

**Approval Status**
Status: Within Authority | Date: 03/23/2006 | By: Kasten, Roxanne

Trx: 23
Authority: $50,000
Unexpended: $14,386.70
Void | Stop | Reissue

**Transaction Status**
Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CLIENT COPY

# HINSHAW

& CULBERTSON LLP

SUITE 300, FD-6
222 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601-1081

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

*** INTERIM ***
**Invoice No: 10546556**

MARCH 14, 2006

BRC TSW
In Connection with our Matter: 856005

St. Paul Travelers Insurance Co.
Roxanne Kasten
111 Schilling Road
Hunt Valley, MD 21030

SHIRE / COSTELLO
Claimant: Costello Dismantling Co. Inc
Represent: St. Paul Travelers Insurance

| | |
|---|---|
| For professional services rendered through FEBRUARY 28, 2006 ..... | $1,111.00 |
| For disbursements paid through JANUARY 18, 2006 ............... | $45.00 |
| Total amount due this invoice ................................ | $1,156.00 |

ST PAUL TRAVELERS

MAR 1 6 2006

HUNT VALLEY BOND CLAIM

If you have any questions concerning this invoice please contact BRADFORD R. CARVER, BOSTON office at (617) 213-7000.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

RETURN WITH PAYMENT

MARCH 14, 2006
856005-10546556
7791

Regarding:

| | |
|---|---|
| Fees: | $1,111.00 |
| Disbursements: | $45.00 |
| Total this invoice: | $1,156.00 |

| | |
|---|---|
| PAYMENT DUE ON THIS INVOICE .......................... | $1,156.00 |
| BALANCE DUE PRIOR INVOICES ........................... | $1,806.98 |

(See last page for details)

SERVICES:

| | | | | |
|---|---|---|---|---|
| 02/02/06 | CVD | REVIEW CORRESPONDENCE FROM ATTORNEY SOUZA ENCLOSING WAIVER OF SERVICE OF SUMMONS, STIPULATION AND NOTICE OF APPEARANCE | 0.10 | 24.00 |
| 02/16/06 | CVD | LONG TELEPHONE CONFERENCE WITH MS. KASTEN RE STATUS OF INDEMNITY ACTION | 0.30 | 72.00 |
| 02/20/06 | CVD | REVIEW FILE TO PROVIDE STIPULATION OF DISMISSAL TO MS. KASTEN RE COSTELLO DISMANTLING MATTER AND EMAIL TO MS. KASTEN RE SAME | 0.20 | 48.00 |
| 02/21/06 | CVD | REVIEW ANSWER AND FILE TO ASSESS STRATEGY AND TO DRAFT REQUESTS FOR ADMISSION | 0.40 | 96.00 |
| 02/21/06 | CVD | CONFERENCE WITH MS. BILLERI TO DISCUSS REQUEST FOR ADMISSION AND SUMMARY JUDGMENT | 0.30 | 72.00 |
| 02/21/06 | SAB | REVIEW FILE IN PREPARATION FOR DRAFTING USF&G'S REQUEST FOR ADMISSIONS FROM SHIRE AND THE INDEMNITORS | 0.40 | 74.00 |
| 02/22/06 | SAB | REVIEW FILE MATERIALS IN PREPARATION FOR DRAFTING USF&G'S REQUEST FOR ADMISSIONS TO SHIRE AND ASSOCIATED INDEMNITORS | 0.20 | 37.00 |
| 02/22/06 | SAB | TELEPHONE CALL TO CLIENT IN CONNECTION WITH INDEMNITY ACTION AGAINST SHIRE AND REQUESTING FURTHER FILE MATERIALS IN PREPARATION FOR DRAFTING USF&G'S REQUESTS FOR ADMISSIONS TO SHIRE | 0.10 | 18.50 |
| 02/27/06 | CVD | REVIEW CORRESPONDENCE FROM ATTORNEY SOUZA TO RIDOT RE DEMAND FOR OUTSTANDING RETAINAGE AND CONTRACT FUNDS | 0.10 | 24.00 |
| 02/27/06 | CVD | CORRESPONDENCE TO ATTORNEY MITCHELL RIDOT RE FREEZE FUNDS REMINDER | 0.20 | 48.00 |
| 02/27/06 | CVD | EMAIL TO MS. KASTEN RE SAME | 0.10 | 24.00 |
| 02/27/06 | SAB | REVIEW FILE IN PREPARATION FOR DRAFTING USF&G'S REQUEST FOR ADMISSIONS FROM SHIRE AND THE INDEMNITORS | 0.50 | 92.50 |
| 02/27/06 | SAB | INITIAL DRAFT OF USF&G'S REQUEST FOR ADMISSIONS FROM SHIRE AND THE INDEMNITORS IN CONNECTION WITH INDEMNITY ACTION | 1.30 | 240.50 |

| | | | | |
|---|---|---|---|---|
| 02/27/06 | SAB | FURTHER DRAFTING OF USF&G'S REQUEST FOR ADMISSIONS FROM SHIRE AND THE INDEMNITORS IN CONNECTION WITH PENDING INDEMNITY ACTION | 0.50 | 92.50 |
| 02/28/06 | SAB | DRAFT USF&G'S REQUEST FOR ADMISSIONS TO SHIRE AND THE INDEMNITORS IN CONNECTION WITH PENDING INDEMNITY ACTION | 0.80 | 148.00 |
| | | Total hours this matter: | 5.50 | |
| | | Total fees this matter: | | $1,111.00 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 01/18/06 | PAYEE: ROBERT J. KILDUFF, CONSTABLE; INVOICE#: 2309; DATE: 1/18/2006 - SERVICE OF COMPLAINT ON DEFENDANT, SHIRE, BY CONSTABLE | 45.00 |
| | Total disbursements this matter: | 45.00 |

| | |
|---|---|
| Total fees this bill | $1,111.00 |
| Total disbursements this bill | $45.00 |
| Total this bill | $1,156.00 |
| Total prior bills (list follows) | $1,806.98 — 1344 pd Oct/05 |
| Total bills payable: | $2,962.98 |

Recap of Fees: Atty, Hours, Rate

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CVD | DIBARTOLO, CHARCRETIA V | 1.70 | Hours | at | 240.00 | = | $408.00 |
| SAB | BILLERI, SARAH A | 3.80 | Hours | at | 185.00 | = | $703.00 |
| | | | | | | | $1,111.00 |

Recap of Disbursements:

| | |
|---|---|
| OTHER PROFESSIONALS | $45.00 |
| Total disbursements | $45.00 |

Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|
| 10497044 | 08/17/05 | $648.00 |
| 10502427 | 09/15/05 | $696.00 |
| 10540990 | 02/16/06 | $462.98 |
| | Total | $1,806.98 |
| | This Invoice | $1,156.00 |
| | Total Current & Prior Invoices | $2,962.98 |

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443 or (312) 704-3123.

CLIENT COPY

# HINSHAW

& CULBERTSON LLP

SUITE 300, FD-6
222 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601-1081

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

* INTERIM *
**Invoice No: 10540990**

BRC VDH
In Connection with our Matter: 856005

FEBRUARY 16, 2006

St. Paul Travelers Insurance Co.
Wende Webb Williams
111 Schilling Road
Hunt Valley, MD 21030

SHIRE / COSTELLO
Claimant: Costello Dismantling Co. Inc
Represent: St. Paul Travelers

| | |
|---|---|
| For professional services rendered through JANUARY 20, 2006 ...... | $456.00 |
| For disbursements paid through NOVEMBER 29, 2005 ............. | $6.98 |
| Total amount due this invoice ................................ | $462.98 |

ST PAUL TRAVELERS

MAR 3 2006

HUNT VALLEY BOND CLAIM

If you have any questions concerning this invoice please contact BRADFORD R. CARVER, BOSTON office at (617) 213-7000.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

RETURN WITH PAYMENT

FEBRUARY 16, 2006
856005-10540990
7791

Regarding:

| | |
|---|---|
| Fees: | $456.00 |
| Disbursements: | $6.98 |
| Total this invoice: | $462.98 |

PAYMENT DUE ON THIS INVOICE ............................ $462.98
BALANCE DUE PRIOR INVOICES ........................... $1,344.00
(See last page for details)

SERVICES:

| | | | |
|---|---|---|---|
| 12/06/05 | CVD | CORRESPONDENCE TO ATTORNEY SOUZA RE SERVICE OF INDEMNITY COMPLAINT | 0.20 |
| 12/06/05 | CVD | DRAFT ACCEPTANCE OF SERVICE AFFIDAVIT | 0.20 |
| 01/03/06 | CVD | RESEARCH RE CURRENT RESIDENTIAL ADDRESS FOR PETER DONATELLI | 0.20 |
| 01/04/06 | CVD | OBTAIN SIGNED SUMMONS FROM CLERK'S OFFICE | 0.30 |
| 01/09/06 | CVD | REVIEW SUMMONSES AND DRAFT CORRESPONDENCE TO CONSTABLE FOR SERVICE OF SAME | 0.20 |
| 01/16/06 | CVD | DRAFT EMAIL TO MS. WILLIAMS RE STATUS OF INDEMNITY ACTION AND FILE GENERALLY | 0.40 |
| 01/20/06 | CVD | LONG TELEPHONE CONFERENCE WITH ATTORNEY SOUZA RE ACCEPTANCE OF SERVICE OF THE COMPLAINT AND STATUS OF CLAIMS | 0.40 |

Total hours this matter: 1.90

Total fees this matter: $456.00

DISBURSEMENTS:

| | | |
|---|---|---|
| 11/29/05 | UPS DELIVERY FROM HINSHAW & CULBERTSON LLP (B TO UNITED STATES DISTRICT COUR / PROVIDENCE | 6.98 |

Total disbursements this matter: 6.98

| | |
|---|---|
| Total fees this bill | $456.00 |
| Total disbursements this bill | $6.98 |
| Total this bill | $462.98 |
| Total prior bills (list follows) | $1,344.00 |
| Total bills payable: | $1,806.98 |

ST. PAUL TRAVELERS INSURANCE CO.
Re: SHIRE / COSTELLO

Page: 3 FEBRUARY 16, 2006
0856005-10540990

Recap of Fees: Atty, Hours, Rate

| | | | | | | |
|---|---|---|---|---|---|---|
| CVD | DIBARTOLO, CHARCRETIA V | 1.90 Hours | at | 240.00 | = | $456.00 |
| | | | | | | $456.00 |

Recap of Disbursements:

| | |
|---|---|
| MESSENGER SERVICE | $6.98 |
| Total disbursements | $6.98 |

Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|
| 10497044 | 08/17/05 | $648.00 |
| 10502427 | 09/15/05 | $696.00 |
| | Total | $1,344.00 |
| | This Invoice | $462.98 |
| | Total Current & Prior Invoices | $1,806.98 |

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443 or (312) 704-3123.

Payment | Stub Info | Special Instructions

**Payment Type**
- ( ) Indemnity
- (•) Expense

**Indemnity Type:**
**Payment Amount:** $1,344.00
**Expense Type:** Atty Outside - Internal ...

**Payee Information**
- ( ) Single Payee
- ( ) Dual Payee

Payee Assignment

**Payee1 Phrase:**

**Payment Method:** CAPTIS Check
**Issue Date:** 07/10/2006
**Check Number:** 874287
**Routing Instruction:** ...
**Cycle Date:** 07/10/2006
**1099 Report Type:** ...

**Address On Check**
- (•) Payee 1
- ( ) Payee 2

**Memo Line:** ...

**Reported as Charged to:** Hinshaw & Culbertson, LLP

**Pay To The Order Of**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110
*** Blank ***

**Delivery**
Hinshaw & Culbertson, LLP
One International Place
Fort Hill Square - Third Floor
Boston, MA 02110

**Request Info**
Type: CAPTIS Check | Date: 07/10/2006 | By: Kasten, Roxanne

**Approval Status**
Status: Within Authority | Date: 07/10/2006 | By: Kasten, Roxanne

Trx: 28
Authority: $50,000
Unexpended: $14,386.70

**Transaction Status**
Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CLIENT COPY

# HINSHAW

& CULBERTSON LLP

RECEIVED

OCT 04 2005

SURETY CLAIM

SUITE 300, FD-6
222 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601-1081

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

* INTERIM *
**Invoice No: 10502427**

BRC CNJ
In Connection with our Matter: 856005

SEPTEMBER 15, 2005

St. Paul Travelers Insurance Co.
Laurie Larson
One Tower Square
4PB
Hartford, CT 06183

SHIRE / COSTELLO
Claimant: Costello Dismantling Co. Inc
Represent: St. Paul Travelers

| | |
|---|---|
| For professional services rendered through AUGUST 5, 2005 ........ | $696.00 |
| Total amount due this invoice ................................ | $696.00 |

If you have any questions concerning this invoice please contact BRADFORD R. CARVER, BOSTON office at (617) 213-7000.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

SERVICES:

| | | | |
|---|---|---|---|
| 08/01/05 | CVD | TELEPHONE CONFERENCE W/ATTORNEY SOUZA RE INDEMNITY ISSUES | 0.50 |
| 08/01/05 | CVD | TELEPHONE CONFERENCE WITH CLERK'S OFFICE RE DISMISSAL OF SCI MATTER | 0.10 |
| 08/02/05 | CVD | REVIEW NOTICES OF WITHDRAWAL AND APPEARANCE BY COUNSEL FOR SHIRE RE COSCO | 0.10 |
| 08/03/05 | CVD | CORRESPONDENCE TO ATTORNEY SOUZA RE INDEMNITY ISSUES | 0.50 |
| 08/04/05 | CVD | REVISE CORRESPONDENCE TO ATTORNEY SOUZA RE INDEMNITY ISSUES | 0.80 |
| 08/04/05 | CVD | EMAIL TO MS. WILLIAMS RE CORRESPONDENCE TO ATTORNEY SOUZA RE INDEMNITY ISSUES | 0.20 |
| 08/04/05 | CVD | REVIEW AND RESPOND TO EMAIL FROM MS. WILLIAMS RE INDEMNITY LETTER | 0.20 |
| 08/05/05 | CVD | TELEPHONE CONFERENCE WITH MS. WILLIAMS RE INDEMNITY ISSUES | 0.20 |
| 08/05/05 | CVD | REVISING CORRESPONDENCE TO ATTORNEY SOUZA RE INDEMNITY ISSUES | 0.30 |

| | | |
|---|---|---|
| Total hours this matter: | 2.90 | |
| Total fees this matter: | | $696.00 |

| | |
|---|---|
| Total fees this bill | $696.00 |
| Total this bill | $696.00 |
| Total prior bills (list follows) | $648.00 |
| Total bills payable: | $1,344.00 |

Recap of Fees: Atty, Hours, Rate

| | | | | | | |
|---|---|---|---|---|---|---|
| CVD | DIBARTOLO, CHARCRETIA V | 2.90 Hours | at | 240.00 | = | $696.00 |
| | | | | | | $696.00 |

Recap of Disbursements:

Total disbursements $0.00

Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|
| 10497044 | 08/17/05 | $648.00 |
| | Total | $648.00 |
| | This Invoice | $696.00 |
| | Total Current & Prior Invoices | $1,344.00 |

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443 or (312) 704-3913.

CLIENT COPY

# HINSHAW

& CULBERTSON LLP

SUITE 300, FD-6
222 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601-1081

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

* INTERIM *
**Invoice No: 10497044**

BRC CNJ
In Connection with our Matter: 856005

AUGUST 17, 2005

St. Paul Travelers Insurance Co.
Laurie Larson
One Tower Square
4PB
Hartford, CT 06183

SHIRE / COSTELLO
Claimant: Costello Dismantling Co. Inc
Represent: St. Paul Travelers

| | |
|---|---|
| For professional services rendered through JULY 29, 2005 .......... | $648.00 |
| Total amount due this invoice .............................. | $648.00 |

RECEIVED
AUG 2005
SURETY CLAIM

If you have any questions concerning this invoice please contact BRADFORD R. CARVER, BOSTON office at 999-999-9999.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

RETURN WITH PAYMENT

AUGUST 17, 2005
856005-10497044
7791

Regarding:

| | |
|---|---|
| Fees: | $648.00 |
| Total this invoice: | $648.00 |

PAYMENT DUE ON THIS INVOICE ............................ $648.00

SERVICES:

| | | | |
|---|---|---|---|
| 07/06/05 | CVD | TELEPHONE CONFERENCE WITH RANDY SOUZA RE: SETTLEMENT | 0.20 |
| 07/06/05 | CVD | TELEPHONE CONFERENCE WITH WENDY WILLIAMS RE SAME | 0.20 |
| 07/08/05 | CVD | REVIEW AND REVISE RELEASE | 0.50 |
| 07/08/05 | CVD | EMAIL TO ATTORNEY SOUZA AND ATTORNEY REALE RE RELEASE | 0.20 |
| 07/11/05 | CVD | TELEPHONE CONFERENCE WITH MS. WILLIAMS RE SETTLEMENT | 0.10 |
| 07/12/05 | CVD | TELECONFERENCE WITH ATTORNEY REALE RE RELEASE | 0.10 |
| 07/12/05 | CVD | CORRESPONDENCE TO ATTORNEY REALE RE SETTLEMENT CHECK AND RELEASE | 0.20 |
| 07/21/05 | CVD | REVIEW AND RESPOND TO EMAIL FROM MS. WILLIAMS REGARDING STATUS OF INDEMNITY ISSUES | 0.10 |
| 07/22/05 | CVD | TELEPHONE CONFERENCE W/ATTORNEY REALE'S OFFICE RE STATUS OF RELEASE AND STIPULATION OF DISMISSAL | 0.10 |
| 07/25/05 | CVD | TELECONFERENCE W/ATTORNEY SOUZA RE STATUS OF INDEMNITY AND SETTLEMENT | 0.20 |
| 07/26/05 | CVD | EMAIL TO MS. WILLIAMS RE STATUS OF INDEMNITY ISSUES AND SETTLEMENT | 0.20 |
| 07/29/05 | CVD | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM ATTORNEY SOUZA RE INDEMNITY ISSUES | 0.10 |
| 07/29/05 | CVD | FAX TO MS. WILLIAMS RE SOUZA CORRESPONDENCE | 0.20 |
| 07/29/05 | CVD | LONG TELEPHONE CONFERENCE WITH MS. WILLIAMS TO DISCUSS INDEMNITY ISSUES | 0.30 |

| | | |
|---|---|---|
| Total hours this matter: | 2.70 | |
| Total fees this matter: | | $648.00 |

Total fees this bill $648.00

| | |
|---|---|
| Total this bill | $648.00 |

Recap of Fees: Atty, Hours, Rate

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CVD | DIBARTOLO, CHARCRETIA V | 2.70 | Hours | at | 240.00 | = | $648.00 |
| | | | | | | | $648.00 |

Recap of Disbursements:

| | |
|---|---|
| Total disbursements | $0.00 |

Payment | Stub Info | Special Instructions

**Payment Type**: ( ) Indemnity (•) Expense

**Indemnity Type**:

**Payment Amount**: $1,757.40

**Expense Type**: Atty Fees-Initial Salvage

**Payee Information**: (•) Single Payee ( ) Dual Payees

**Payee1 Phrase**:

Payee Assignment

**Payment Method**: CAPTIS Check

**Issue Date**: 07/11/2005

**Check Number**: 627894

**Address On Check**: (•) Payee 1 ( ) Payee 2

**Memo Line**: *Blank

**Routing Instruction**: U.S. Mail to Payee

**Cycle Date**: 07/11/2005

**1099 Report Type**: 1099 Non EE Comp

**Reported as Charged to**: Cetrulo & Capone, LLP

**Pay To The Order Of**
Cetrulo & Capone, LLP
Two Seaport Lane

Boston, MA 02210-2001
*** Blank ***

**Delivery**
Cetrulo & Capone, LLP
Two Seaport Lane

Boston, MA 02210-2001

**Request Info**

Type: CAPTIS Check — Date: 07/11/2005 — By: Williams, Wendy

**Approval Status**

Status: Within Authority — Date: 07/11/2005 — By: Williams, Wendy

Trx: 18

| Authority | Unexpended |
|---|---|
| $50,000 | $14,386.70 |

( ) Void ( ) Stop ( ) Reissue

**Transaction Status**

Trx: Transaction Completed — MIS: MIS Send OK — Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: June 27, 2005
FOR THE PERIOD THROUGH: May 31, 2005
CLIENT#: 02060
INVOICE#: 32922

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0140**
**RE: Shire Corp./State of RI**
**Project: Safety Improvements to I-95 Riding Surface Bridges**
**Principal: Shire Corporation**
**Obligee: State of RI**
**Bond: KF5563**
**Claimant: Service Contracting**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/05 | DIBA | Review file to prepare for settlement meeting. | .60 | 144.00 |
| 05/23/05 | DIBA | Telephone conference with Ms. Williams regarding settlement meeting. | .20 | 48.00 |
| 05/24/05 | DIBA | Attend settlement conference including travel to and from RI. | 4.50 | 1,080.00 |
| 05/25/05 | DIBA | Correspondence to Attorney Harwood regarding resolution of claim. | .70 | 168.00 |
| 05/25/05 | DIBA | Telephone call to Attorney Mitchell regarding retainage and status of project. | .10 | 24.00 |
| 05/25/05 | DIBA | Telephone call to Attorney Harwood regarding same. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 05/25/05 | DIBA Email to Ms. Williams regarding same. | .10 | 24.00 |
| 05/26/05 | DIBA Long telephone conference with Ms. Williams regarding settlement conference and status of claims. | .50 | 120.00 |
| 05/26/05 | DIBA Revise correspondence to Attorney Harwood regarding same. | .10 | 24.00 |
| 05/26/05 | DIBA Telephone conference with Attorney Mitchell regarding CDs. | .10 | 24.00 |
| 05/26/05 | DIBA Email to Ms. Williams regarding same. | .10 | 24.00 |

Total Fees $1,704.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 7.10 | 1704.00 |
| TOTALS | | 7.10 | 1704.00 |

DISBURSEMENTS

| | |
|---|---|
| 05/23/05 Copy Charges - 8 copies at .10 per page | 0.80 |
| 05/24/05 Tolls - - VENDOR: CharCretia DiBartolo | 4.00 |
| 05/24/05 Mileage - - VENDOR: CharCretia DiBartolo | 48.60 |

Total Disbursements $53.40

**MATTER 02060-0140 SUBTOTAL $1,757.40**

| | |
|---|---|
| TOTAL FEES | $1,704.00 |
| TOTAL DISBURSEMENTS | $53.40 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,757.40 |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 10/28/2003

Amount: $1,433.50

Check Status: Closed

Check Stub Details

Check Number: 0295036621 Account Number: 081

CLIENT NO. 02060 INVOICE NO. 25228

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: October 20, 2003
FOR THE PERIOD THROUGH: September 30, 2003
CLIENT#: 02060
INVOICE#: 25228

Kimberly D. Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0091**
**RE: Mass Electric Construction Company**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/03 | DIBA | Review and analysis of judgment stipulation received from Attorney Larisa. | .40 | 90.00 |
| 09/08/03 | DIBA | Telephone conference with Attorney Larisa regarding judgment stipulation. | .10 | 22.50 |
| 09/08/03 | DIBA | Telephone calls to Attorneys Comley and Materne regarding same. | .10 | 22.50 |
| 09/08/03 | DIBA | Revising agreement. | .30 | 67.50 |
| 09/08/03 | DIBA | Telephone conference with Attorney Comley. | .20 | 45.00 |
| 09/08/03 | DIBA | Further telephone conference with Attorney Larisa. | .30 | 67.50 |
| 09/09/03 | DIBA | Telephone conference with Attorney Comley regarding revised stipulation. | .10 | 22.50 |
| 09/10/03 | DIBA | Telephone conference with Attorney Comley regarding status of stipulation. | .10 | 22.50 |

FILE NUMBER: 02060-0091
INVOICE NO.: 25228

| | | | | |
|---|---|---|---|---|
| 09/15/03 | DIBA | Telephone conference with Ms. Zanotta regarding settlement conference. | .20 | 45.00 |
| 09/15/03 | DIBA | Attend settlement conference. | 1.50 | 337.50 |
| 09/15/03 | DIBA | Travel to and from Providence RI to attend settlement conference. | 2.00 | 450.00 |
| 09/17/03 | DIBA | Telephone call to Ms. Zanotta regarding settlement conference. | .10 | 22.50 |
| 09/17/03 | DIBA | Correspondence to Ms. Zanotta regarding settlement conference. | .20 | 45.00 |
| 09/17/03 | DIBA | Review revised judgment stipulation and dismissal stipulation. | .10 | 22.50 |
| 09/24/03 | DIBA | Correspondence to Ms. Zanotta regarding stipulation of dismissal. | .20 | 45.00 |
| 09/24/03 | DIBA | Review email from Attorney Rowan regarding order. | .10 | 22.50 |
| 09/24/03 | DIBA | Revise order. | .10 | 22.50 |
| | | Total Fees | | $1,372.50 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 225.00 | 6.10 | 1372.50 |
| TOTALS | | 6.10 | 1372.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 09/15/03 | Parking - - VENDOR: CharCretia DiBartolo | 12.00 |
| 09/15/03 | Mileage - - VENDOR: CharCretia DiBartolo | 36.00 |
| 09/17/03 | Copy Charges | 0.50 |
| 09/17/03 | Copy Charges | 1.10 |
| 09/18/03 | Copy Charges | 0.10 |
| 09/18/03 | Copy Charges | 0.10 |
| 09/18/03 | Copy Charges | 9.20 |
| 09/23/03 | Copy Charges | 0.40 |
| 09/24/03 | Copy Charges | 1.60 |

Total Disbursements $61.00

**MATTER 02060-0091 SUBTOTAL $1,433.50**

| | |
|---|---|
| TOTAL FEES | $1,372.50 |
| TOTAL DISBURSEMENTS | $61.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,433.50 |

## Payment Details

File

**Check Details**

Issued To:

CETRULO & CAPONE LLP

TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 09/29/2003

Amount: $1,035.00

Check Status: Closed

**Check Stub Details**

Check Number: 0295035777

Account Number: 081

MATTER NO. 02060-0091 RE: MASS ELECTRIC CONSTRUCTION COMPANY INVOICE NO. 24897

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : September 23, 2003
FOR THE PERIOD THROUGH : August 31, 2003
CLIENT# : 02060
INVOICE# : 24897

Kimberly D. Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0091**
**RE: Mass Electric Construction Company**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/03 | DIBA | Review requests for admission to Shire. | .10 | 22.50 |
| 08/25/03 | DIBA | Review file and prepare for pretrial conference. | .50 | 112.50 |
| 08/26/03 | DIBA | Attend pretrial conference. | 1.00 | 225.00 |
| 08/26/03 | DIBA | Travel to and from Providence, RI regarding pretrial conference. | 2.00 | 450.00 |
| 08/26/03 | DIBA | Correspondence to Ms. Zanotta regarding same and status. | .60 | 135.00 |
| 08/28/03 | DIBA | Review pretrial order. | .10 | 22.50 |
| 08/28/03 | DIBA | Review settlement conference order. | .10 | 22.50 |
| 08/28/03 | DIBA | Revise correspondence to Ms. Zanotta regarding same and pretrial conference. | .20 | 45.00 |
| | | Total Fees | | $1,035.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 225.00 | 4.60 | 1035.00 |
| | TOTALS | | 4.60 | 1035.00 |

**MATTER 02060-0091 SUBTOTAL $1,035.00**

| | |
|---|---|
| TOTAL FEES | $1,035.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,035.00 |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE
BOSTON MA 02210

| | |
|---|---|
| Issue Date: | 05/29/2003 |
| Amount: | $45.60 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295031657 Account Number: 081

CLIENT # 02060 INVOICE # 23445

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: May 19, 2003
FOR THE PERIOD THROUGH: April 30, 2003
CLIENT#: 02060
INVOICE#: 23445

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/03 | DIBA | Telephone conference with Attorney Mulhearn regarding status of settlement agreement (.10). | .10 | 22.50 |
| 03/18/03 | DIBA | Telephone call to Attorney Visconti regarding status of settlement documents (.10). | .10 | 22.50 |
| | | Total Fees | | $45.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 225.00 | .20 | 45.00 |
| | TOTALS | | .20 | 45.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 04/01/03 Copy Charges | 0.60 | |
| Total Disbursements | | $.60 |

**MATTER 02060-0080 SUBTOTAL $45.60**

| | |
|---|---|
| TOTAL FEES | $45.00 |
| TOTAL DISBURSEMENTS | $.60 |
| TOTAL BALANCE DUE UPON RECEIPT | $45.60 |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

| | |
|---|---|
| Issue Date: | 01/29/2003 |
| Amount: | $1,044.50 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295027712 Account Number: 081

RE: INVOICE # 22344 MATTER # 02060-0080

Close