CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. #04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: January 21, 2003
FOR THE PERIOD THROUGH: December 31, 2002
CLIENT#: 02060
INVOICE#: 22344

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/02 | CAPO | Telephone conference with attorney Visconti regarding settlement status (.10); telephone call to K. Zanotta regarding same (.10); review file including Tilcon claims documentation and complaint answer of Shire Corporation and claim letters (1.00); letter to attorney Visconti renewing request for Shire Corporation defenses to Tilcon claims to K. Zanotta (.30) | 1.50 | 375.00 |
| 12/03/02 | CAPO | Telephone call from K. Zanotta regarding authority to proceed to answer in behalf of USF&G (.10) | .10 | 25.00 |
| 12/04/02 | DIBA | Work on answer to complaint. | .40 | 84.00 |
| 12/09/02 | DIBA | Draft answer. | 2.00 | 420.00 |
| 12/11/02 | CAPO | Telephone call to K. Zanotta regarding status of claim (.10). | .10 | 25.00 |

| | | | | |
|---|---|---|---|---|
| 12/13/02 | CAPO | Telephone conference with attorney Visconti regarding request for Shire Corporation response to Tilcon claim together with supporting documents (.20). | .20 | 50.00 |
| 12/13/02 | DIBA | Correspondence to Ms. Zanotta regarding answer and depositions. | .30 | 63.00 |

Total Fees $1,042.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bert J. Capone | 250.00 | 1.90 | 475.00 |
| CharCretia V. DiBartolo | 210.00 | 2.70 | 567.00 |
| TOTALS | | 4.60 | 1042.00 |

DISBURSEMENTS

| | |
|---|---|
| 12/13/02 Copy Charges | 1.70 |
| 12/13/02 Copy Charges | 0.80 |

Total Disbursements $2.50

**MATTER 02060-0080 SUBTOTAL $1,044.50**

FILE NUMBER: 02060-0080
INVOICE NO.: 22344

| | |
|---|---|
| TOTAL FEES | $1,042.00 |
| TOTAL DISBURSEMENTS | $2.50 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,044.50 |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 12/04/2003

Amount: $316.40

Check Status: Closed

Check Stub Details

Check Number: 0295037824 Account Number: 081

INVOICE # 25572 CLIENT # 02060 KDZ

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : November 17, 2003
FOR THE PERIOD THROUGH : October 31, 2003
CLIENT# : 02060
INVOICE# : 25572

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/03 | DIBA | Review file and draft status email to Ms. Zanotta; telephone call to Ms. Zanotta regarding same. | .30 | 67.50 |
| 10/17/03 | DIBA | Telephone conference with Attorney Mulhearn regarding status of payments to Tilcon. | .20 | 45.00 |
| 10/17/03 | DIBA | Telephone conference with Attorney Visconti regarding same. | .20 | 45.00 |
| 10/17/03 | DIBA | Email to Ms. Zanotta regarding same. | .10 | 22.50 |
| 10/21/03 | DIBA | Review correspondence from Attorney Mulhearn regarding status of payments. | .10 | 22.50 |
| 10/21/03 | DIBA | Correspondence to Ms. Zanotta regarding status of payments. | .10 | 22.50 |
| 10/21/03 | DIBA | Correspondence to Attorney Visconti regarding status of payments. | .10 | 22.50 |

| | | | | |
|---|---|---|---|---|
| 10/21/03 | DIBA | Telephone conference with Ms. Zanotta regarding same and additional claims. | .20 | 45.00 |
| 10/23/03 | DIBA | Review correspondence from Attorney Visconti with attached correspondence from Shire regarding outstanding claim. | .10 | 22.50 |
| | | Total Fees | | $315.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 225.00 | 1.40 | 315.00 |
| | TOTALS | | 1.40 | 315.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 10/20/03 Copy Charges | 0.40 | |
| 10/21/03 Copy Charges | 1.00 | |
| Total Disbursements | | $1.40 |

**MATTER 02060-0080 SUBTOTAL** **$316.40**

| | |
|---|---|
| **TOTAL FEES** | **$315.00** |
| **TOTAL DISBURSEMENTS** | **$1.40** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$316.40** |

**Payment Details**

File

**Check Details**

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE
BOSTON MA 02210

Issue Date: 08/05/2003
Amount: $202.90
Check Status: Closed

**Check Stub Details**

Check Number: 0295033944 Account Number: 081

MATTER NO. 02060-0080 INVOICE NO. 24134

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: July 22, 2003
FOR THE PERIOD THROUGH: June 30, 2003
CLIENT#: 02060
INVOICE#: 24134

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/03 | DIBA | Review correspondence from Ms. Zanotta regarding status of settlement (.10). | .10 | 22.50 |
| 05/05/03 | DIBA | Telephone conference with Attorney Mulhern regarding same (.10). | .10 | 22.50 |
| 05/05/03 | DIBA | Telephone conference with Ms. Zanotta regarding same (.10). | .10 | 22.50 |
| 05/09/03 | DIBA | Review correspondence from Attorney Mulhearn regarding default by Tilcon (.10). | .10 | 22.50 |
| 05/09/03 | DIBA | Correspondence to Ms. Zanotta regarding same (.10). | .10 | 22.50 |
| 06/16/03 | DIBA | Telephone conference with Attorney Mulhearn regarding status of payments by Shire (.20). | .20 | 45.00 |
| 06/16/03 | DIBA | Correspondence to Ms. Zanotta regarding same (.20). | .20 | 45.00 |
| | | Total Fees | | $202.50 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 225.00 | .90 | 202.50 |
| | TOTALS | | .90 | 202.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 05/21/03 Copy Charges | 0.40 | |
| Total Disbursements | | $.40 |
| **MATTER 02060-0080 SUBTOTAL** | | **$202.90** |

| | |
|---|---|
| TOTAL FEES | $202.50 |
| TOTAL DISBURSEMENTS | $.40 |
| TOTAL BALANCE DUE UPON RECEIPT | $202.90 |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP

TWO SEAPORT LANE

BOSTON MA 02210

| | |
|---|---|
| Issue Date: | 03/29/2004 |
| Amount: | $90.40 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295041919 Account Number: 081

RE: TILCON-CAPALDI, INC. MATTER NO. 02060-0080 INVOICE NO. 26921

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: March 22, 2004
FOR THE PERIOD THROUGH: February 29, 2004
CLIENT#: 02060
INVOICE#: 26921

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/03 | DIBA | Review correspondence from Ms. Zanotta regarding status of settlement. | .10 | 22.50 |
| 12/11/03 | DIBA | Review correspondence from Ms. Zanotta to principals. | .10 | 22.50 |
| 12/17/03 | DIBA | Review correspondence from Shire to Ms. Zanotta regarding status of payment. | .10 | 22.50 |
| 12/17/03 | DIBA | Email to Ms. Zanotta regarding same. | .10 | 22.50 |
| | | Total Fees | | $90.00 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 225.00 | .40 | 90.00 |
| TOTALS | | .40 | 90.00 |

DISBURSEMENTS

| | |
|---|---|
| 11/20/03 Copy Charges | 0.40 |

| | |
|---|---|
| Total Disbursements | $.40 |
| **MATTER 02060-0080 SUBTOTAL** | **$90.40** |

| | |
|---|---|
| TOTAL FEES | $90.00 |
| TOTAL DISBURSEMENTS | $.40 |
| TOTAL BALANCE DUE UPON RECEIPT | $90.40 |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 08/10/2004

Amount: $242.92

Check Status: Closed

Check Stub Details

Check Number: 0295046327 Account Number: 081

INVOICE NO. 28260 MATTER NO. 02060-0080

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: July 19, 2004
FOR THE PERIOD THROUGH: June 30, 2004
CLIENT#: 02060
INVOICE#: 28260

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/04 | DIBA | Review paid-when-paid issue regarding retainage. | .30 | 67.50 |
| 05/07/04 | DIBA | Review contract regarding same. | .10 | 22.50 |
| 05/07/04 | DIBA | Email to Ms. Zanotta regarding same. | .20 | 45.00 |
| 05/07/04 | DIBA | Correspondence to Attorney Giammarco regarding same. | .10 | 22.50 |
| 05/10/04 | DIBA | Review pay-when-paid issue. | .20 | 45.00 |
| 06/14/04 | DIBA | Telephone conference with Ms. Weinstock and Ms. Williams regarding status. | .10 | 22.50 |
| | | Total Fees | | $225.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 225.00 | 1.00 | 225.00 |
| | TOTALS | | 1.00 | 225.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| Research/LEXIS/Westlaw | 16.42 | |
| 05/11/04 Copy Charges - 11 copies at .10 per page | 1.10 | |
| 05/20/04 Copy Charges - 4 copies at .10 per page | 0.40 | |
| Total Disbursements | | $17.92 |

**MATTER 02060-0080 SUBTOTAL $242.92**

| | |
|---|---|
| **TOTAL FEES** | **$225.00** |
| **TOTAL DISBURSEMENTS** | **$17.92** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$242.92** |

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / Expense

Indemnity Type:

Payment Amount: $2,065.00

Expense Type: Atty. Surety (Indemnity)

Payee Information: Single Payee / Dual Payees

Payee1 Phrase:

Payee Assignment

Payment Method: CAPTIS Check

Issue Date: 04/26/2005

Check Number: 576063

Routing Instruction: Mail to Payee

Cycle Date: 04/26/2005

1099 Report Type:

Address On Check: Payee 1 / Payee 2

Memo Line: Blank

Reported as Charged to: Cetrulo & Capone, LLP

| | | | |
|---|---|---|---|
| **Pay To The Order Of** | CETRULO & CAPONE<br>ATTN: BRAD CARVER<br>TWO SEAPORT LANE<br>BOSTON, MA 02210<br>*** Blank *** | **Delivery** | CETRULO & CAPONE<br>ATTN: BRAD CARVER<br>TWO SEAPORT LANE<br>BOSTON, MA 02210 |

Request Info

Type: CAPTIS Check  Date: 04/26/2005  By: Williams, Wendy

Approval Status

Status: Within Authority  Date: 04/26/2005  By: Williams, Wendy

Trx: 13

| Authority | Unexpended |
|---|---|
| $50,000 | $14,386.70 |

Transaction Status

Trx: Transaction Completed  MIS: MIS Send OK  Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: April 15, 2005
FOR THE PERIOD THROUGH: March 31, 2005
CLIENT#: 02060
INVOICE#: 31829

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/05 | DIBA | Telephone call to Attorney Demayo regarding motion to amend. | .10 | 24.00 |
| 03/06/05 | DIBA | Review order from court regarding request for consent to magistrate judge. | .10 | 24.00 |
| 03/06/05 | DIBA | Email to Ms. Williams regarding same. | .10 | 24.00 |
| 03/09/05 | KING | Prepare for and attend deposition; draft summary of deposition. | 2.50 | 525.00 |
| 03/10/05 | DIBA | Attend hearing on motion to amend and motion for default. | 1.00 | 240.00 |

| | | | |
|---|---|---|---|
| 03/10/05 | DIBA Long conference with Attorney DiMao after hearing to discuss same, case strategy and service contracting. | .50 | 120.00 |
| 03/10/05 | DIBA Travel to and from Providence regarding same. | 2.20 | 528.00 |
| 03/11/05 | DIBA Email to Ms. Williams regarding status and recent hearing. | .20 | 48.00 |
| 03/18/05 | DIBA Telephone conference with Attorney DiMaio regarding document responses. | .10 | 24.00 |
| 03/23/05 | DIBA Review correspondence from Attorney DiMaio regarding motion to default and document response. | .10 | 24.00 |
| 03/23/05 | DIBA Review order from court regarding same. | .10 | 24.00 |
| 03/23/05 | DIBA Telephone conference with Attorney DiMaio regarding same. | .20 | 48.00 |
| 03/23/05 | DIBA Review correspondence from Costello's counsel regarding cancellation of hearing. | .10 | 24.00 |
| 03/28/05 | DIBA Review answer received from Shire. | .30 | 72.00 |
| 03/28/05 | DIBA Draft USF&G answer. | 1.00 | 240.00 |
| 03/29/05 | DIBA Review and revise answer. | .30 | 72.00 |
| | Total Fees | | $2,061.00 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 6.40 | 1536.00 |
| Shelia High King | 210.00 | 2.50 | 525.00 |
| TOTALS | | 8.90 | 2061.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/08/05 Copy Charges | 0.10 | |
| 03/08/05 Copy Charges | 0.90 | |
| 03/08/05 Copy Charges | 2.50 | |
| 03/25/05 Copy Charges | 0.50 | |
| Total Disbursements | | $4.00 |

**MATTER 02060-0138 SUBTOTAL $2,065.00**

| | |
|---|---|
| TOTAL FEES | $2,061.00 |
| TOTAL DISBURSEMENTS | $4.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,065.00 |

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / Expense
Indemnity Type:
Payment Amount: $4,092.98
Expense Type:

Payee Information: Single Payee / Dual Payee
Payee1 Phrase:
Payee Assignment

Payment Method:
Issue Date:
Check Number: 666594
Routing Instruction:
Cycle Date: 09/08/2005
1099 Report Type:

Address On Check
Memo Line

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of** Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210-2001
*** Blank ***

**Delivery** Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210-2001

Request Info
Type: CAPTIS Check Date: 09/08/2005 By: Williams, Wendy

Trx: 20
Authority: $50,000 Unexpended: $14,386.70

Approval Status
Status: Within Authority Date: 09/08/2005 By: Williams, Wendy

Transaction Status
Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. #04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: July 7, 2005
FOR THE PERIOD THROUGH: June 30, 2005
CLIENT#: 02060
INVOICE#: 33187

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0140**
**RE: Shire Corp./State of RI**
**Project: Safety Improvements to I-95 Riding Surface Bridges**
**Principal: Shire Corporation**
**Obligee: State of RI**
**Bond: KF5563**
**Claimant: Service Contracting**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/05 | DIBA | Long telephone conference with Attorney Souza and Mr. Donatelli to discuss status. | .50 | 120.00 |
| 06/07/05 | DIBA | Telephone conference with Attorney Souza regarding status. | .30 | 72.00 |
| 06/07/05 | DIBA | Telephone conference with Ms. Williams regarding same. | .20 | 48.00 |
| 06/09/05 | DIBA | Telephone call from Attorney Souza regarding SCI claim and defenses. | .10 | 24.00 |
| 06/09/05 | DIBA | Review correspondence received from Attorney Souza regarding same. | .20 | 48.00 |
| 06/09/05 | DIBA | Review email from Ms. Williams regarding same. | .10 | 24.00 |

| | | | | |
|---|---|---|---|---|
| 06/15/05 | DIBA | Long telephone conference with Attorney Souza regarding settlement. | .50 | 120.00 |
| 06/15/05 | DIBA | Telephone conference with Ms. Williams regarding same. | .30 | 72.00 |
| 06/15/05 | DIBA | Further telephone conference with Ms. Williams regarding same. | .20 | 48.00 |
| 06/15/05 | DIBA | Long telephone conference with Attorney Souza regarding same. | .60 | 144.00 |
| 06/15/05 | DIBA | Telephone conference with Attorney Ross regarding appearance/withdrawal for USF&G. | .10 | 24.00 |
| 06/15/05 | DIBA | Draft and file same. | .20 | 48.00 |
| 06/15/05 | DIBA | Review correspondence from Attorney Souza to RIDOT regarding extra work claim. | .10 | 24.00 |
| 06/17/05 | DIBA | Long telephone conference with Attorney Morris regarding status of claim and settlement. | .30 | 72.00 |
| 06/20/05 | DIBA | Telephone conference with Attorney Souza regarding trial calendar call and settlement. | .20 | 48.00 |
| 06/21/05 | DIBA | Telephone conference with Ms. Williams regarding settlement and indemnity issue. | .30 | 72.00 |
| 06/21/05 | DIBA | Telephone conference with Attorney Souza regarding same. | .30 | 72.00 |
| 06/21/05 | DIBA | Telephone conference with Attorney Mitchell at RIDOT. | .20 | 48.00 |
| 06/21/05 | DIBA | Telephone conference with Ms. Williams regarding same. | .20 | 48.00 |
| 06/21/05 | DIBA | Telephone call from Attorney Reale regarding same. | .10 | 24.00 |
| 06/21/05 | DIBA | Telephone conference with Attorney Souza regarding same. | .30 | 72.00 |
| | | Total Fees | | $1,272.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 240.00 | 5.30 | 1272.00 |
| | TOTALS | | 5.30 | 1272.00 |

DISBURSEMENTS

05/24/05 Parking - - VENDOR: CharCretia DiBartolo 11.00

| | | | |
|---|---|---|---|
| 06/15/05 | Copy Charges SHEEHAN PATRICIA Copies made: 1 Unit ID: BNCOP04 Notes: | 0.10 | |
| 06/15/05 | Copy Charges SHEEHAN PATRICIA Copies made: 21 Unit ID: BNCOP04 Notes: | 2.10 | |
| 06/21/05 | Copy Charges SHEEHAN PATRICIA Copies made: 3 Unit ID: BNCOP06 Notes: | 0.30 | |
| 06/27/05 | Copy Charges CARVER BRAD Copies made: 4 Unit ID: BNCOP01 Notes: | 0.40 | |
| 06/28/05 | Copy Charges CARVER BRAD Copies made: 7 Unit ID: BNCOP01 Notes: | 0.70 | |
| 06/29/05 | Copy Charges SHEEHAN PATRICIA Copies made: 4 Unit ID: BNCOP04 Notes: | 0.40 | |
| | | Total Disbursements | $15.00 |
| | | **MATTER 02060-0140 SUBTOTAL** | **$1,287.00** |

| | |
|---|---|
| TOTAL FEES | $1,272.00 |
| TOTAL DISBURSEMENTS | $15.00 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,287.00 |

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: July 7, 2005
FOR THE PERIOD THROUGH: June 30, 2005
CLIENT#: 02060
INVOICE#: 33186

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/05 | DIBA | Revise trial brief. | .50 | 120.00 |
| 05/27/05 | DIBA | Review fax with stipulated facts from Attorney Walsh. | .10 | 24.00 |
| 05/27/05 | DIBA | Telephone conference with Attorney Walsh regarding same. | .10 | 24.00 |
| 05/27/05 | DIBA | Review and analysis of depositions of Gammino and Mestit in preparation for trial. | 2.50 | 600.00 |
| 05/31/05 | DIBA | Telephone conference with Attorney DiMaio regarding settlement and trial strategy. | .20 | 48.00 |

| | | | |
|---|---|---|---|
| 05/31/05 | DIBA Review and respond to emails from Attorney DiMaio regarding same. | .10 | 24.00 |
| 05/31/05 | DIBA Email to Ms. Williams regarding same. | .10 | 24.00 |
| 05/31/05 | DIBA Telephone conference with Ms. Alexander regarding settlement. | .20 | 48.00 |
| 05/31/05 | DIBA Telephone conferences with Attorney Braverman regarding same. | .30 | 72.00 |
| 05/31/05 | DIBA Telephone conferences with Attorney DiMaio regarding same. | .40 | 96.00 |
| 05/31/05 | DIBA Review and respond to emails from Attorney DiMaio with attached settlement stipulation. | .40 | 96.00 |
| 05/31/05 | DIBA Telephone conference with Ms. Williams regarding same. | .30 | 72.00 |
| 05/31/05 | DIBA Review Shire's response to Costello's fraud memo. | .20 | 48.00 |
| 06/01/05 | DIBA Attend hearing before Magistrate Martin regarding trial settlement and travel to and from Providence regarding same. | 3.00 | 720.00 |
| 06/03/05 | DIBA Telephone conference with Attorney Harwood regarding response to USF&G demand letter. | .10 | 24.00 |
| 06/07/05 | DIBA Long email to Ms. WIlliams regarding status. | .30 | 72.00 |
| 06/07/05 | DIBA Telephone conference with Ms. Williams regarding same. | .10 | 24.00 |

Total Fees $2,136.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 8.90 | 2136.00 |
| TOTALS | | 8.90 | 2136.00 |

DISBURSEMENTS

| | |
|---|---|
| 05/24/05 Transcripts - - VENDOR: Reporting Associates | 185.25 |
| 06/01/05 Copy Charges - 35 copies at .10 per page | 3.50 |
| 06/01/05 Tolls - - VENDOR: CharCretia DiBartolo | 4.00 |
| 06/01/05 Mileage - - VENDOR: CharCretia DiBartolo | 40.50 |
| 06/27/05 Copy Charges CARVER BRAD Copies made: 5 Unit ID: BNCOP01 Notes: | 0.50 |

Total Disbursements $233.75

MATTER 02060-0138 SUBTOTAL $2,369.75

| | |
|---|---|
| TOTAL FEES | $2,136.00 |
| TOTAL DISBURSEMENTS | $233.75 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,369.75 |

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : June 27, 2005
FOR THE PERIOD THROUGH : May 31, 2005
CLIENT# : 02060
INVOICE# : 32914

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0115**
**RE: Principal: Palladium Corporation**
**Obligee: State of RI**
**Bond: KF5563; Project: Improvements to I-95**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/05 | DIBA | Telephone conference with Attorney Ruff regarding claim and settlement. | .10 | 24.00 |
| 03/10/05 | DIBA | Review correspondence from Mr. Donatelli regarding payments to Cosco on U.S. Fire bonded projects. | .10 | 24.00 |
| 04/11/05 | DIBA | Telephone call to Attorney Ruff regarding settlement meeting. | .10 | 24.00 |
| 04/20/05 | DIBA | Receive and return phone call from Attorney Ruff regarding meeting with Shire. | .20 | 48.00 |
| 04/20/05 | DIBA | Email to Ms. Williams regarding same. | .10 | 24.00 |
| 04/22/05 | DIBA | Telephone conference with Attorney Harwood regarding meeting with Cosco. | .20 | 48.00 |
| 04/22/05 | DIBA | Telephone call to Attorney Ruff regarding same. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 04/25/05 | DIBA Telephone call to Ms. Williams regarding meeting with claimant and principal. | .20 | 48.00 |
| 04/25/05 | DIBA Telephone call to Attorney Harwood regarding same. | .10 | 24.00 |
| 04/26/05 | DIBA Telephone conference with Attorney Harwood's office regarding settlement meeting. | .20 | 48.00 |
| 04/26/05 | DIBA Telephone call to Attorney Ruff regarding same. | .10 | 24.00 |
| 04/26/05 | DIBA Email to Ms. WIlliams regarding same. | .10 | 24.00 |
| 05/09/05 | DIBA Telephone call from Attorney Ruff regarding postponement of meeting to discuss settlement. | .10 | 24.00 |
| 05/09/05 | DIBA Email to Ms. Williams regarding same. | .10 | 24.00 |
| | Total Fees | | $432.00 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 1.80 | 432.00 |
| TOTALS | | 1.80 | 432.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/05 | Research/Lexis/Westlaw - - VENDOR: Lexis-Nexis | 3.73 |
| 03/25/05 | Copy Charges - 5 copies at .10 per page | 0.50 |

Total Disbursements $4.23

**MATTER 02060-0115 SUBTOTAL $436.23**

| | |
|---|---|
| **TOTAL FEES** | **$432.00** |
| **TOTAL DISBURSEMENTS** | **$4.23** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$436.23** |

Payment | Stub Info | Special Instructions

Payment Type: ( ) Indemnity (•) Expense

Indemnity Type:

Payment Amount: $5,587.50

Expense Type: Atty Suretyi Increas/Legal

Payee Information: (•) Single Payee ( ) Dual Payees

Payee Assignment

Payee1 Phrase:

Payment Method: CAPTIS Check

Issue Date: 07/11/2005

Check Number: 627903

Routing Instruction: U.S. Mail to Payee

Cycle Date: 07/11/2005

1099 Report Type: 1099 - Non EE Comp

Address On Check: ( ) Payee 1 ( ) Payee

Memo Line: Blank

Reported as Charged to: Cetrulo & Capone, LLP

Pay To The Order Of: Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210-2001
*** Blank ***

Delivery: Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210-2001

Request Info

Type: CAPTIS Check Date: 07/11/2005 By: Williams, Wendy

Approval Status

Status: Within Authority Date: 07/11/2005 By: Williams, Wendy

Trx: 19

Authority: $50,000

Unexpended: $14,386.70

( ) Void ( ) Stop ( ) Reissue

Transaction Status

Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: June 27, 2005
FOR THE PERIOD THROUGH: May 31, 2005
CLIENT#: 02060
INVOICE#: 32921

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/05 | DIBA | Telephone conference with clerk regarding pretrial memorandum. | .10 | 24.00 |
| 05/05/05 | DIBA | Draft and revise pretrial memorandum. | 1.50 | 360.00 |
| 05/05/05 | DIBA | Telephone conference with Attorney DeMaio regarding unavailability for pretrial conference. | .20 | 48.00 |
| 05/05/05 | DIBA | Telephone conference with clerk regarding same. | .10 | 24.00 |
| 05/05/05 | DIBA | Correspondence to clerk regarding same. | .10 | 24.00 |
| 05/05/05 | DIBA | Telephone call to Attorney McCarthy regarding same. | .10 | 24.00 |

| | | | | |
|---|---|---|---|---|
| 05/05/05 | DIBA | Telephone conference with Attorney Williams regarding same. | .10 | 24.00 |
| 05/06/05 | DIBA | Review Costello's amended pretrial memo. | .50 | 120.00 |
| 05/06/05 | DIBA | Revise St. Paul's pretrial memo. | 1.30 | 312.00 |
| 05/09/05 | DIBA | Review and revise pretrial memo. | .30 | 72.00 |
| 05/10/05 | DIBA | Review, revise and prepare pretrial memo for filing. | .30 | 72.00 |
| 05/10/05 | DIBA | Telephone conference with Attorney DiMaio's office regarding same. | .10 | 24.00 |
| 05/10/05 | DIBA | Preparing for pretrial conference. | .20 | 48.00 |
| 05/10/05 | DIBA | Telephone conference with Attorney DiMaio regarding same. | .20 | 48.00 |
| 05/11/05 | DIBA | Prepare for and attend pretrial conference. | 2.00 | 480.00 |
| 05/11/05 | DIBA | Travel to and from Providence regarding same. | 2.50 | 600.00 |
| 05/13/05 | DIBA | Telephone conference with Ms. Williams regarding pretrial conference and trial status. | .20 | 48.00 |
| 05/17/05 | SURY | Research regarding statute of limitation on RI public project payment bond claims, and the nature of work required to extend a claimant's time to file suit thereon; drafted memo regarding same. | 2.40 | 408.00 |
| 05/17/05 | DIBA | Telephone conference with Attorney Walsh regarding Scorpio deposition and trial preparation. | .20 | 48.00 |
| 05/17/05 | DIBA | Review and diary dates for supplemental pretrial order. | .20 | 48.00 |
| 05/17/05 | DIBA | Prepare for deposition of Mr. Scorpio. | .50 | 120.00 |
| 05/18/05 | DIBA | Attend deposition of Mr. Scorpio, Amtrak. | 2.50 | 600.00 |
| 05/18/05 | DIBA | Meeting with counsel to discuss trial exhibits. | 1.00 | 240.00 |
| 05/18/05 | DIBA | Travel to and from Providence regarding same. | 2.00 | 480.00 |
| 05/24/05 | DIBA | Draft supplemental pretrial memo. | .50 | 120.00 |
| 05/24/05 | DIBA | Draft Rule 52 motion. | 1.00 | 240.00 |
| 05/25/05 | DIBA | Review and analysis of fraud memorandum from Costello. | .30 | 72.00 |

| | | | | |
|---|---|---|---|---|
| 05/25/05 | DIBA | Revising supplemental pretrial memo. | .20 | 48.00 |
| 05/25/05 | DIBA | Revising Rule 52 motion. | .30 | 72.00 |
| 05/25/05 | DIBA | Telephone conference with Attorney McCarthy regarding agreed statement of facts. | .10 | 24.00 |
| 05/25/05 | DIBA | Trial preparation. | .60 | 144.00 |
| 05/26/05 | DIBA | Draft response to Plaintiff's fraud memorandum. | 1.40 | 336.00 |
| 05/26/05 | DIBA | Revise Rule 52 motion. | .20 | 48.00 |
| 05/26/05 | DIBA | Telephone conference with Attorney Braverman regarding settlement. | .30 | 72.00 |

Total Fees $5,472.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 21.10 | 5064.00 |
| Ryan Sullivan | 170.00 | 2.40 | 408.00 |
| TOTALS | | 23.50 | 5472.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 05/05/05 | Copy Charges - 5 copies at .10 per page | 0.50 |
| 05/06/05 | Copy Charges - 14 copies at .10 per page | 1.40 |
| 05/10/05 | Copy Charges - 30 copies at .10 per page | 3.00 |
| 05/10/05 | Copy Charges - 6 copies at .10 per page | 0.60 |
| 05/10/05 | Copy Charges - 25 copies at .10 per page | 2.50 |
| 05/11/05 | Copy Charges - 2 copies at .10 per page | 0.20 |
| 05/11/05 | Copy Charges - 2 copies at .10 per page | 0.20 |
| 05/11/05 | Tolls - - VENDOR: CharCretia DiBartolo | 4.00 |
| 05/11/05 | Mileage - - VENDOR: CharCretia DiBartolo | 48.60 |
| 05/17/05 | Copy Charges - 17 copies at .10 per page | 1.70 |
| 05/18/05 | Tolls - - VENDOR: CharCretia DiBartolo | 4.00 |
| 05/18/05 | Mileage - - VENDOR: CharCretia DiBartolo | 40.50 |
| 05/23/05 | Copy Charges - 8 copies at .10 per page | 0.80 |
| 05/26/05 | Copy Charges - 12 copies at .10 per page | 1.20 |
| 05/26/05 | Copy Charges - 15 copies at .10 per page | 1.50 |
| 05/26/05 | Copy Charges | 4.80 |

Total Disbursements $115.50

**MATTER 02060-0138 SUBTOTAL** $5,587.50

| | |
|---|---|
| **TOTAL FEES** | **$5,472.00** |
| **TOTAL DISBURSEMENTS** | **$115.50** |
| **Less Retainer** | **$.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$5,587.50** |

Payment | Stub Info | Special Instructions

Payment Type
- Indemnity
- (•) Expense

Indemnity Type:
Payment Amount: $432.40
Expense Type:

Payee Information
- (•) Single Payee
- Dual Payee

Payee1 Phrase:

Payee Assignment

Payment Method:
Issue Date:
Check Number: 602991
Routing Instruction:
Cycle Date: 05/31/2005
1099 Report Type:

Address On Check
- (•) Payee 1
- Payee 2

Memo Line: Blank

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of**
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210-2001
*** Blank ***

**Delivery**
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210-2001

Request Info
Type: CAPTIS Check | Date: 05/31/2005 | By: Williams, Wendy

Approval Status
Status: Within Authority | Date: 05/31/2005 | By: Williams, Wendy

Trx: 15
Authority: $50,000
Unexpended: $14,386.70

Void | Stop | Reclass

Transaction Status
Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : May 20, 2005
FOR THE PERIOD THROUGH : April 30, 2005
CLIENT# : 02060
INVOICE# : 32421

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/05 | DIBA | Review correspondence from Attorney McCarthy regarding consent to trial by magistrate. | .10 | 24.00 |
| 04/04/05 | DIBA | Review referral to magistrate. | .10 | 24.00 |
| 04/05/05 | DIBA | Review answer to Shire counterclaim. | .10 | 24.00 |
| 04/07/05 | DIBA | Telephone conference with Attorney Ruff. | .20 | 48.00 |
| 04/11/05 | DIBA | Review pretrial and trial orders. | .10 | 24.00 |
| 04/25/05 | DIBA | Telephone conference with Ms. Williams regarding meeting with claimant. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 04/28/05 | DIBA Reviewing file to draft pretrial memo and work on same. | 1.00 | 240.00 |
| 04/29/05 | DIBA Telephone conference with Attorney Harwood's office regarding meeting to discuss settlement. | .10 | 24.00 |

Total Fees $432.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 1.80 | 432.00 |
| TOTALS | | 1.80 | 432.00 |

DISBURSEMENTS

04/18/05 Copy Charges - 4 copies at .10 per page 0.40

Total Disbursements $.40

**MATTER 02060-0138 SUBTOTAL $432.40**

| | |
|---|---|
| **TOTAL FEES** | **$432.00** |
| **TOTAL DISBURSEMENTS** | **$.40** |
| **Less Retainer** | **$.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$432.40** |

Payment | Stub Info | Special Instructions

**Payment Type**
- Indemnity
- (•) Expense

**Indemnity Type**: 

**Payment Amount**: $599.10

**Expense Type**: Atty. Subro (non salvage)

**Payee Information**
- (•) Single Payee
- Dual Payees

**Payee1 Phrase**: 

Payee Assignment

**Payment Method**: CAPTIS Check

**Issue Date**: 06/31/2005

**Check Number**: 602982

**Address On Check**
- (•) Payee 1
- Payee 2

**Memo Line**: Blank

**Routing Instruction**: Mail to Payee

**Cycle Date**: 05/31/2005

**1099 Report Type**: 1099 - Non EE Comp

**Reported as Charged to**: Cetrulo & Capone, LLP

| | | | |
|---|---|---|---|
| **Pay To The Order Of** | Cetrulo & Capone, LLP<br>Two Seaport Lane<br><br>Boston, MA 02210-2001<br>*** Blank *** | **Delivery** | Cetrulo & Capone, LLP<br>Two Seaport Lane<br><br>Boston, MA 02210-2001 |

**Request Info**

Type: CAPTIS Check — Date: 05/31/2005 — By: Williams, Wendy

**Approval Status**

Status: Within Authority — Date: 05/31/2005 — By: Williams, Wendy

Trx: 14

| Authority | Unexpended |
|---|---|
| $50,000 | $14,386.70 |

Void — Stop — Reissue

**Transaction Status**

Trx: Transaction Completed — MIS: MIS Send OK — Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: May 20, 2005
FOR THE PERIOD THROUGH: April 30, 2005
CLIENT#: 02060
INVOICE#: 32420

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0140**
**RE: Shire Corp./State of RI**
**Project: Safety Improvements to I-95 Riding Surface Bridges**
**Principal: Shire Corporation**
**Obligee: State of RI**
**Bond: KF5563**
**Claimant: Service Contracting**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/05 | DIBA | Preparing for depositions of Fondi and Pilkington. | .30 | 72.00 |
| 03/11/05 | DIBA | Email to Ms. Williams regarding status and recent deposition. | .20 | 48.00 |
| 03/15/05 | DIBA | Review correspondence from Attorney Reale regarding undisputed amounts due. | .20 | 48.00 |
| 03/15/05 | DIBA | Correspondence to Attorney DiMaio regarding same. | .20 | 48.00 |
| 03/18/05 | DIBA | Telephone conference with Attorney DiMaio regarding settlement demand for claimant. | .10 | 24.00 |
| 04/04/05 | DIBA | Telephone conference with Ms. Williams regarding status of lawsuit. | .10 | 24.00 |

| | | | | |
|---|---|---|---|---|
| 04/11/05 | DIBA | Telephone conference with Attorney DeMaio regarding possible settlement meeting. | .20 | 48.00 |
| 04/18/05 | DIBA | Telephone conference with Attorney Reale regarding settlement meeting. | .10 | 24.00 |
| 04/18/05 | DIBA | Email to Ms. Williams regarding same. | .10 | 24.00 |
| 04/25/05 | DIBA | Telephone conference with Ms. Williams regarding meeting with claimant. | .10 | 24.00 |
| 04/25/05 | DIBA | Telephone conference with Attorney Reale regarding same. | .10 | 24.00 |
| 04/26/05 | DIBA | Telephone conference with Attorney Reale's office regarding settlement meeting. | .30 | 72.00 |
| 04/29/05 | DIBA | Telephone conference with Attorney Harwood's office and Ms. Williams regarding meeting to discuss settlement. | .20 | 48.00 |

Total Fees $528.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 2.20 | 528.00 |
| TOTALS | | 2.20 | 528.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/09/05 | Parking - - VENDOR: Shelia High King | 10.00 |
| 03/09/05 | Transcripts - - VENDOR: Heather Lynch d/b/a Irons & Associates | 56.00 |
| 03/15/05 | Copy Charges - 27 copies at .10 per page | 2.70 |
| 03/15/05 | Copy Charges - 2 copies at .10 per page | 0.20 |
| 03/18/05 | Copy Charges - 10 copies at .10 per page | 1.00 |
| 03/25/05 | Copy Charges - 4 copies at .10 per page | 0.40 |
| 04/29/05 | Copy Charges - 8 copies at .10 per page | 0.80 |

Total Disbursements $71.10

MATTER 02060-0140 SUBTOTAL $599.10

| | |
|---|---|
| TOTAL FEES | $528.00 |
| TOTAL DISBURSEMENTS | $71.10 |
| | |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $599.10 |

Payment | Stub Info | Special Instructions

| | |
|---|---|
| Payment Type | Indemnity / Expense (selected) |
| Indemnity Type | |
| Payment Amount | $480.00 |
| Expense Type | Atty Fees - Insured - Adjuster |
| Payee Information | Single Payee (selected) / Dual Payees |
| Payee1 Phrase | |
| Payment Method | CAPTIS Check |
| Issue Date | 04/04/2005 |
| Check Number | 557901 |
| Address On Check | Payee 1 |
| Memo Line | blank |
| Routing Instruction | Send to Payee |
| Cycle Date | 04/04/2005 |
| 1099 Report Type | 1099 - Non BC Cost |
| Reported as Charged to | Cetrulo & Capone, LLP |

**Pay To The Order Of**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210
*** Blank ***

**Delivery**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210

**Request Info**
Type: CAPTIS Check Date: 04/04/2005 By: Williams, Wendy

**Approval Status**
Status: Within Authority Date: 04/04/2005 By: Williams, Wendy

Trx: 12
Authority: $50,000 Unexpended: $14,386.70
Void / Stop / Reissue

**Transaction Status**
Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : March 23, 2005
FOR THE PERIOD THROUGH : February 28, 2005
CLIENT# : 02060
INVOICE# : 31470

Wendy Webb Williams
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0140**
**RE: Shire Corp./State of RI**
**Project: Safety Improvements to I-95 Riding Surface Bridges**
**Principal: Shire Corporation**
**Obligee: State of RI**
**Bond: KF5563**
**Claimant: Service Contracting**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/05 | DIBA | Review emails from Ms. Williams regarding meeting with Shire. | .10 | 24.00 |
| 02/08/05 | DIBA | Telephone conference with Attorney Mitchell at RI DOA regarding status of project and retainage. | .10 | 24.00 |
| 02/08/05 | DIBA | Reviewing file received from Ms. Williams. | .60 | 144.00 |
| 02/08/05 | DIBA | Further telephone conference with Attorney Mitchell regarding same. | .20 | 48.00 |
| 02/15/05 | DIBA | Review and respond to email from Attorney Reale regarding RIDOT deposition. | .10 | 24.00 |
| 02/15/05 | DIBA | Email to Ms. Williams regarding same. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 02/15/05 | DIBA Review and respond to email from Ms. Williams regarding same. | .10 | 24.00 |
| 02/23/05 | DIBA Reviewing file to prepare for meeting with Mr. Donatello and Ms. Williams. | .40 | 96.00 |
| 02/24/05 | DIBA Review fax from Attorney Reale regarding deposition of Mr. Ford. | .10 | 24.00 |
| 02/27/05 | DIBA Review notice of taking deposition for Pilkington (RI DOT). | .10 | 24.00 |
| 02/27/05 | DIBA Review change orders received from Shire. | .10 | 24.00 |
| | Total Fees | | $480.00 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 2.00 | 480.00 |
| TOTALS | | 2.00 | 480.00 |

DISBURSEMENTS

02/23/05 Copy Charges - 14 copies @ 10 cents per copy 1.40

Total Disbursements $1.40

**MATTER 02060-0140 SUBTOTAL $481.40**

| | |
|---|---|
| **TOTAL FEES** | **$480.00** |
| **TOTAL DISBURSEMENTS** | **$1.40** |
| **Less Retainer** | **$.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$481.40** |

Payment | Stub Info | Special Instructions

Payment Type
Indemnity
Expense

Indemnity Type

Payment Amount: $1,803.01

Expense Type: Atty. Sureds from salvage

Payee Information
Single Payee
Dual Payees

Payee1 Phrase

Payee Assignment

Payment Method: CAPTIS Check

Issue Date: 04/04/2005

Check Number: 557892

Address On Check
Payee 1
Payee 2

Memo Line: Blank

Routing Instruction: U.S. Mail to Payee

Cycle Date: 04/04/2005

1099 Report Type: 1099 - Non EE Comp

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210
*** Blank ***

**Delivery**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210

Request Info
Type: CAPTIS Check Date: 04/04/2005 By: Williams, Wendy

Approval Status
Status: Within Authority Date: 04/04/2005 By: Williams, Wendy

Trx: 11
Authority: $50,000
Unexpended: $14,386.70
Void Stop Reissue

Transaction Status
Trx: Transaction Completed MIS: MIS Send OK Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel