CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: March 23, 2005
FOR THE PERIOD THROUGH: February 28, 2005
CLIENT#: 02060
INVOICE#: 31472

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/04 | DIBA | Review docket regarding appearance of new counsel for Shire. | .10 | 24.00 |
| 12/20/04 | DIBA | Telephone call to Attorney Campbell regarding same. | .10 | 24.00 |
| 12/20/04 | DIBA | Telephone call to Attorney Harwood regarding same. | .10 | 24.00 |
| 12/20/04 | DIBA | Telephone conference with Mr. Jackson (clerk) regarding status. | .20 | 48.00 |
| 12/21/04 | DIBA | Telephone conference with Attorney Hylemon regarding settlement. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 12/21/04 | DIBA Email to Mr. Carl regarding same. | .20 | 48.00 |
| 12/21/04 | DIBA Further telephone conference with Attorney Hylemon regarding same. | .10 | 24.00 |
| 01/06/05 | DIBA Review computer docket regarding status of motion to modify. | .10 | 24.00 |
| 01/07/05 | DIBA Review motion for default judgment. | .10 | 24.00 |
| 01/10/05 | DIBA Telephone call to Attorney Harwood regarding motion for default judgment. | .10 | 24.00 |
| 01/13/05 | DIBA Telephone conference with Attorney Harwood regarding motion to default. | .20 | 48.00 |
| 01/13/05 | DIBA Correspondence to Attorney Harwood regarding same.. | .10 | 24.00 |
| 02/08/05 | DIBA Review and diary notice from court regarding hearing on motion to amend. | .10 | 24.00 |
| 02/11/05 | DIBA Review first amended complaint with attachments. | .10 | 24.00 |
| 02/11/05 | DIBA Telephone call to Mr. Harwood regarding meeting with indemnitors. | .20 | 48.00 |
| 02/11/05 | DIBA Review correspondence from Attorney Mitchell at RIDOA regarding freeze funds. | .10 | 24.00 |
| 02/11/05 | DIBA Email to Ms. Williams regarding same. | .10 | 24.00 |
| 02/18/05 | DIBA Travel to and from Providence to attend hearing. | 2.00 | 480.00 |
| 02/18/05 | DIBA Prepare for and attend hearing regarding motion to default and motion to extend including long conference after hearing with Mr. Donatelli. | 2.00 | 480.00 |
| 02/18/05 | DIBA Emails to and from Ms. Williams regarding same and scheduling meeting with principal. | .20 | 48.00 |
| 02/18/05 | DIBA Telephone conference with Mr. Donatelli regarding same. | .10 | 24.00 |
| 02/21/05 | DIBA Review court order regarding motion to amend and motion to default. | .10 | 24.00 |
| 02/28/05 | DIBA Review motion to amend and attached memorandum of law. | .30 | 72.00 |
| 02/28/05 | DIBA Telephone call to Attorney Demayo regarding same and strategy for response to same. | .10 | 24.00 |

Total Fees $1,656.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 6.90 | 1656.00 |
| TOTALS | | 6.90 | 1656.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/04 | Research/Lexis/Westlaw - - VENDOR: West Group Payment Ctr. | 100.76 |
| 01/13/05 | Copy Charges - 2 copies @ 10 cents per copy | 0.20 |
| 02/09/05 | Copy Charges - 4 copies @ 10 cents per copy | 0.40 |
| 02/10/05 | Copy Charges - 6 copies @ 10 cents per copy | 0.60 |
| 02/10/05 | Copy Charges - 5 copies @ 10 cents per copy | 0.50 |
| 02/18/05 | Mileage - - VENDOR: CharCretia DiBartolo | 44.55 |

Total Disbursements $147.01

**MATTER 02060-0138 SUBTOTAL $1,803.01**

| | |
|---|---|
| **TOTAL FEES** | **$1,656.00** |
| **TOTAL DISBURSEMENTS** | **$147.01** |
| **Less Retainer** | **$.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$1,803.01** |

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / Expense (selected)

Indemnity Type:

Payment Amount: $360.00

Expense Type: 400 Outside Photo/Images

Payee Information: Single Payee / Dual Payee

Payee Assignment

Payee1 Phrase:

Payment Method: CAPTIS Check

Issue Date: 02/19/2005

Check Number: 527598

Address On Check: Payee 1 / Payee 2

Memo Line: Other

Routing Instruction: Print Using Payee

Cycle Date: 02/18/2005

1099 Report Type: 1099 - Non EE Comp

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210
*** Blank ***

**Delivery**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210

Request Info

Type: CAPTIS Check | Date: 02/18/2005 | By: Hufnagel, Claire

Approval Status

Status: Within Authority | Date: 02/18/2005 | By: Hufnagel, Claire

Trx: 8

Authority: $50,000

Unexpended: $14,386.70

Void / Stop / Reissue

Transaction Status

Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: February 4, 2005
FOR THE PERIOD THROUGH: January 31, 2005
CLIENT#: 02060
INVOICE#: 30615

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0101**
**RE: J. Tartaglia Trucking Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/04 | DIBA | Telephone call to Attorney Russo regarding status of settlement and withdrawal of counsel. | .20 | 48.00 |
| 12/02/04 | DIBA | Telephone conference with Ms. Williams regarding same. | .20 | 48.00 |
| 12/02/04 | DIBA | Review file and draft correspondence to indemnitors. | .30 | 72.00 |
| 12/02/04 | DIBA | Telephone call to Attorney Giammarco regarding same. | .10 | 24.00 |
| 12/03/04 | DIBA | Review and revise correspondence to indemnitors regarding status of settlement. | .10 | 24.00 |
| 12/06/04 | DIBA | Telephone conference with Mr. Donatelli regarding settlement. | .10 | 24.00 |
| 12/07/04 | DIBA | Review fax from Mr. Donatelli regarding settlement. | .10 | 24.00 |

| | | | | |
|---|---|---|---|---|
| 12/07/04 | DIBA | Telephone call to Attorney Russo regarding same. | .10 | 24.00 |
| 12/08/04 | DIBA | Telephone call from Attorney Russo. | .10 | 24.00 |
| 12/08/04 | DIBA | Correspondence from Attorney Russo regarding same. | .20 | 48.00 |
| | | Total Fees | | $360.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 240.00 | 1.50 | 360.00 |
| | TOTALS | | 1.50 | 360.00 |

**MATTER 02060-0101 SUBTOTAL** **$360.00**

| | |
|---|---|
| TOTAL FEES | $360.00 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $360.00 |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 12/15/2004

Amount: $1,659.08

Check Status: Closed

Check Stub Details

Check Number: 0295050463 Account Number: 081

INVOICE DATE: DECEMBER 3, 2004 FOR THE PERIOD THROUGH: NOVEMBER 30, 2004
INVOICE #: 29885

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: December 3, 2004
FOR THE PERIOD THROUGH: November 30, 2004
CLIENT#: 02060
INVOICE#: 29885

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/05/04 | DIBA | Telephone call to Attorney Campbell regarding status of representation. | .10 | 24.00 |
| 11/08/04 | DIBA | Telephone conference with Attorney Campbell regarding conflict and transfer of file. | .20 | 48.00 |
| 11/09/04 | DIBA | Review order from court regarding motion to extend. | .10 | 24.00 |
| 11/10/04 | DIBA | Review and analysis of response to plaintiff's motion to modify. | .10 | 24.00 |
| 11/17/04 | DIBA | Review file received from Attorney Campbell including pleadings and deposition of Tom Gammino (Shire) and A. Mestiti (Shire). | 1.50 | 360.00 |

| | | | | |
|---|---|---|---|---|
| 11/17/04 | DIBA | Telephone conference with Attorney Campbell regarding same. | .20 | 48.00 |
| 11/24/04 | DIBA | Draft limited objection to motion to modify. | 1.00 | 240.00 |
| 11/24/04 | DIBA | Continue review and analysis of file to respond to motion for modification and to assess strength of statute of limitations defense. | 2.00 | 480.00 |
| 11/24/04 | DIBA | Research regarding waiver of statute of limitations defense. | 1.00 | 240.00 |
| 11/29/04 | DIBA | Review motion to compel. | .10 | 24.00 |
| 11/29/04 | DIBA | Review and revise limited objection to motion to modify. | .50 | 120.00 |

Total Fees $1,632.00

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 240.00 | 6.80 | 1632.00 |
| | TOTALS | | 6.80 | 1632.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 10/19/04 | Research/Lexis/Westlaw - - VENDOR: West Group Payment Ctr. | 26.68 |
| 11/05/04 | Copy Charges - 4 copies at .10 per page | .40 |

Total Disbursements $27.08

**MATTER 02060-0138 SUBTOTAL $1,659.08**

| | |
|---|---|
| **TOTAL FEES** | **$1,632.00** |
| **TOTAL DISBURSEMENTS** | **$27.08** |
| **Less Retainer** | **$.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$1,659.08** |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE
BOSTON MA 02210

Issue Date: 11/16/2004
Amount: $1,251.00
Check Status: Closed

Check Stub Details

Check Number: 0295049465
Account Number: 081

INVOICE DATE: NOVEMBER 5, 2004 FOR THE PERIOD THROUGH: OCTOBER 31, 2004
YOUR CLIENT NO.: 02060 INVOICE NO.: 29652

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : November 5, 2004
FOR THE PERIOD THROUGH : October 31, 2004
CLIENT# : 02060
INVOICE# : 29652

Kimberly Zanotta
Jeremy Medeiros
1500 Market Street
29th Floor
Philadelphia, PA 19102

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0138**
**RE: Principal: Shire Corporation**
**Claim no.: 0400K556329S001**
**Bond no.: KF5563**
**Principal: Shire Corporation**
**Bond: KF5563**
**Project/File: Safetry Improvements**
**Claimant: Costello Dismantling**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/04 | DIBA | Review new matter. | .60 | 144.00 |
| 10/18/04 | DIBA | Draft notice of appearance. | .20 | 48.00 |
| 10/18/04 | CARV | Review fraud allegations and assess strategy. Shire. | .30 | 75.00 |
| 10/18/04 | DIBA | Draft motion to extend time. | .60 | 144.00 |
| 10/18/04 | DIBA | Telephone conference with Ms. Williams regarding same. | .10 | 24.00 |
| 10/18/04 | DIBA | Telephone conference with Ms. Williams regarding same. | .20 | 48.00 |

| | | | |
|---|---|---|---|
| 10/18/04 | DIBA Telephone conference with Attorney Campbell regarding status. | .30 | 72.00 |
| 10/19/04 | DIBA Review and analysis of file materials sent by Ms. Williams. | 1.00 | 240.00 |
| 10/19/04 | DIBA Review fax from Attorney Campbell to Ms. Williams. | .30 | 72.00 |
| 10/19/04 | DIBA Telephone conference with Attorney Campbell regarding same. | .20 | 48.00 |
| 10/19/04 | DIBA Telephone conference with Ms. Williams regarding same. | .20 | 48.00 |
| 10/25/04 | DIBA Review motion to amend pretrial order. | .10 | 24.00 |
| 10/28/04 | DIBA Review and analysis of motion to modify pretrial order. | .50 | 120.00 |
| 10/28/04 | DIBA Review court docket regarding same. | .20 | 48.00 |
| 10/29/04 | DIBA Draft motion to extend time to respond to motion to modify pretrial order. | .20 | 48.00 |
| 10/29/04 | DIBA Correspondence to Attorney Campbell regarding same. | .10 | 24.00 |
| 10/29/04 | DIBA Correspondence to court. | .10 | 24.00 |

Total Fees $1,251.00

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| Bradford R. Carver | | 250.00 | .30 | 75.00 |
| CharCretia V. DiBartolo | | 240.00 | 4.90 | 1176.00 |
| | TOTALS | | 5.20 | 1251.00 |

**MATTER 02060-0138 SUBTOTAL $1,251.00**

| | |
|---|---|
| TOTAL FEES | $1,251.00 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,251.00 |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE
BOSTON MA 02210

Issue Date: 11/16/2004

Amount: $600.00

Check Status: Closed

Check Stub Details

Check Number: 0295049466 Account Number: 081

INVOICE DATE: NOVEMBER 5, 2004 FOR THE PERIOD THROUGH: OCTBER 31, 2004
YOUR CLIENT NO.: 02060 INVOICE NO.: 29624

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : November 5, 2004
FOR THE PERIOD THROUGH : October 31, 2004
CLIENT# : 02060
INVOICE# : 29624

Kimberly Zanotta
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0101**
**RE: J. Tartaglia Trucking Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/04 | DIBA | Telephone conference with Ms. Williams regarding same and status of Shire claims. | .20 | 48.00 |
| 07/21/04 | DIBA | Telephone conference with Ms. Williams regarding status. | .10 | 24.00 |
| 09/28/04 | DIBA | Telephone call to Attorney Visconti regarding status of file and summary judgment motion. | .10 | 24.00 |
| 09/28/04 | DIBA | Review file regarding same. | .10 | 24.00 |
| 09/30/04 | DIBA | Telephone call to Attorney Russo regarding summary judgment motion. | .10 | 24.00 |
| 10/01/04 | DIBA | Telephone conference with Attorney Giammarco regarding same. | .20 | 48.00 |
| 10/01/04 | DIBA | Email to Ms. Williams regarding same. | .10 | 24.00 |
| 10/01/04 | DIBA | Telephone call from Attorney Russo regarding settlement discussions. | .10 | 24.00 |

| | | | | |
|---|---|---|---|---|
| 10/01/04 | DIBA | Telephone conference with Ms. Williams regarding same. | .20 | 48.00 |
| 10/04/04 | DIBA | Correspondence to Attorney Giammarco regarding settlement and status of remaining matters. | .20 | 48.00 |
| 10/04/04 | DIBA | Review opposition of Shire to summary judgment motion. | .20 | 48.00 |
| 10/05/04 | DIBA | Review and revise correspondence to Attorney Giammarco regarding status of various claims. | .20 | 48.00 |
| 10/08/04 | DIBA | Review correspondence and settlement documents form Attorney Giammarco regarding settlement. | .10 | 24.00 |
| 10/08/04 | DIBA | Correspondence to Ms. Williams regarding same. | .10 | 24.00 |
| 10/08/04 | DIBA | Correspondence to Attorney Giammarco regarding same. | .10 | 24.00 |
| 10/20/04 | DIBA | Review correspondence from Attorney Giammarco regarding settlement with attached settlement documents. | .20 | 48.00 |
| 10/20/04 | DIBA | Correspondence to Ms. Williams regarding same. | .10 | 24.00 |
| 10/29/04 | DIBA | Review correspondence from Attorney Visconti to Mr. Donatelli regarding late payment. | .10 | 24.00 |
| | | Total Fees | | $600.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 240.00 | 2.50 | 600.00 |
| | TOTALS | | 2.50 | 600.00 |

**MATTER 02060-0101 SUBTOTAL $600.00**

| | |
|---|---|
| **TOTAL FEES** | **$600.00** |
| **Less Retainer** | **$.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$600.00** |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 08/28/2003

Amount: $613.20

Check Status: Closed

Check Stub Details

Check Number: 0295034791

Account Number: 081

MATTER NO. 02060-0091 INVOICE NO. 24612

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

FEDERAL TAX I.D. # 04-3288748

RECEIVED

AUG 2 6 2003

SURETY CLAIM

DATE : August 22, 2003
FOR THE PERIOD THROUGH : July 31, 2003
CLIENT# : 02060
INVOICE# : 24612

Kimberly D. Zanotta
St. Paul Fire and Marine Insurance Company
P.O. Box 1138
Baltimore, MD 21203-1138

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0091**
**RE: Mass Electric Construction Company**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/16/03 | CAPO | Review transmittal and enclosures from Kim Zanotta and file opening (.20). | .20 | 50.00 |
| 06/18/03 | DIBA | Telephone call to Attorney Comley regarding extension to answe (.10). | .10 | 22.50 |
| 06/18/03 | DIBA | Review complaint (.20). | .20 | 45.00 |
| 06/18/03 | DIBA | Draft stipulation (.20). | .20 | 45.00 |
| 06/30/03 | DIBA | Review file to draft answer and draft same (1.50). | 1.50 | 337.50 |
| 07/03/03 | DIBA | Revising answer. | .30 | 67.50 |
| 07/03/03 | DIBA | Telephone call to Ms. Zanotta regarding same. | .10 | 22.50 |
| 07/11/03 | DIBA | Review notice from court regarding pretrial conference. | .10 | 22.50 |
| | | Total Fees | | $612.50 |

FILE NUMBER: 02060-0091
INVOICE NO.: 24612

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| Bert J. Capone | | 250.00 | .20 | 50.00 |
| CharCretia V. DiBartolo | | 225.00 | 2.50 | 562.50 |
| | TOTALS | | 2.70 | 612.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| Copy Charges | .70 | |
| Total Disbursements | | $.70 |

MATTER 02060-0091 SUBTOTAL $613.20

PAID
8-28-03
CJP

| | |
|---|---|
| TOTAL FEES | $612.50 |
| TOTAL DISBURSEMENTS | $.70 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $613.20 |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 08/28/2003

Amount: $185.40

Check Status: Closed

Check Stub Details

Check Number: 0295034792

Account Number: 081

MATTER NO. 02060-0080 INVOICE NO. 24613

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

FEDERAL TAX I.D. # 04-3288748

RECEIVED
AUG 2 6 2003
SURETY CLAIM

DATE : August 22, 2003
FOR THE PERIOD THROUGH : July 31, 2003
CLIENT# : 02060
INVOICE# : 24613

Kimberly Zanotta
St. Paul Fire and Marine Insurance Company
P.O. Box 1138
Baltimore, MD 21203-1138

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/28/03 | DIBA | Telephone conference with Attorney Mulhearn regarding status of final payment. | .10 | 22.50 |
| 07/28/03 | DIBA | Draft budget. | .50 | 112.50 |
| 07/28/03 | CAPO | Review e-mail from Kim Zanotta regarding budget (.10); telephone conference with Kim Zanotta regarding budget (.10). | .20 | 50.00 |

Total Fees $185.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bert J. Capone | 250.00 | .20 | 50.00 |
| CharCretia V. DiBartolo | 225.00 | .60 | 135.00 |
| TOTALS | | .80 | 185.00 |

DISBURSEMENTS

| | |
|---|---|
| Copy Charges | .40 |

Total Disbursements $.40

**MATTER 02060-0080 SUBTOTAL** **$185.40**

| | |
|---|---|
| TOTAL FEES | $185.00 |
| TOTAL DISBURSEMENTS | $.40 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $185.40 |

PAID
8-28-03
CJP

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 04/07/2003

Amount: $2,579.01

Check Status: Closed

Check Stub Details

Check Number: 0295029859

Account Number: 081

RE: INVOICE # 22910 MATTER # 02060-0080

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: March 28, 2003
FOR THE PERIOD THROUGH: February 28, 2003
CLIENT#: 02060
INVOICE#: 22910

Kimberly Zanotta
St. Paul Fire and Marine Insurance Company
P.O. Box 1138
Baltimore, MD 21203-1138

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0080**
**RE: Tilcon - Capaldi, Inc.**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/03 | CAPO | Letter to attorney Visconti regarding status of settlement discussion between Shire and Tilcon cc: to K. Zanotta (.20) | .20 | 50.00 |
| 01/06/03 | DIBA | Telephone call to Attorney Visconti regarding settlement. | .10 | 22.50 |
| 01/06/03 | DIBA | Telephone call to Attorney Russo regarding deposition of defendants. | .10 | 22.50 |
| 01/07/03 | DIBA | Telephone conference with Attorney Russo's office regarding same and deposition of St. Paul. | .10 | 22.50 |
| 01/07/03 | DIBA | Telephone conference with Attorney Visconti regarding settlement of case. | .10 | 22.50 |
| 01/07/03 | DIBA | Correspondence to Attorney Russo regarding same. | .40 | 90.00 |

| | | | | |
|---|---|---|---|---|
| 01/07/03 | CAPO | Telephone conference with attorney Visconti regarding status of settlement- Visconti confirmed case is settled (.10); telephone call to K. Zanotta regarding notice of settlement per telephone conference with attorney Visconti (.10); office conference with CCD regarding deposition of St. Paul confirmed as not going forward (.10) | .30 | 75.00 |
| 01/08/03 | DIBA | Telephone conference with Ms. Zanotta regarding same. | .20 | 45.00 |
| 01/08/03 | DIBA | Further telephone conference with Attorney Russo's office; further correspondence to Attorney Russo's office regarding same. | .20 | 45.00 |
| 01/08/03 | DIBA | Review correspondence from Attorney Visconti to Shire regarding same. | .10 | 22.50 |
| 01/08/03 | DIBA | Draft correspondence to Attorney Visconti regarding same. | .50 | 112.50 |
| 01/08/03 | DIBA | Draft motion for protective order. | 2.00 | 450.00 |
| 01/08/03 | DIBA | Telephone conference with Attorney Russo's office regarding settlement and USF&G deposition. | .20 | 45.00 |
| 01/08/03 | CAPO | Review correspondence from attorney Visconti (.10); various office conferences with CCD regarding attorney Visconti representation of settlement and attorney Russo's denial of settlement and status of deposition (.60); review correspondence from K. Zanotta regarding direct settlement with Tilcon-Capaldi (.10) telephone conference with K. Zanotta regarding update on settlement status and deposition scheduling (.20) ; | 1.00 | 250.00 |
| 01/09/03 | DIBA | Telephone call from Attorney Russo's office regarding Shire deposition. | .10 | 22.50 |
| 01/09/03 | DIBA | Review correspondence from Attorney Visconti with attached Shire correspondence regarding settlement of claim. | .10 | 22.50 |
| 01/09/03 | DIBA | Telephone call to Attorney Russo regarding same. | .10 | 22.50 |
| 01/16/03 | CAPO | Telephone call from K. Zanotta regarding Shire's voice mail that settlement documents are being negotiated between counsel for Shire an and Tilcon (.10); memo to file and office conference with CCD regarding same (.20) | .30 | 75.00 |

| | | | | |
|---|---|---|---|---|
| 01/16/03 | DIBA | Review correspondence from Attorney Visconti regarding stipulation of dismissal. | .10 | 22.50 |
| 01/16/03 | DIBA | Telephone conference with Attorney Russo regarding status of settlement. | .10 | 22.50 |
| 01/22/03 | DIBA | Telephone conference with Attorney Russo's office regarding status of settlement. | .20 | 45.00 |
| 01/22/03 | DIBA | Telephone call to Ms. Zanotta regarding same. | .10 | 22.50 |
| 01/23/03 | DIBA | Telephone call to Ms. Zanotta regarding consent order. | .10 | 22.50 |
| 01/23/03 | DIBA | Fax to Ms. Zanotta regarding same. | .10 | 22.50 |
| 01/23/03 | CAPO | Telephone conference with attorney Visconti regarding consent of surety (.20) | .20 | 50.00 |
| 01/23/03 | DIBA | Telephone call to clerk regarding motion to compel. | .10 | 22.50 |
| 01/23/03 | DIBA | Telephone conference with Attorney Visconti regarding same. | .20 | 45.00 |
| 01/27/03 | DIBA | Telephone conference with Attorney Mulhearn regarding Consent Order. | .20 | 45.00 |
| 01/27/03 | CAPO | Office conference with CCD regarding proposed consent judgement and proposal third-party complaint against principal/indemnitors (.30); telephone conference with K. Zanotta regarding same (.10); review correspondence of indemnity (.20) | .60 | 150.00 |
| 01/27/03 | DIBA | Telephone conference with Attorney Visconti regarding same. | .10 | 22.50 |
| 01/28/03 | DIBA | Review indemnitors agreement to prepare third party complaint. | .20 | 45.00 |
| 01/28/03 | DIBA | Review correspondence from Attorney Mulhearn regarding status of settlement. | .10 | 22.50 |
| 01/28/03 | DIBA | Telephone call from Attorney Mulhearn regarding same. | .10 | 22.50 |
| 02/03/03 | DIBA | Review proposed settlement agreement. | .20 | 45.00 |
| 02/03/03 | DIBA | Review correspondence from Attorney Mulhearn regarding change to consent order. | .10 | 22.50 |
| 02/03/03 | DIBA | Review correspondence from Attorney Visconti regarding same. | .10 | 22.50 |

| | | | | |
|---|---|---|---|---|
| 02/03/03 | CAPO | Office conference with CCD and review proposed settlement agreement offered in lieu of proposed judgement (.20). | .20 | 50.00 |
| 02/03/03 | DIBA | Revise settlement agreement and release. | .30 | 67.50 |
| 02/03/03 | DIBA | Telephone call to Ms. Zanotta regarding same. | .10 | 22.50 |
| 02/05/03 | DIBA | Draft claim summary. | .30 | 67.50 |
| 02/05/03 | DIBA | Correspondence to Mr. Mulhearn with suggested changes to Settlement Agreement. | .30 | 67.50 |
| 02/06/03 | DIBA | Telephone conference with Ms. Zanotta regarding same. | .20 | 45.00 |
| 02/06/03 | DIBA | Fax to Ms. Zanotta regarding same. | .10 | 22.50 |
| 02/06/03 | DIBA | Correspondence to Attorney Mulhearn regarding same. | .20 | 45.00 |
| 02/06/03 | DIBA | Review revised settlement agreement. | .10 | 22.50 |
| 02/12/03 | DIBA | Correspondence to Attorney Mulhearn regarding settlement agreement. | .10 | 22.50 |
| 02/20/03 | DIBA | Review correspondence from Attorney Mulhearn regarding status of settlement. | .10 | 22.50 |

Total Fees $2,545.00

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| Bert J. Capone | | 250.00 | 2.80 | 700.00 |
| CharCretia V. DiBartolo | | 225.00 | 8.20 | 1845.00 |
| | TOTALS | | 11.00 | 2545.00 |

DISBURSEMENTS

| | |
|---|---|
| Copy Charges | 19.40 |
| Research/LEXIS/Westlaw | 14.61 |

Total Disbursements $34.01

**MATTER 02060-0080 SUBTOTAL $2,579.01**

| | |
|---|---|
| TOTAL FEES | $2,545.00 |
| TOTAL DISBURSEMENTS | $34.01 |
| Less Retainer | $.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,579.01 |

**Payment Details**

File

Check Details

Issued To:

ROBINSON & COLE LLP
ATTN ANTHONY R ZELLE
ONE BOSTON PLACE
BOSTON MA 021084404

| | |
|---|---|
| Issue Date: | 08/28/2002 |
| Amount: | $2,110.00 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295022005 Account Number: 081

INVOICE 47379427

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN DALE MEESE
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

August 6, 2002
R&C Invoice 47379427

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47379427**

| | |
|---|---|
| Fees for legal services | $1,400.00 |
| **Total current billing for this matter** | **$1,400.00** |

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN DALE MEESE
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

August 6, 2002
R&C Invoice 47379427
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through July 31, 2002

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|---|---|---|---|---|---|
| 07/10/02 | M. L. Cataudella | Telephone conference with Supreme Court clerk's office and T. Zelle re Zelle pro hac vice application. | 0.4 | 200.00 | 80.00 |
| 07/10/02 | A. R. Zelle | Telephone conference with court and local counsel re pro hac vice motion. | 0.3 | 200.00 | 60.00 |
| 07/11/02 | M. L. Cataudella | Conference to all counsel re pro hac vice application; telephone conference Supreme Court clerk's office re same. | 0.5 | 200.00 | 100.00 |
| 07/11/02 | A. R. Zelle | Prepare for meeting with Jeff Woodard re status and strategy; telephone conference with Newbury re status of settlement discussions in underlying case; telephone conference with Ross e status of settlement discussions in underlying case; conference with Woodard re status and strategy and re mediation. | 1.1 | 200.00 | 220.00 |
| 07/15/02 | A. R. Zelle | Review and analyze correspondence from Newbury re mediation; correspondence with local counsel re pro hac vice issues; draft letter to Ross re settlement issues. | 1.4 | 200.00 | 280.00 |
| 07/17/02 | M. L. Cataudella | Prepare local counsel notice of appearance and supplemental pro hac vice petition. | 0.7 | 200.00 | 140.00 |
| 07/23/02 | A. R. Zelle | Telephone conference with Ross re settlement issues. | 0.2 | 200.00 | 40.00 |
| 07/25/02 | A. R. Zelle | Telephone conference with Ross re settlement staus of underlying claim and draft correspondence to Woodard re same and re plan of action. | 0.8 | 200.00 | 160.00 |
| 07/29/02 | A. R. Zelle | Review and analyze cor between Jacor and Shire's counsel re settlement; tcw Newbury re same; telephone conference with K. Materne, counsel for North American Surety re same and draft letter to Ross re settlement. | 1.4 | 200.00 | 280.00 |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN DALE MEESE
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

August 6, 2002
R&C Invoice 47379427
Page 2

File # 21207.0079
Jacor- Contract Dispute

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|---|---|---|---|---|---|
| 07/30/02 | A. R. Zelle | Brief telephone conference with Newbury and call and left message for Kim Zanotta. | 0.2 | 200.00 | 40.00 |

Fees for legal services........................................................................................ $1,400.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 5.4 | 200.00 | 1,080.00 |
| M. L. Cataudella | 1.6 | 200.00 | 320.00 |
| Totals | 7.0 | | $1,400.00 |

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $1,400.00 |
| **Total current billing for this Matter** | **$1,400.00** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN DALE MEESE
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

August 6, 2002
R&C Invoice 47379427


File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due |
|---|---|---|
| 47377179 | 7/9/02 | 710.00 |

Balance of outstanding invoices $710.00

**Total amount due for matter 21207.0079 (including this invoice) $2,110.00**

**Payment Details**

File

Check Details

Issued To:

ROBINSON & COLE LLP
ATTN ANTHONY R ZELLE
ONE BOSTON PLACE
BOSTON MA 021084404

| | |
|---|---|
| Issue Date: | 07/30/2002 |
| Amount: | $710.00 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295020926 Account Number: 081

INVOICE 47377179

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

July 9, 2002
R&C Invoice 47377179

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47377179**

| | |
|---|---|
| Fees for legal services | $560.00 |
| Costs and disbursements | 150.00 |
| **Total current billing for this matter** | **$710.00** |

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

July 9, 2002
R&C Invoice 47377179
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through June 30, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/02 | A. R. Zelle | Review and analyze correspondence re settlement of underlying caliam and telephone conference with plaintiff attorney Newbury re same. | 0.7 | 200.00 | 140.00 |
| 06/11/02 | A. R. Zelle | Review and analyze correspondence from Newbury re settlement of underlying claim and telephone conference with Ross and Woodard re same. | 1.2 | 200.00 | 240.00 |
| 06/17/02 | M. L. Cataudella | Revise pro hac vice application; prepare same for service and filing. | 0.4 | 200.00 | 80.00 |
| 06/25/02 | A. R. Zelle | Telephone conference with Newbury's associate re mediation. | 0.3 | 200.00 | 60.00 |
| 06/27/02 | A. R. Zelle | Telephone conference with Newbury/Pollack re mediaiton. | 0.2 | 200.00 | 40.00 |

Fees for legal services.................................................................................... $560.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 2.4 | 200.00 | 480.00 |
| M. L. Cataudella | 0.4 | 200.00 | 80.00 |
| Totals | 2.8 | | $560.00 |

Costs and disbursements

| | | |
|---|---|---|
| 06/17/02 | Rhode Island Supreme Court | 150.00 |

Total costs and disbursements.................................................................................... $150.00

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

July 9, 2002
R&C Invoice 47377179


File # 21207.0079
Jacor- Contract Dispute

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $560.00 |
| Costs and disbursements | 150.00 |
| **Total current billing for this Matter** | **$710.00** |

## Payment Details

File

**Check Details**

Issued To:

ROBINSON & COLE LLP
ATTN ANTHONY R ZELLE
ONE BOSTON PLACE
BOSTON MA 021084404

| | |
|---|---|
| Issue Date: | 06/21/2002 |
| Amount: | $1,952.16 |
| Check Status: | Closed |

**Check Stub Details**

| | | | |
|---|---|---|---|
| Check Number: | 0295019558 | Account Number: | 081 |

R & C INVOICE 47370560

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

May 9, 2002
R&C Invoice 47370560

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

PAID

**SUMMARY FOR INVOICE 47370560**

| | |
|---|---|
| Fees for legal services | $1,880.00 |
| Costs and disbursements | 72.16 |
| **Total current billing for this matter** | **$1,952.16** |

ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

May 9, 2002
R&C Invoice 47370560
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through April 30, 2002

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|---|---|---|---|---|---|
| 04/08/02 | A. R. Zelle | Draft letter to Woodard re status and strategy. | 0.2 | 200.00 | 40.00 |
| 04/10/02 | A. R. Zelle | Brief telephone conference with Woodard re status and strategy. | 0.1 | 200.00 | 20.00 |
| 04/21/02 | A. R. Zelle | Review and analyze correspondence from Shire responding to Woodard's request for production of information re defenses; prepare for depositions of Shire witnesses. | 1.6 | 200.00 | 320.00 |
| 04/22/02 | A. R. Zelle | Prepare for and attend depositions of Shire witnesses - Donatelli and Mesiti; meeting with Jacor's owner, Steve Jacobs and his attorney to assess settlement potential. | 5.9 | 200.00 | 1,180.00 |
| 04/23/02 | A. R. Zelle | Review and analyze issues re defenses and settlement and telephone conference with Woodard re same and re plan of action for compelling surety to settle. | 1.3 | 200.00 | 260.00 |
| 04/30/02 | A. R. Zelle | Review and analyze correspondence from Ross to Newbury re settlement and telephone conference with Woodard re same. | 0.3 | 200.00 | 60.00 |

Fees for legal services........................................................................................ $1,880.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 9.4 | 200.00 | 1,880.00 |
| Totals | 9.4 | | $1,880.00 |

Costs and disbursements

| | | |
|---|---|---|
| 04/29/02 | ANTHONY ZELLE: 4/22/02 Parking re depositions of Shire-Donatell & Mesiti | 17.50 |
| 04/29/02 | ANTHONY ZELLE: 4/22/02 Meals re depositions of Shire-Donatell & Mesiti | 14.51 |
| 04/29/02 | ANTHONY ZELLE: 4/22/02 Mileage Newton-Boston(110)re depositions of Shire-Donatell & Mesiti | 40.15 |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

May 9, 2002
R&C Invoice 47370560


File # 21207.0079
Jacor- Contract Dispute

Total costs and disbursements........................................................................ $72.16

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $1,880.00 |
| Costs and disbursements | 72.16 |
| **Total current billing for this Matter** | **$1,952.16** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

May 9, 2002
R&C Invoice 47370560


File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due |
|---|---|---|
| 47367215 | 4/8/02 | 360.00 |

Balance of outstanding invoices $360.00

**Total amount due for matter 21207.0079 (including this invoice) $2,312.16**

**Payment Details**

File

Check Details

Issued To:

ROBINSON & COLE LLP
ATTN ANTHONY R ZELLE
ONE BOSTON PLACE
BOSTON MA 021084404

Issue Date: 06/21/2002

Amount: $360.00

Check Status: Closed

Check Stub Details

Check Number: 0295019559

Account Number: 081

R & C INVOICE 47367215

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

April 8, 2002
R&C Invoice 47367215

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

PAID 4/21/02 VN

**SUMMARY FOR INVOICE 47367215**

| | |
|---|---|
| Fees for legal services | $360.00 |
| **Total current billing for this matter** | **$360.00** |