ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

April 8, 2002
R&C Invoice 47367215
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through March 31, 2002

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 03/01/02 | A. R. Zelle | Telephone conferences with Jerry Vsconti re amount at issue and settlement efforts and telephone conference with Woodard re same. | 0.4 | 200.00 | 80.00 |
| 03/04/02 | A. R. Zelle | Review and analyze correspondence from Woodard to Donatelli re underlying defenses and draft correspondence to Woodard re same and re responding to interrogatories. | 0.3 | 200.00 | 60.00 |
| 03/22/02 | A. R. Zelle | Review and analyze correspondence from and telephone conference with Newbury re discovery responses; telephone conference with Woodard re same. | 0.5 | 200.00 | 100.00 |
| 03/28/02 | A. R. Zelle | Telephone conference with Woodard re efforts to obtain information from Shire and Shire's responses; discuss plan of action for pursuing resolution. | 0.6 | 200.00 | 120.00 |

Fees for legal services........................................................................................ $360.00

| Summary of fees | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| A. R. Zelle | 1.8 | 200.00 | 360.00 |
| Totals | 1.8 | 200.00 | $360.00 |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

April 8, 2002
R&C Invoice 47367215


File # 21207.0079
Jacor- Contract Dispute

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $360.00 |
| **Total current billing for this Matter** | **$360.00** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

April 8, 2002
R&C Invoice 47367215
Page 3

File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due |
|---|---|---|
| 47356630 | 1/15/02 | 2,757.03 |
| 47358632 | 2/5/02 | 980.00 |
| 47360052 | 2/14/02 | 1,564.85 |
| 47363342 | 3/12/02 | 580.00 |

Balance of outstanding invoices $5,881.88

**Total amount due for matter 21207.0079 (including this invoice) $6,241.88**

**Payment Details**

File

## Check Details

Issued To:

ROBINSON & COLE LLP
ATTN ANTHONY R ZELLE
ONE BOSTON PLACE
BOSTON MA 021084404

| | |
|---|---|
| Issue Date: | 06/21/2002 |
| Amount: | $1,760.00 |
| Check Status: | Closed |

## Check Stub Details

| | | | |
|---|---|---|---|
| Check Number: | 0295019565 | Account Number: | 081 |

R & C INVOICE 47373443

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

June 6, 2002
R&C Invoice 47373443

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

PAID

**SUMMARY FOR INVOICE 47373443**

| | |
|---|---|
| Fees for legal services | $1,760.00 |
| **Total current billing for this matter** | **$1,760.00** |

ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209

June 6, 2002
R&C Invoice 47373443
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through May 31, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/20/02 | A. R. Zelle | Review and analyze deposition testimony and exhibits and analyze defenses of Shire; draft memorandum to Woodard re same and re plan of action. | 2.7 | 200.00 | 540.00 |
| 05/21/02 | A. R. Zelle | Telephone conference with Woodard and Meese re status and strategy and draft letter to Shire re settlement of underlying claim. | 3.1 | 200.00 | 620.00 |
| 05/29/02 | A. R. Zelle | Review and analyze letter from Ross re Shire's settlement position and draft letter to Ross re same and correspondence to Woodard. | 1.4 | 200.00 | 280.00 |
| 05/30/02 | A. R. Zelle | Review and analyze correspondence from Ross and draft lt Ross re settlement of contract claim. | 1.1 | 200.00 | 220.00 |
| 05/31/02 | A. R. Zelle | Telephone conference with Woodard re correspondence to Ross and correspondence from Ross re settlement of contract claim. | 0.5 | 200.00 | 100.00 |

Fees for legal services.................................................................................... $1,760.00

| Summary of fees | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| A. R. Zelle | 8.8 | 200.00 | 1,760.00 |
| | ------------ | | --------------- |
| Totals | 8.8 | | $1,760.00 |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209



File # 21207.0079
Jacor- Contract Dispute

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $1,760.00 |
| **Total current billing for this Matter** | **$1,760.00** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE MD 21209



File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due | |
|---|---|---|---|
| 47367215 | 4/8/02 | 360.00 | |
| 47370560 | 5/9/02 | 1,952.16 | |
| Balance of outstanding invoices | | | $2,312.16 |

**Total amount due for matter 21207.0079 (including this invoice)** **$4,072.16**

**Payment Details**

File

Check Details

Issued To:

ROBINSON & COLE LLP

280 TRUMBULL STREET

HARTFORD CT 061033597

Issue Date: 04/09/2002

Amount: $2,757.03

Check Status: Closed

Check Stub Details

Check Number: 0295017046

Account Number: 081

R&C INVOICE NO. 47356630

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JIM KELLY
CLAIM LEGAL EXPOSURE MGMT
5801 CENTENNIAL DR
BALTIMORE, MD 21209

January 15, 2002
R&C Invoice 47356630

PAID 1/9/02 VN

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47356630**

| | |
|---|---|
| Fees for legal services | $2,700.00 |
| Costs and disbursements | 57.03 |
| **Total current billing for this matter** | **$2,757.03** |

Ok to Pay $2757.03

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JIM KELLY
CLAIM LEGAL EXPOSURE MGMT
5801 CENTENNIAL DR
BALTIMORE, MD 21209

January 15, 2002
R&C Invoice 47356630

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47356630**

| | |
|---|---|
| Fees for legal services | $2,700.00 |
| Costs and disbursements | 57.03 |
| **Total current billing for this matter** | **$2,757.03** |

ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JIM KELLY
CLAIM LEGAL EXPOSURE MGMT
5801 CENTENNIAL DR
BALTIMORE, MD 21209

January 15, 2002
R&C Invoice 47356630
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through December 31, 2001

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/01 | A. R. Zelle | Telephone conference with Paul Woodard re new surety matter involving extra-contractural claims; telephone conference with opposition attorney re extension of time to respond to discovery. | 0.5 | 200.00 | 100.00 |
| 11/15/01 | A. R. Zelle | Lengthy telephone conference with Newbury re status and scheduling issues; telephone conference with Woodard re same. | 1.2 | 200.00 | 240.00 |
| 11/26/01 | A. R. Zelle | Telephone conference with counsel for Jacor re scheduling issues and case management conference. | 0.3 | 200.00 | 60.00 |
| 11/27/01 | A. R. Zelle | Preliminary review of pleadings previously filed and correspondence regarding efforts to compel cooperation. | 0.3 | 200.00 | 60.00 |
| 11/28/01 | A. R. Zelle | Review and analyze correspondence and pleadings in claim file; brief telephone conference with Woodard re plan of action. | 0.8 | 200.00 | 160.00 |
| 11/29/01 | A. R. Zelle | Telephone conference with counsel for Jacor re case management conference; briefly review and analyze materials received from Woodard and draft pro hac vice papers. | 0.9 | 200.00 | 180.00 |
| 11/30/01 | A. R. Zelle | Meeting with Jeff Woodard re analysis of claims and plan of action. | 0.2 | 200.00 | 40.00 |
| 12/03/01 | M. L. Cataudella | Review pleadings and client file; telephone conference Attorney Visconti's office re case status; telephone conference counsel for Jacor re extension to respond to discovery and upcoming case management conference; draft motion of appearance and withdrawl for Visconti; letter to Attorney Visconti re same. | 3.1 | 200.00 | 620.00 |
| 12/03/01 | A. R. Zelle | Brief conference with Mary Cataudella re underlying contract claim, case history and assignment of case to business litigation section and re | 0.3 | 200.00 | 60.00 |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JIM KELLY
CLAIM LEGAL EXPOSURE MGMT
5801 CENTENNIAL DR
BALTIMORE, MD 21209

January 15, 2002
R&C Invoice 47356630
Page 2

File # 21207.0079
Jacor- Contract Dispute

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|---|---|---|---|---|---|
| 12/04/01 | J. Luchette | Telephone conference Providence Superior Court re scheduled hearing. | 0.2 | 100.00 | 20.00 |
| 12/04/01 | M. L. Cataudella | Revise letters to counsel; review file; telephone conference opposing counsel re hearing dates. | 0.4 | 200.00 | 80.00 |
| 12/04/01 | A. R. Zelle | Review and analyze memorandum from Mary Cataudella re status and forward same with comments to Woodard. | 0.2 | 200.00 | 40.00 |
| 12/17/01 | M. L. Cataudella | Review responses ro discovery requests; telephone conference T. Zelle re upcoming court conference re case management. | 0.8 | 200.00 | 160.00 |
| 12/17/01 | A. R. Zelle | Prepare for hearing and meeting with opposition counsel and counsel for principal - Shire Corp.; review and analyze file amterials relative to construction project. | 1.1 | 200.00 | 220.00 |
| 12/19/01 | A. R. Zelle | Telephone conference with Woodard re status conference with judge and meeting with principal's counsel; draft correspondence to Woodard re issues and defenses in contract claim and plan of action for further handling. | 1.7 | 200.00 | 340.00 |
| 12/21/01 | A. R. Zelle | Telephone conference with Woodard re status and strategy. | 0.2 | 200.00 | 40.00 |
| 12/21/01 | A. R. Zelle | Draft letter to Newbury, plaintiff attorney, re dismissal of extra-contractural claim and extension for response to discovery on bond claim. | 0.3 | 200.00 | 60.00 |
| 12/28/01 | A. R. Zelle | Draft letter to Woodard re specific details of underlying claim and plan of action for further handling. | 1.1 | 200.00 | 220.00 |

Fees for legal services........................................................................................ $2,700.00

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JIM KELLY
CLAIM LEGAL EXPOSURE MGMT
5801 CENTENNIAL DR
BALTIMORE, MD 21209

January 15, 2002
R&C Invoice 47356630
Page 3

File # 21207.0079
Jacor- Contract Dispute

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 9.1 | 200.00 | 1,820.00 |
| J. Luchette | 0.2 | 100.00 | 20.00 |
| M. L. Cataudella | 4.3 | 200.00 | 860.00 |
| | ------------ | ------------ | ------------ |
| Totals | 13.6 | 198.53 | $2,700.00 |

Costs and disbursements

| | | |
|---|---|---|
| 12/26/01 | ANTHONY ZELLE: 12/18/01 Parking re Hearing & meeting w/Counsel for Shire | 10.00 |
| 12/26/01 | ANTHONY ZELLE: 12/18/01 Meal re Hearing & meeting w/Counsel for Shire | 9.08 |
| 12/26/01 | ANTHONY ZELLE: 12/18/01 Mileage re Hearing & meeting w/Counsel for Shire | 37.95 |
| | Total costs and disbursements........................................................................ | $57.03 |

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $2,700.00 |
| Costs and disbursements | 57.03 |
| **Total current billing for this Matter** | **$2,757.03** |

**Payment Details**

File

Check Details

Issued To:

ROBINSON & COLE LLP
280 TRUMBULL STREET

HARTFORD CT 061033597

Issue Date: 04/09/2002

Amount: $980.00

Check Status: Closed

Check Stub Details

Check Number: 0295017047

Account Number: 081

R&C INVOICE NO. 47358632

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 5, 2002
R&C Invoice 47358632

PAID 4/9/02 YW

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47358632**

| | | |
|---|---|---|
| Fees for legal services | ok to Pay $980.00 | $980.00 |
| **Total current billing for this matter** | | **$980.00** |

ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 5, 2002
R&C Invoice 47358632
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through December 31, 2001

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|---|---|---|---|---|---|
| 12/18/01 | A. R. Zelle | Prepare for and attend case management conference with Judge Silverstien and discuss assignment to business litigation section; meeting with Jessica Papazian-Ross, counsel for Shire Corp. and review and analyze Shire Corp.'s files. | 4.9 | 200.00 | 980.00 |

Fees for legal services........................................................ $980.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 4.9 | 200.00 | 980.00 |
| | ------------ | ------------ | ------------ |
| Totals | 4.9 | 200.00 | $980.00 |

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $980.00 |
| **Total current billing for this Matter** | **$980.00** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 5, 2002
R&C Invoice 47358632
Page 2

File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due |
|---|---|---|
| 47356630 | 1/15/02 | 2,757.03 |

Balance of outstanding invoices $2,757.03

**Total amount due for matter 21207.0079 (including this invoice) $3,737.03**

**Payment Details**

File

Check Details

Issued To:

ROBINSON & COLE LLP
280 TRUMBULL STREET

HARTFORD CT 061033597

| | |
|---|---|
| Issue Date: | 04/09/2002 |
| Amount: | $1,564.85 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295017048 Account Number: 081

R&C INVOICE NO. 47360052

Close

ROBINSON & COLE LLP

PAID 4/9/02 VN

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 14, 2002
R&C Invoice 47360052

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47360052**

| | |
|---|---|
| Fees for legal services | $1,460.00 |
| Costs and disbursements | 104.85 |
| **Total current billing for this matter** | **$1,564.85** |

OK to pay $1,564.85

ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 14, 2002
R&C Invoice 47360052
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through January 31, 2002

| DATE | TIMEKEEPER | DESCRIPTION | Hours | Rate | AMOUNT |
|---|---|---|---|---|---|
| 01/04/02 | M. L. Cataudella | Draft discovery responses; review documents produced by Shire, Jacor and USF&G in preparation for discovery responses. | 3.6 | 200.00 | 720.00 |
| 01/08/02 | M. L. Cataudella | Draft and revise responses to interrogatories and document requests. | 1.5 | 200.00 | 300.00 |
| 01/08/02 | A. R. Zelle | Telephone conference with Newbury, attorney for Jacor, re dismissal of extra-contractural claims. | 0.2 | 200.00 | 40.00 |
| 01/16/02 | A. R. Zelle | Telephone conference with Ross re assent to stipulation of dismissal of extra-contractural claim; conference with Mary Cataudella re responses to discovery requests. | 0.3 | 200.00 | 60.00 |
| 01/21/02 | M. L. Cataudella | Revise discovery responses; prepare documents for production. | 0.7 | 200.00 | 140.00 |
| 01/22/02 | A. R. Zelle | Telephone conference with Jeff Woodard re: undisputed amount at tissue and telephone conference with J. Ross re same. | 0.2 | 200.00 | 40.00 |
| 01/23/02 | A. R. Zelle | Review and analyze correspondence form Ross re amount of undisputed claim and draft correspondence to Woodard re same. | 0.8 | 200.00 | 160.00 |

Fees for legal services........................................................................................ $1,460.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 1.5 | 200.00 | 300.00 |
| M. L. Cataudella | 5.8 | 200.00 | 1,160.00 |
| Totals | 7.3 | 200.00 | $1,460.00 |

Costs and disbursements

| | | |
|---|---|---|
| 01/31/02 | Special Copying Services | 104.85 |

Total costs and disbursements........................................................................ $104.85

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 14, 2002
R&C Invoice 47360052
Page 2

File # 21207.0079
Jacor- Contract Dispute

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $1,460.00 |
| Costs and disbursements | 104.85 |
| **Total current billing for this Matter** | **$1,564.85** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

February 14, 2002
R&C Invoice 47360052


File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due | |
|---|---|---|---|
| 47356630 | 1/15/02 | 2,757.03 | |
| 47358632 | 2/5/02 | 980.00 | |
| Balance of outstanding invoices | | | $3,737.03 |

**Total amount due for matter 21207.0079 (including this invoice)** **$5,301.88**

**Payment Details**

File

Check Details

Issued To:
ROBINSON & COLE LLP
280 TRUMBULL STREET

HARTFORD CT 061033597

Issue Date: 04/09/2002

Amount: $580.00

Check Status: Closed

Check Stub Details

Check Number: 0295017049 Account Number: 081

R&C INVOICE NO. 47363342

Close

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

March 12, 2002
R&C Invoice 47363342

PAID

File # 21207.0079
Jacor- Contract Dispute

INVOICE SUMMARY AND REMITTANCE ADVICE

AN INVOICE IS ATTACHED

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE TO:

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Tel # (860) 275-8200
Fax # (860) 275-8299
Federal ID # 06-0512640

**SUMMARY FOR INVOICE 47363342**

| | | |
|---|---|---|
| Fees for legal services | OK to Pay $580.00 | $580.00 |
| **Total current billing for this matter** | | **$580.00** |

ROBINSON & COLE LLP

BOSTON · HARTFORD · STAMFORD · GREENWICH · NEW YORK

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

March 12, 2002
R&C Invoice 47363342
Page 1

File # 21207.0079
Jacor- Contract Dispute

For services through February 28, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/02 | M. L. Cataudella | Review court rules and procedures re pro hac vice application; begin preparation of pro hac vice application of T. Zelle. | 0.7 | 200.00 | 140.00 |
| 02/12/02 | A. R. Zelle | Complete answers to interrogatories and request for production; telephone conference with Woodard re strategy for proceeding; telephone conference with Jacor's counsel, Jessica Ross, re same and re specific information needed to ascertain settlement value. | 1.1 | 200.00 | 220.00 |
| 02/21/02 | M. L. Cataudella | Draft Pro Hac Vice Petition and Affidavit of T. Zelle in support of same; revise Petition and Affidavit. | 0.3 | 200.00 | 60.00 |
| 02/25/02 | A. R. Zelle | Telephone conference with Woodard re status and strategy and conference call with Shire and Visconti. | 0.4 | 200.00 | 80.00 |
| 02/27/02 | A. R. Zelle | Telephone conference with Visconti re conference call with St. Paul and Shire. | 0.2 | 200.00 | 40.00 |
| 02/28/02 | A. R. Zelle | Telephone conference with Visconti and correspondence to Woodard re conference call. | 0.2 | 200.00 | 40.00 |

Fees for legal services........................................................................................ $580.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A. R. Zelle | 1.9 | 200.00 | 380.00 |
| M. L. Cataudella | 1.0 | 200.00 | 200.00 |
| | -------------- | -------------- | ---------------- |
| Totals | 2.9 | 200.00 | $580.00 |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

March 12, 2002
R&C Invoice 47363342


File # 21207.0079
Jacor- Contract Dispute

**Matter Summary for File 21207.0079**

Jacor- Contract Dispute

| | |
|---|---|
| Fees for legal services | $580.00 |
| **Total current billing for this Matter** | **$580.00** |

ROBINSON & COLE LLP

ST PAUL FIRE AND MARINE INS CO
ATTN JEFF WOODARD
5801 CENTENNIAL WAY
MC31
BALTIMORE, MD 21209

March 12, 2002
R&C Invoice 47363342
Page 3

File # 21207.0079
Jacor- Contract Dispute

## Outstanding Invoices on this Matter

| Invoice # | Date | Amount Due | |
|---|---|---|---|
| 47356630 | 1/15/02 | 2,757.03 | |
| 47358632 | 2/5/02 | 980.00 | |
| 47360052 | 2/14/02 | 1,564.85 | |
| Balance of outstanding invoices | | | $5,301.88 |

**Total amount due for matter 21207.0079 (including this invoice)** **$5,881.88**

**Payment Details**

File

Check Details

Issued To:

RATCLIFFE BURKE & HARTEN, LLP
1600 FINANCIAL PLAZA

PROVIDENCE RI 02903

| | |
|---|---|
| Issue Date: | 11/13/2002 |
| Amount: | $441.47 |
| Check Status: | Closed |

Check Stub Details

Check Number: 0295025047 Account Number: 081

RE: INVOICE # 12556 DATED 8/12/02

Close

# Ratcliffe Burke & Harten, LLP

ATTORNEYS AT LAW

1600 Financial Plaza
Providence, RI 02903

RECEIVED 8/14/02

# INVOICE

Invoice Date: August 12, 2002
Invoice # 12556
File Date:
Claim No.

Anthony R. Zelle
Robinson & Cole, LLP
One Boston Place
Boston MA 02108

Zelle re USF&G/Jacor

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/02 | SHB | Telephone conference with Supreme Court Clerk, email to Zelle re pro-hac vice admission, draft documents | 0.50<br>150.00/hr | 75.00 |
| | SHB | work on Zelle pro hac vice documents | 0.50<br>150.00/hr | 75.00 |
| 7/19/02 | SHB | Zelle re Jacor: letter to Gail Anthony at Supreme court clerk, file entry of appearance in Superior court and Supplemental Petition in Supreme Court | 0.40<br>150.00/hr | 60.00 |
| 8/5/02 | SHB | Call Supreme Court to check on Pro-Hac vice motion, tel conf w.associate general counsel Mary Cataudella re discovery hearing tomorrow | 0.30<br>150.00/hr | 45.00 |
| 8/7/02 | SHB | Drafting documents · review email from general counsel, tel conf with clerk's office, draft and file notice of withdrawal of application for pro hac vice admission of general counsel and notice of settlement with Supreme Court | 1.00<br>150.00/hr | 150.00 |
| | | For professional services rendered | 2.70 | $405.00 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 7/18/02 | Postage | 1<br>2.22 | 2.22 |
| 7/19/02 | Delivery charges | 1<br>5.00 | 5.00 |
| | Delivery charges. | 1<br>5.00 | 5.00 |
| | Delivery charges. | 1<br>5.00 | 5.00 |

CREDIT POLICY: All charges are due and payable upon receipt. Balances outstanding in excess of 30 days shall bear interest at the rate of 1 1/2% per month (18% annually)

| | | Qty/Price | Amount |
|---|---|---|---|
| 7/1/02 | Monthly copy charge. | 46<br>0.15 | 6.90 |
| 8/7/02 | Postage | 1<br>1 80 | 1 80 |
| | Total costs | | $25 92 |
| | Total amount of this bill | | $430 92 |
| | Balance due | | $430.92 |

CREDIT POLICY: All charges are due and payable upon receipt Balances outstanding in excess of 30 days shall bear interest at the rate of 1 1/2% per month (18% annually)

**Ratcliffe Burke & Harten, LLP**

• ATTORNEYS AT LAW •

1600 Financial Plaza
Providence, RI 02903

RECEIVED

# INVOICE

Invoice Date. September 13, 2002
Invoice # 12808
File Date
Claim No.

Anthony R Zelle
Robinson & Cole, LLP
One Boston Place
Boston MA 02108

Zelle re USF&G/Jacor

| | | Qty/Price | Amount |
|---|---|---|---|
| | Previous balance | | $430 92 |
| | Additional Charges : | | |
| 8/1/02 | Monthly copy charge. | 25<br>0.15 | 3 75 |
| | Total costs | | $3.75 |
| | Interest on overdue balance | | $6.80 |
| | Total amount of this bill | | $10.55 |
| | Balance due | | $441 47 |

CREDIT POLICY: All charges are due and payable upon receipt. Balances outstanding in excess of 30 days shall bear interest at the rate of 1 1/2% per month (18% annually)

**TELEPHONE 401-331-3400 FAX 401-331-3440 EMAIL firm@ratburke.com**

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / Expense

Indemnity Type

Payment Amount: $2,112.00

Expense Type: Atty-Suit/Internal Paper

Payee Information: Single Payee / Dual Payees

Payee1 Phrase

Payee Assignment

Payment Method: CAPTIS Check

Issue Date

Check Number: 557883

Routing Instruction: Mail to Payee

Cycle Date: 04/04/2005

1099 Report Type

Address On Check: Payee 1 / Payee

Memo Line: Blank

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210
*** Blank ***

**Delivery**
CETRULO & CAPONE
ATTN: BRAD CARVER
TWO SEAPORT LANE
BOSTON, MA 02210

Request Info

Type: CAPTIS Check | Date: 04/04/2005 | By: Williams, Wendy

Approval Status

Status: Within Authority | Date: 04/04/2005 | By: Williams, Wendy

Trx: 10

Authority: $50,000

Unexpended: $14,386.70

Void / Stop / Reissue

Transaction Status

Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

Payment | Stub Info | Special Instructions

Payment Type
Indemnity
Expense

Indemnity Type

Payment Amount: $43.80

Expense Type: Atty. Coverage (No Suit)

Payee Information
Single Payee
Dual Payees

Payee1 Phrase

Payee Assignment

Payment Method: CAPTIS Check
Issue Date: 01/07/2005
Check Number: 496071

Address On Check
Payee 1
Payee 2

Memo Line: Blank

Routing Instruction: U.S. Mail to Payee
Cycle Date: 01/07/2005
1099 Report Type: Misc. Non-EE Comp.

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of**
CETRULO & CAPONE
TWO SEAPORT LANE
Attn: Brad Carver
BOSTON, MA 02210
*** Blank ***

**Delivery**
CETRULO & CAPONE
TWO SEAPORT LANE
Attn: Brad Carver
BOSTON, MA 02210

Request Info
Type: CAPTIS Check  Date: 01/07/2005  By: Hufnagel, Claire

Approval Status
Status: Approved  Date: 01/07/2005  By: Williams, Wendy

Trx: 5
Authority: $50,000
Unexpended: $14,386.70
Void  Stop  Reissue

Transaction Status
Trx: Transaction Completed  MIS: MIS Send OK  Captis: Captis Check Issued

Print Me  Reclassify  Approve  Delete  OK  Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : March 23, 2005
FOR THE PERIOD THROUGH : February 28, 2005
CLIENT# : 02060
INVOICE# : 31477

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0115**
**RE: Principal: Palladium Corporation**
**Obligee: State of RI**
**Bond: KF5563; Project: Improvements to I-95**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/05 | DIBA | Telephone call to Attorney Reale regarding outstanding claim. | .30 | 72.00 |
| 02/02/05 | DIBA | Telephone call to Attorney Harwood regarding same. | .10 | 24.00 |
| 02/02/05 | DIBA | Telephone call to Mr. Donatelli regarding same. | .10 | 24.00 |
| 02/02/05 | DIBA | Telephone call to Mr. DiQuattro (RIDOA) regarding same. | .10 | 24.00 |
| 02/02/05 | DIBA | Review file to discuss status of job with Mr. DeQuattro. | .30 | 72.00 |
| 02/02/05 | DIBA | Review new complaint. | .20 | 48.00 |
| 02/02/05 | DIBA | Telephone conference with Attorney Reale regarding same. | .10 | 24.00 |
| 02/02/05 | DIBA | Telephone call to Ms. Williams regarding same. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 02/03/05 | DIBA Reviewing Providence Journal website for recent article regarding Shire settlement with state. | .20 | 48.00 |
| 02/03/05 | DIBA Telephone conference with Attorney Harwood regarding status of claim. | .20 | 48.00 |
| 02/03/05 | DIBA Telephone conference with Ms. Williams regarding same. | .30 | 72.00 |
| 02/03/05 | DIBA Review email from Mr. DeQuattro regarding freeze funds letter. | .10 | 24.00 |
| 02/08/05 | DIBA Telephone conference with Attorney Ruff regarding status of claim. | .10 | 24.00 |
| 02/08/05 | DIBA Telephone call to Attorney Harwood regarding same. | .10 | 24.00 |
| 02/08/05 | DIBA Email to Ms. Williams regarding status. | .10 | 24.00 |
| 02/09/05 | DIBA Review order from court regarding motion to modify. | .10 | 24.00 |
| 02/09/05 | DIBA Preparing for hearing on motion to modify by reviewing motions and oppositions and preparing argument. | 1.00 | 240.00 |
| 02/09/05 | DIBA Review and respond to email from Ms. Williams attaching recent article regarding Shire settlement. | .20 | 48.00 |
| 02/23/05 | DIBA Reviewing file to prepare for meeting with Mr. Donatello and Ms. Williams. | .40 | 96.00 |
| 02/23/05 | DIBA Meeting with Mr. Donatello and Ms. Williams, including discussions with Ms. Williams after meeting and travel to and from Providence. | 4.50 | 1,080.00 |
| 02/28/05 | DIBA Review file to call Attorney Ruff regarding possible resolution. | .20 | 48.00 |
| | Total Fees | | $2,112.00 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 8.80 | 2112.00 |
| TOTALS | | 8.80 | 2112.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 02/10/05 | Copy Charges - 5 copies @ 10 cents per copy | 0.50 |
| 02/10/05 | Copy Charges - 4 copies @ 10 cents per copy | 0.40 |
| 02/23/05 | Mileage - - VENDOR: CharCretia DiBartolo | 44.55 |

| | |
|---|---|
| Total Disbursements | $45.45 |
| **MATTER 02060-0115 SUBTOTAL** | **$2,157.45** |

| | |
|---|---|
| TOTAL FEES | $2,112.00 |
| TOTAL DISBURSEMENTS | $45.45 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,157.45 |

Payment | Stub Info | Special Instructions

Payment Type: Indemnity / Expense

Indemnity Type:

Payment Amount: $1,561.00

Expense Type:

Payee Information

Payee1 Phrase:

Payment Method:

Issue Date:

Check Number: 526869

Address On Check

Memo Line:

Routing Instruction:

Cycle Date: 02/17/2005

1099 Report Type:

Reported as Charged to: Cetrulo & Capone, LLP

**Pay To The Order Of**
CETRULO & CAPONE
TWO SEAPORT LANE
ATTN: BRAD CARVER
BOSTON, MA 02210
*** Blank ***

**Delivery**
CETRULO & CAPONE
TWO SEAPORT LANE
ATTN: BRAD CARVER
BOSTON, MA 02210

Request Info

Type: CAPTIS Check | Date: 02/17/2005 | By: Hufnagel, Claire

Trx: 6

Authority: $50,000

Unexpended: $14,386.70

Approval Status

Status: Approved | Date: 02/17/2005 | By: Williams, Wendy

Transaction Status

Trx: Transaction Completed | MIS: MIS Send OK | Captis: Captis Check Issued

Print Me | Reclassify | Approve | Delete | OK | Cancel

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : February 4, 2005
FOR THE PERIOD THROUGH : January 31, 2005
CLIENT# : 02060
INVOICE# : 30619

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0115**
**RE: Principal: Palladium Corporation**
**Obligee: State of RI**
**Bond: KF5563; Project: Improvements to I-95**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/15/04 | DIBA | Review correspondence from Attorney Ruff regarding status of settlement. | .10 | 24.00 |
| 12/15/04 | DIBA | Telephone call to Ms. Williams regarding same. | .10 | 24.00 |
| 12/15/04 | DIBA | Correspondence to principal and indemnitors regarding same. | .30 | 72.00 |
| 12/15/04 | DIBA | Correspondence to Attorney Ruff regarding same. | .20 | 48.00 |
| 12/17/04 | DIBA | Review order regarding motion to compel. | .10 | 24.00 |
| 12/20/04 | DIBA | Review correspondence from Ms. Gammino regarding change in counsel. | .10 | 24.00 |
| 12/20/04 | DIBA | Review correspondence from Attorney Visconti regarding same. | .10 | 24.00 |
| 12/20/04 | DIBA | Correspondence to Attorney Harwood regarding same and settlement issues. | .20 | 48.00 |

| | | | | |
|---|---|---|---|---|
| 12/20/04 | DIBA | Review appearance and withdrawal of counsel regarding Taunton Forms. | .10 | 24.00 |
| 12/20/04 | DIBA | Review docket regarding same. | .10 | 24.00 |
| 12/21/04 | DIBA | Telephone conference with Attorney Ruff regarding status of claim. | .30 | 72.00 |
| 12/21/04 | DIBA | Long email to Ms. Williams regarding same. | .20 | 48.00 |
| 01/13/05 | DIBA | Telephone call from Attorney Ruff regarding status of settlement. | .10 | 24.00 |
| 01/13/05 | DIBA | Correspondence to Attorney Harwood regarding same. | .20 | 48.00 |
| 01/13/05 | DIBA | Telephone conference with Attorney Harwood regarding same. | .10 | 24.00 |
| 01/14/05 | DIBA | Telephone call to Attorney Harwood regarding settlement with RI DOT. | .10 | 24.00 |
| 01/19/05 | DIBA | Long telephone conference with Attorney Morris regarding status of US Fire jobs. | .30 | 72.00 |
| 01/19/05 | DIBA | Telephone conference with Ms. Williams regarding same. | .30 | 72.00 |
| 01/19/05 | DIBA | Review file. | .30 | 72.00 |
| 01/19/05 | DIBA | Draft freeze funds letter to RI DOT. | .70 | 168.00 |
| 01/19/05 | DIBA | Further telephone conference with Attorney Morris regarding same. | .20 | 48.00 |
| 01/19/05 | DIBA | Telephone conference with Mr. Donatelli regarding same. | .20 | 48.00 |
| 01/19/05 | DIBA | Telephone call to Katherine Ruft regarding same. | .10 | 24.00 |
| 01/20/05 | DIBA | Telephone conference with Attorney Ruff regarding status of claim review. | .10 | 24.00 |
| 01/20/05 | DIBA | Review same. | 1.00 | 240.00 |
| 01/20/05 | DIBA | Telephone conference with Mr. Donatelli regarding same and settlement agreement. | .30 | 72.00 |
| 01/21/05 | DIBA | Telephone call to Attorney Ruff regarding status of claim investigation. | .10 | 24.00 |
| 01/21/05 | DIBA | Review file regarding same. | .30 | 72.00 |

| | | | | |
|---|---|---|---|---|
| 01/24/05 | DIBA | Review withdrawal of appearance of Visconti & Boren. | .10 | 24.00 |
| 01/26/05 | DIBA | Telephone call to Mr. Donatelli to discuss status of claim review. | .10 | 24.00 |

Total Fees $1,560.00

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 6.50 | 1560.00 |
| TOTALS | | 6.50 | 1560.00 |

DISBURSEMENTS

| | |
|---|---|
| 12/06/04 Copy Charges - 4 pages @ 10 cents per page | 0.40 |
| 12/20/04 Copy Charges - 6 pages @ 10 cents per page | 0.60 |

Total Disbursements $1.00

**MATTER 02060-0115 SUBTOTAL $1,561.00**

| | |
|---|---|
| TOTAL FEES | $1,560.00 |
| TOTAL DISBURSEMENTS | $1.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,561.00 |

**Payment Details**

File

Check Details

Issued To:
CETRULO & CAPONE LLP
TWO SEAPORT LANE
BOSTON MA 02210

Issue Date: 12/15/2004
Amount: $552.00
Check Status: Closed

Check Stub Details

Check Number: 0295050462
Account Number: 081

INVOICE DATE: DECEMBER 3, 2004 FOR THE PERIOD THROUGH: NOVEMBER 30, 2004
INVOICE NO.: 29877

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE: December 3, 2004
FOR THE PERIOD THROUGH: November 30, 2004
CLIENT#: 02060
INVOICE#: 29877

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0115**
**RE: Principal: Palladium Corporation**
**Obligee: State of RI**
**Bond: KF5563; Project: Improvements to I-95**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/04 | DIBA | Review file to provide status to Ms. Williams. | .10 | 24.00 |
| 08/20/04 | DIBA | Telephone call to Attorney Petros regarding same. | .10 | 24.00 |
| 09/28/04 | DIBA | Telephone call to Attorney Ruff regarding status of settlement payments. | .10 | 24.00 |
| 09/28/04 | DIBA | Review file regarding same. | .10 | 24.00 |
| 09/28/04 | DIBA | Email to Ms. Williams regarding same. | .20 | 48.00 |
| 10/20/04 | DIBA | Telephone conference with Attorney Ruff regarding Cosco claim and meeting with RIDOT. | .20 | 48.00 |
| 10/20/04 | DIBA | Telephone conference with Attorney Giammarco regarding same. | .10 | 24.00 |
| 11/08/04 | DIBA | Telephone call to and from Attorney Ruff regarding status of Shire. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 11/10/04 | DIBA Telephone conference with Attorney Ruff regarding status. | .10 | 24.00 |
| 11/10/04 | DIBA Review file regarding same. | .20 | 48.00 |
| 11/10/04 | DIBA Correspondence to Attorney Visconti regarding same. | .10 | 24.00 |
| 11/10/04 | DIBA Telephone call to Ms. Williams regarding same. | .10 | 24.00 |
| 11/12/04 | DIBA Review correspondence from Attorney Visconti regarding status of settlement. | .10 | 24.00 |
| 11/12/04 | DIBA Correspondence to Attorney Ruff regarding same. | .20 | 48.00 |
| 11/12/04 | DIBA Review file regarding same. | .10 | 24.00 |
| 11/15/04 | DIBA Telephone conference with Ms. Williams regarding status of suit. | .20 | 48.00 |
| 11/16/04 | DIBA Review fax from Attorney Morris regarding lawsuit. | .10 | 24.00 |
| 11/16/04 | DIBA Telephone call to Attorney Morris regarding status of lawsuit. | .10 | 24.00 |
| | Total Fees | | $552.00 |

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| CharCretia V. DiBartolo | | 240.00 | 2.30 | 552.00 |
| | TOTALS | | 2.30 | 552.00 |

**MATTER 02060-0115 SUBTOTAL** **$552.00**

FILE NUMBER: 02060-0115
INVOICE NO.: 29877

| | |
|---|---|
| **TOTAL FEES** | **$552.00** |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$552.00** |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 07/26/2004

Amount: $590.80

Check Status: Closed

Check Stub Details

Check Number: 0295045855

Account Number: 081

YOUR FILE NO. 2060-115

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : July 15, 2004
FOR THE PERIOD THROUGH : June 30, 2004
CLIENT# : 02060
INVOICE# : 28210

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0115**
**RE: Principal: Palladium Corporation**
**Obligee: State of RI**
**Bond: KF5563; Project: Improvements to I-95**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/04 | DIBA | Review and revise answer and budget. | .30 | 72.00 |
| 03/01/04 | DIBA | Email same to Ms. Zanotta. | .10 | 24.00 |
| 04/26/04 | DIBA | Review correspondence from Ms. Zanotta regarding status. | .10 | 24.00 |
| 04/26/04 | DIBA | Review file regarding same. | .10 | 24.00 |
| 06/09/04 | LUBN | Review MON Landscaping file | .50 | 115.00 |
| 06/09/04 | LUBN | Prepare status report re: MON Landscaping for Wendy | .40 | 92.00 |
| 06/09/04 | LUBN | Draft letter to Plunkett requesting information supporting defenses | .30 | 69.00 |
| 06/14/04 | DIBA | Telephone conference with Mr. Weinstock and Ms. Williams regarding status. | .10 | 24.00 |

| | | | |
|---|---|---|---|
| 06/14/04 | DIBA Telephone call to Attorney Visconti regarding same. | .10 | 24.00 |
| 06/17/04 | DIBA Review agreement. | .10 | 24.00 |
| 06/17/04 | DIBA Telephone conference with Attorney Visconti regarding same. | .10 | 24.00 |
| 06/17/04 | DIBA Telephone call to Attorney Petros regarding same. | .10 | 24.00 |
| 06/17/04 | DIBA Correspondence to Ms. Williams regarding same. | .20 | 48.00 |
| | Total Fees | | $588.00 |

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| CharCretia V. DiBartolo | 240.00 | 1.30 | 312.00 |
| Alicia M. Brown | 230.00 | 1.20 | 276.00 |
| TOTALS | | 2.50 | 588.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/18/04 Copy Charges | 2.40 | |
| 06/10/04 Copy Charges | 0.40 | |
| Total Disbursements | | $2.80 |

**MATTER 02060-0115 SUBTOTAL $590.80**

| | |
|---|---|
| TOTAL FEES | $588.00 |
| TOTAL DISBURSEMENTS | $2.80 |
| TOTAL BALANCE DUE UPON RECEIPT | $590.80 |

**Payment Details**

File

Check Details

Issued To:

CETRULO & CAPONE LLP
TWO SEAPORT LANE

BOSTON MA 02210

Issue Date: 03/23/2004

Amount: $676.90

Check Status: Closed

Check Stub Details

Check Number: 0295041688 Account Number: 081

MATTER NO. 02060-0115/SHIRE CORP.

Close

CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200

FEDERAL TAX I.D. # 04-3288748

PROVIDENCE, RHODE ISLAND
TELEPHONE (401)274-7850

DATE : March 8, 2004
FOR THE PERIOD THROUGH : February 29, 2004
CLIENT# : 02060
INVOICE# : 26779

Wendy Webb Williams
St Paul Travelers
111 Schilling Road
Hunt Valley, MD 21030

FOR PROFESSIONAL SERVICES RENDERED in connection with the following matters:

**MATTER #: 02060-0115**
**RE: Principal: Palladium Corporation**
**Obligee: State of RI**
**Bond: KF5563; Project: Improvements to I-95**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/04 | CARV | Receipt and review of letter from K. Zanotta regarding new Shire file. | .20 | 50.00 |
| 02/05/04 | CARV | Initial file review and docket complaint. | .30 | 75.00 |
| 02/05/04 | CARV | Letter to K. Zanotta acknowledging file. | .30 | 75.00 |
| 02/09/04 | DIBA | Review new matter to prepare answer. | .40 | 90.00 |
| 02/16/04 | DIBA | Review file and draft answer. | 1.00 | 225.00 |
| 02/18/04 | DIBA | Revising answer. | .40 | 90.00 |
| 02/18/04 | DIBA | Email to Ms. Zanotta regarding same. | .10 | 22.50 |
| 02/18/04 | DIBA | Telephone call to Attorney Visconti regarding defenses to claim. | .10 | 22.50 |

| | | | | |
|---|---|---|---|---|
| 02/24/04 | DIBA | Telephone conference with Ms. Zanotta regarding Cosco claim and conversation with Attorney Visconti regarding basis for claim. | .10 | 22.50 |

Total Fees $672.50

| Attorney | | Rate | Hours | Amount |
|---|---|---|---|---|
| Bradford R. Carver | | 250.00 | .80 | 200.00 |
| CharCretia V. DiBartolo | | 225.00 | 2.10 | 472.50 |
| | TOTALS | | 2.90 | 672.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 02/18/04 | Copy Charges | 0.20 |
| 02/18/04 | Copy Charges | 0.10 |
| 02/18/04 | Copy Charges | 0.10 |
| 02/18/04 | Copy Charges | 4.00 |

Total Disbursements $4.40

**MATTER 02060-0115 SUBTOTAL $676.90**

St Paul Travelers

FILE NUMBER: 02060-0115

INVOICE NO.: 26779

| | |
|---|---|
| TOTAL FEES | $672.50 |
| TOTAL DISBURSEMENTS | $4.40 |
| TOTAL BALANCE DUE UPON RECEIPT | $676.90 |