**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITES STATES FIDELITY & GUARANTY COMPANY, Plaintiff | : | |
| v. | : | C.A. No. 05-499ML |
| SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI, Defendants. | : | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SUBMIT THEIR OPPOSITION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants and, in accordance with F.R.C.P. 6(b) and LR Cv 7(a), hereby request an extension of time to submit their Objection and opposition materials to the Plaintiff's Motion for Summary Judgment. The Defendants respectfully seek an extension of time up to and including **September 5, 2006**. As grounds therefore, the Defendants state as follows:

1. The Defendants' counsel received the Plaintiff's Motion for Summary Judgment and supporting materials (including over 250 pages of exhibits) on August 4, 2006, with a response deadline, according to the Court's CM/ECF system, of August 21, 2006.
2. Due to a Rhode Island State holiday on August 14, 2006 and Defendants' counsel's planned vacation out-of-state from August 15 to August 20, 2006, the Defendants require additional time to prepare appropriate opposition papers.
3. Plaintiff's counsel has indicated that she does <u>not</u> oppose this Motion for Extension of Time.

Granted. Mary M. Lisi USDJ 8/15/06

WHEREFORE, the Defendants request that this Court grant this Motion and enter an Order allowing the Defendants until September 5, 2006 to file their Objection and opposition materials to the Plaintiff's pending Motion for Summary Judgment.

SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI

By their attorneys,

/s/ Randall L. Souza
Randall L. Souza (#4082)
rsouza@shslawfirm.com
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

**CERTIFICATE OF SERVICE**

I, Randall L. Souza, hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants listed below, as identified on the Notice of Electronic Filing (NEF), on this 14th day of August, 2006:

CharCretia V. DiBartolo, Esq.
cdibartolo@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One International Place
Boston, MA. 02110

Randall L. Souza