STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

COSCO, INC.
Plaintiff,

v.

SHIRE CORPORATION; and UNITED STATES FIDELITY AND GUARANTY COMPANY d/b/a ST. PAUL SURETY
Defendants.

C.A. No.: PC04-365

**STIPULATION OF DISMISSAL**

Now come all of the parties in this action and hereby stipulate and agree, pursuant to Superior Court Rule of Civil Procedure 41(a)(1)(ii), that this action, including all claims and counterclaims, is hereby dismissed in its entirety, with prejudice and without costs.

AGREED TO:

COSCO, INC.

By its attorneys,

______________________________

Gerald J. Petros (#2931)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: ________________

AGREED TO:

SHIRE CORPORATION

By its attorneys,

______________________________

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: ________________

AGREED TO:

UNITED STATES FIDELITY
& GUARANTY COMPANY d/b/a
ST. PAUL SURETY

By its attorneys,

____________________________________

CharCretia V. DiBartolo (#5862)
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

Dated: ________________