**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff | : | |
| v. | : | C.A. No. 05-499ML |
| SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI, Defendants. | : | |

**DEFENDANTS' PARTIAL OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Defendants, Shire Corporation, J. Clark Donatelli, Jr. and Peter R. Donatelli ("Defendants"), hereby partially object to the Motion for Summary Judgment filed by the Plaintiff, United States Fidelity & Guaranty Company ("USF&G"). In opposition to USF&G's motion, Defendants state that certain genuine issues of material fact exist, and therefore USF&G is not entitled to judgment as a matter of law as to its requests for an award of attorneys' fees or for damages for exoneration. At most, USF&G is entitled to partial summary judgment in the amount of $207,703.50 (which is the amount of indemnity payments it has made relative to Defendants).

Defendants have submitted an accompanying Memorandum that specifically sets forth their positions in detail.

WHEREFORE, the Defendants request that this Court partially deny USF&G's

Motion for Summary Judgment, as genuine issues of material fact preclude summary judgment as to the Plaintiff's requested attorneys' fees and alleged damages under the doctrine of exoneration.

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

/s/ Randall L. Souza

Randall L. Souza (#4082)
rsouza@shslawfirm.com
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

**CERTIFICATE OF SERVICE**

I, Randall L. Souza, hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants listed below, as identified on the Notice of Electronic Filing (NEF), on this 5th day of September, 2006:

CharCretia V. DiBartolo, Esq.
cdibartolo@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One International Place
Boston, MA. 02110

/s/ Randall L. Souza