UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHIRE CORPORATION, JOHN CLARK DONATELLI, JR., and PETER R. DONATELLI,<br><br>Defendants. | CIVIL ACTION NO. 05-499 |

**MOTION OF PLAINTIFF UNITED STATES FIDELITY AND GUARANTY COMPANY TO ENFORCE SETTLEMENT**

Plaintiff United States Fidelity and Guaranty Company ("USF&G") hereby moves to enforce a settlement reached by the parties at a settlement conference conducted by U.S. Magistrate Judge Robert W. Lovegreen on October 17, 2006. As grounds for this Motion, USF&G states that the parties reached a detailed settlement at the settlement conference, which was later committed to writing in the form of a Settlement Agreement and Release. The Settlement Agreement and Release provided that the defendants would pay USF&G $240,000.00 on or before December 29, 2006. If USF&G had not received payment by that date, the agreement provides that USF&G could seek a judgment for the full amount of USF&G's damages, $271,604.00. Although defendants never signed the Settlement Agreement and Release, they clearly agreed to its terms at the conference and, thus, USF&G now seeks its enforcement.

In support of its Motion, USF&G submits herewith a Memorandum of Law with attached Affidavit of CharCretia V. Di Bartolo.

WHEREFORE, plaintiff USF&G respectfully requests that the Court enforce the settlement agreement and enter judgment in favor of USF&G in the amount $271,604.00.

Respectfully submitted,

UNITED STATES FIDELITY AND GUARANTY COMPANY

By its attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo (#5862)
HINSHAW & CULBERTSON LLP
127 Dorrance Street
Providence, RI 02903
Telephone: (401) 454-7700
Facsimile: (401) 454-8855

Dated: January 2, 2007

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 2, 2007.

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo