UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHIRE CORPORATION, JOHN CLARK DONATELLI, JR., and PETER R. DONATELLI,<br><br>Defendants. | CIVIL ACTION NO. 05-499 |

**AFFIDAVIT CHARCRETIA V. DI BARTOLO, ESQ.**

I, CharCretia V. Di Bartolo, Esq. hereby depose and state as follows:

1. I am counsel for plaintiff United States Fidelity and Guaranty Company ("USF&G") in the above-captioned action and make the following statements based upon personal knowledge.

2. On October 17, 2006, I attended a settlement conference with U.S. Magistrate Judge Robert W. Lovegreen pursuant to a notice of settlement conference dated September 12, 2006. Roxanne Kasten attended the settlement conference on behalf of USF&G. Randy Souza attended the conference as counsel for defendants Shire Corporation ("Shire"), John Clark Donatelli, Jr. and Peter R. Donatelli. John Clark and Peter Donatelli attended on behalf of themselves individually and on behalf of the corporation.

3. At the settlement conference, the parties reached an agreement with respect to resolution of the case. By letter dated October 18, 2006, I confirmed the terms of the settlement

reached between the parties. A true and accurate copy of my October 18, 2006 letter is attached hereto as Exhibit 1. Pursuant to that letter, the terms of the settlement are as follows:

(a) Defendants will forward to [USF&G's counsel] a check payable to St. Paul Travelers in the amount of $240,000.00 on or before December 29, 2006.

(b) Defendants will execute a Consent Judgment in the amount of $271,604.00. The parties will also execute a Stipulation of Dismissal with Prejudice. [USF&G's counsel] will hold both of these documents in escrow pending receipt of the settlement check described above. If the settlement check is received on or before December 29, 2006, [USF&G's counsel] will return the executed Consent Judgment marked "Satisfied in Full" and the Dismissal Stipulation to [Shire's counsel] for filing. If the settlement check is not received on or before December 29, 2006, [USF&G's counsel] will file the executed Consent Judgment and proceed with obtaining an Execution in the case.

(c) [USF&G's counsel] will provide to [Shire's counsel] a copy of a letter addressed to Michael Mitchell, Esq., Rhode Island Department of Transportation, releasing USF&G's lien on the retainage held by RIDOT. Upon receipt of the settlement check described above, [USF&G's counsel] will mail said letter to Attorney Mitchell.

(d) [Shire's counsel] will obtain an executed Stipulation of Dismissal in the Cosco v. Shire & USF&G matter and file same on or December 29, 2006.

4. Subsequently, Attorney Souza forwarded to me a general release, which did not contain all of the various components listed in my October 18, 2006 letter. By letter dated October 25, 2006, as well as by a telephone message left for Attorney Souza on the previous day, I told him that it seemed appropriate, given the various components of the parties' agreement, that the parties memorialize all terms in a written settlement agreement. A true and accurate copy of my October 25, 2006 letter is attached hereto as Exhibit 2.

5. After exchanges between counsel of drafts of an agreement, I forwarded two originals of a Settlement Agreement and Release to Attorney Souza by letter dated November 15, 2006. A true and accurate copy of my November 15, 2006 letter is attached hereto as Exhibit 3. In that letter, I requested that Attorney Souza have his clients sign the Settlement Agreement

and Release. In addition, I asked that he sign the Stipulation of Dismissal and Consent Judgment attached as Exhibits A and B to the Settlement Agreement and return the originals to me.

6. One of the terms of the settlement was that defendants would obtain an executed Stipulation of Dismissal in a related case captioned Cosco, Inc. v. Shire Corporation and USF&G, Providence Superior Court C.A. No. 04-0365. By letter dated December 13, 2006, Andrea M. Salvaggio, Legal Assistant to Attorney Souza, filed an original Stipulation of Dismissal in that case with the Providence Superior Court. A true and accurate copy of Ms. Salvaggio's December 13, 2006 letter, including the attached Stipulation of Dismissal, is attached hereto as Exhibit 4.

7. By e-mail dated December 14, 2006, I advised Attorney Souza that I had obtained executed originals of the Settlement Agreement and Release from USF&G and requested that he forward the original Settlement Agreement and Release executed by the defendants to me. A true and accurate copy of my e-mail is attached hereto as Exhibit 5. As of the date of this Affidavit, I have not received an original Settlement Agreement and Release executed by defendants.

8. On December 29, 2006, I had extensive telephone conversations with Attorney Souza regarding the settlement payment provided for in the Settlement Agreement and Release. I was informed by Attorney Souza that his clients had not signed the Settlement Agreement and Release and that they were unable to make the payment required by the Settlement Agreement and Release on December 29, 2006. Although Attorney Souza advised that his clients were attempting to find a way to finance the settlement amount, I was given no assurance that payment would be made of the entire $240,000 settlement amount.

Signed under the pains and penalties of perjury this 2nd day of January, 2007.

CharCretia V. Di Bartolo

STATE OF RHODE ISLAND

Then personally appeared before me the above-named CharCretia V. Di Bartolo and acknowledged the foregoing to be her free act and deed.

Patricia M. Sheehan
Notary Public
My Commission Expires: 10/31/08

PATRICIA M. SHEEHAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 31, 2008



34027108v1 856005

# EXHIBIT 1

HINSHAW

ATTORNEYS AT LAW
One International Place
Fort Hill Square
Third Floor
Boston, MA 02110

617-213-7000
617-213-7001 (fax)
www.hinshawlaw.com

October 18, 2006

VIA FACSIMILE (401) 272-1403 and FIRST CLASS MAIL

Randall L. Souza, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

**Re: United States Fidelity & Guaranty Company v. Shire Corporation, John Clark Donatelli, Jr. and Peter R. Donatelli U.S. District Court (RI), Civil Action No. 05-499**

Dear Randy:

This letter will confirm that the parties have reached a settlement in the above-referenced action as follows:

(1) Defendants will forward to me a check payable to St. Paul Travelers in the amount of $240,000.00 on or before December 29, 2006.

(2) Defendants will execute a Consent Judgment in the amount of $271,604.00. The parties will also execute a Stipulation of Dismissal with Prejudice. I will hold both of these documents in escrow pending receipt of the settlement check described above. If the settlement check is received on or before December 29, 2006, I will return the executed Consent Judgment marked "Satisfied in Full" and the Dismissal Stipulation to you for filing. If the settlement check is not received on or before December 29, 2006, I will file the executed Consent Judgment and proceed with obtaining an Execution in the case.

(3) I will provide to you a copy of a letter addressed to Michael Mitchell, Esq., Rhode Island Department of Transportation, releasing USF&G's lien on the retainage held by RIDOT. Upon receipt of the settlement check described above, I will mail said letter to Attorney Mitchell.

(4) You will obtain an executed Stipulation of Dismissal in the Cosco v. Shire & USF&G matter and file same on or December 29, 2006.

As I stated in my voicemail message this afternoon, while USF&G intends to provide a full release to the defendants with respect to the indemnity agreement, I need first to confirm that one outstanding payment bond matter has been resolved by Shire. USF&G does not have any written record that a final payment to Tilcon-Capaldi was made by Shire. I would appreciate if you would confirm that that matter has been fully and finally resolved by Shire and provide written confirmation of same.

Please let me know as soon as possible if I have misstated the terms of our agreement. Per our discussion yesterday, I understand that you will draft the Consent Judgment, Stipulation of Dismissal and Release and will forward same to me.

Thank you for your cooperation in reaching a resolution of this matter.

Very truly yours,

HINSHAW & CULBERTSON LLP

CharCretia V. Di Bartolo
Direct 617-213-7005
cdibartolo@hinshawlaw.com

CVD:as

cc: Robert W. Lovegreen, U.S. Magistrate Judge
Ms. Roxanne H. Kasten

# EXHIBIT 2

HINSHAW

October 25, 2006

ATTORNEYS AT LAW
One International Place
Fort Hill Square
Third Floor
Boston, MA 02110

617-213-7000
617-213-7001 (fax)
www.hinshawlaw.com

VIA FACSIMILE (401) 272-1403 and FIRST CLASS MAIL

Randall L. Souza, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

**Re: United States Fidelity & Guaranty Company v. Shire Corporation, John Clark Donatelli, Jr. and Peter R. Donatelli U.S. District Court (RI), Civil Action No. 05-499**

Dear Randy:

I have reviewed the settlement documentation which you previously forwarded to me in draft. The Stipulation of Dismissal and Final Consent Judgment are in acceptable form to the surety, United States Fidelity & Guaranty Company ("USF&G"). As for the General Release, as I stated in my voicemail to you yesterday, it seems appropriate, given the various components of the parties' agreement, as outlined in my October 18, 2006 letter, and the sixty (60) day period for payment, that the parties memorialize these terms in a written Settlement Agreement. Please let me know if you agree and if so, please forward a draft.

Pursuant to our agreement, enclosed please find a copy of a letter dated December 29, 2006 addressed to Michael D. Mitchell, Deputy Chief of Legal Services for the Rhode Island Department of Transportation, releasing USF&G's lien on the contract balances held by RIDOT. As agreed, upon receipt of the settlement funds, I will send this letter to Mr. Mitchell.

Please give me a call if you have any questions.

Very truly yours,

HINSHAW & CULBERTSON LLP

CharCretia V. Di Bartolo
Direct 617-213-7005
cdibartolo@hinshawlaw.com

CVD:as
Enclosure

cc: Ms. Roxanne H. Kasten *(w/enclosure)*

34025242v1 856005

# EXHIBIT 3

HINSHAW

& CULBERTSON LLP

November 15, 2006

**ATTORNEYS AT LAW**
One International Place
Fort Hill Square
Third Floor
Boston, MA 02110

617-213-7000
617-213-7001 (fax)
www.hinshawlaw.com

Randall L. Souza, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

**Re: United States Fidelity & Guaranty Company v. Shire Corporation, John Clark Donatelli, Jr. and Peter R. Donatelli U.S. District Court (RI), Civil Action No. 05-499**

Dear Randy:

Enclosed please find two originals of the Settlement Agreement and Release regarding the above-referenced matter. Please have the Indemnitors sign where indicated and return one original to me. In addition, please sign where indicated on Exhibits A and B and return one original to me. I will forward the Settlement Agreement to my client for signature as well.

Please let me know if you have any questions.

Very truly yours,

HINSHAW & CULBERTSON LLP

CharCrena V. Di Bartolo
Direct 617-213-7005
cdibartolo@hinshawlaw.com

CVD:as
Enclosures

cc: √ Ms. Roxanne H. Kasten *(w/o enclosures)*

34025898v1 856005

# SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release ("Settlement Agreement") is made and entered into this ___ day of __________, 2006, between and among St. Paul Travelers/United States Fidelity & Guaranty Company ("USF&G"), Shire Corporation ("Shire"), J. Clark Donatelli, Jr. and Peter R. Donatelli:

WHEREAS, on or about February 15, 2000, Shire, J. Clark Donatelli, Jr. and Peter R. Donatelli (collectively "Indemnitors") executed a General Agreement of Indemnity (the "GAI");

WHEREAS, in reliance upon the GAI, USF&G, as surety, issued to Shire, as principal, various payment and performance bonds (the "Bond(s)");

WHEREAS, as a result of USF&G's issuance of the Bond(s), USF&G incurred certain losses;

WHEREAS, USF&G filed an action in the United States District Court for the District of Rhode Island captioned *United States Fidelity & Guaranty Company v. Shire Corporation, J. Clark Donatelli, Jr., and Peter R. Donatelli*, Civil Action No. 05-499 ("the Civil Action");

WHEREAS, USF&G and the Indemnitors now wish to resolve claims that may exist between them in connection with the Civil Action and the GAI.

NOW THEREFORE, USF&G and the Indemnitors do hereby agree as follows:

1. The Indemnitors will cause a check to be issued in the amount of $240,000.00 payable to "St. Paul Travelers/USF&G" and will provide the check to USF&G on or before December 29, 2006.

2. USF&G and the Indemnitors agree to execute a Stipulation of Dismissal of the Civil Action, in the form attached hereto as Exhibit A, contemporaneously with the execution of this Settlement Agreement. USF&G and the Indemnitors will also execute a Consent Judgment

in the amount of $271,604.00, in the form attached hereto as Exhibit B, contemporaneously with the execution of this Settlement Agreement. Both of these executed documents will be held in escrow by counsel for USF&G pending receipt by USF&G of the settlement check described in Paragraph 1 above. If the settlement check is received on or before December 29, 2006, counsel for USF&G will return the executed Consent Judgment marked "satisfied in full" and the Stipulation of Dismissal to counsel for the Indemnitors for filing with the Court. If the settlement check is not received on or before December 29, 2006, USF&G may file the executed Consent Judgment and proceed with obtaining an execution in the Civil Action.

3. In consideration of the payment described in Paragraph 1 above, and for other good and valuable consideration, USF&G and the Indemnitors hereby remise, release and forever discharge each other, and their predecessors, successors, heirs, affiliates, agents, assigns, directors, officers, partners, insurers, sureties and principals from and against any and all debts, claims, losses, damages, liens, actions, causes of action, claims for attorneys' fees, claims for indemnity, claims for bad faith, demands and liabilities of any name and nature, whether known or unknown, both present and future, both in law and in equity, which USF&G or the Indemnitors or anyone claiming by or through USF&G or the Indemnitors, ever had or may have against each other. This Mutual Release includes, but is not limited, to any claim, cause of action or contractual obligation that was asserted, or that could have been asserted, by USF&G or the Indemnitors in the Civil Action. This Mutual Release includes, but is not limited to, any and all claims, defenses, rights and remedies which USF&G as indemnitee, or anyone claiming through USF&G, ever had or may have against Shire and/or the Donatellis as indemnitors under the GAI. Shire and the Donatellis are hereby released of any and all obligations, duties and

responsibilities to USF&G under the GAI. USF&G is hereby released of any and all obligations, duties and responsibilities to the Indemnitors under the GAI or the Bond(s).

4. In consideration of the payment described in Paragraph 1 above, USF&G hereby releases and remises any and all claims, both contractual and under any rights of equitable subrogation, that it may have presently or in the future to any and all funds earned or to be earned by Shire in connection with any project for which USF&G provided surety bonds on behalf of Shire ("Bonded Contract Balances"), including without limitation any Bonded Contract Balances under that certain project for the Rhode Island Department of Transportation ("RIDOT") known as Safety Improvements to I-95 Riding Surfaces, Bridges and Ramps (the "I-95 Project"). Upon receipt of the payment described in Paragraph 1 above, USF&G will cause its counsel to send a letter, in the form attached hereto as Exhibit C, addressed to Attorney Michael Mitchell of RIDOT, releasing any and all liens to any Bonded Contract Balances on the I-95 Project.

5. The Indemnitors will obtain an executed Stipulation of Dismissal with prejudice in the case captioned *Cosco v. Shire and USF&G*, Providence Superior Court, C.A. No. PC04-0365 and will file same on or before December 29, 2006.

6. The undersigned individuals hereby represent that they have read this Settlement Agreement, have had the advice of counsel with respect to this Settlement Agreement and that its execution is their own free act and will.

7. This Settlement Agreement may be executed in multiple counterparts which together, shall be treated as one original.

8. This Settlement Agreement shall be deemed to have been executed and delivered within the State of Rhode Island and the rights and obligations of the parties hereto shall be construed and enforced in accordance with and governed by the State of Rhode Island.

9. This Settlement Agreement is the entire agreement among the parties with respect to the subject matter hereof. This Settlement Agreement may be amended only by an agreement in writing.

10. The undersigned individuals further represent that they are duly authorized to execute this document on behalf of and to bind the parties to the terms of the Settlement Agreement.

EXECUTED AS OF THIS ____ DAY OF ____________________, 2006.

Witness: [signature]

**United States Fidelity & Guaranty Company**

By: [signature]
Title: SR Bond Claim Representative

Witness:

______________________________

**Shire Corporation**

By: ______________________________
Title: ______________________________

Witness:

______________________________

**J. Clark Donatelli, Jr.**

______________________________

Witness:

______________________________

**Peter R. Donatelli**

______________________________



34025335v1 856005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITES STATES FIDELITY & GUARANTY COMPANY, Plaintiff | : | |
| v. | : | C.A. No. 05-499ML |
| SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI, Defendants. | : | |

**STIPULATION OF DISMISSAL**

Now come all of the parties in this action and hereby stipulate and agree, pursuant to F.R.C.P. 41(a)(1)(ii), that this action is hereby dismissed in its entirety, with prejudice and without costs.

AGREED TO:

UNITED STATES FIDELITY & GUARANTY COMPANY

By its attorneys,

________________________

CharCretia V. DiBartolo (#5862)
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

Dated: ____________

AGREED TO:

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

________________________

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: ____________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITES STATES FIDELITY & GUARANTY COMPANY, Plaintiff | : | |
| v. | : | C.A. No. 05-499ML |
| SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI, Defendants. | : | |

**FINAL CONSENT JUDGMENT**

By agreement of the parties and in accordance with F.R.C.P. 54, final judgment is hereby entered in favor of the Plaintiff, United States Fidelity & Guaranty Company, and against the Defendants, Shire Corporation, J. Clark Donatelli, Jr. and Peter R. Donatelli, jointly and severally, in the amount of $271,604.00, plus interest and costs of suit, PROVIDED HOWEVER that this judgment may be <u>fully</u> satisfied by the Defendants' payment to the Plaintiff of the amount of $240,000.00 (the "Compromise Amount") on or before December 29, 2006. If the Defendants timely pay the Compromise Amount to the Plaintiff, then this Final Consent Judgment shall become null and void. If the Defendants do not timely pay the Compromise Amount to the Plaintiff, then the Plaintiff may file this Final Consent Judgment in Court and seek the issuance of an Execution in the amount of $ 271,604.00, plus interest and costs of suit.

ENTER: ORDERED:

________________________ ________________________
Lisi, USDJ

AGREED TO:

UNITED STATES FIDELITY &
GUARANTY COMPANY

By its attorneys,

______________________________

CharCretia V. DiBartolo (#5862)
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

Dated: ________________

AGREED TO:

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

______________________________

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: ________________

**HINSHAW**

& CULBERTSON LLP

DRAFT

December 29, 2006

ATTORNEYS AT LAW
One International Place
Fort Hill Square
Third Floor
Boston, MA 02110

617-213-7000
617-213-7001 (fax)
www.hinshawlaw.com

Michael D. Mitchell, Esq.
Deputy Chief of Legal Services
Rhode Island Department of Transportation
Two Capitol Hill, Room 251
Providence, RI 02903

**Re: I-95 Safety Improvement Project**
**RI Contract No. 2000-CH-034**

Dear Mr. Mitchell:

As you know, I represent Shire Corporation's former surety, United States Fidelity & Guaranty Company ("USF&G"). On behalf of USF&G, this letter will advise you that USF&G hereby releases any and all claims to any outstanding contract balances or retainage held by RIDOT with respect to the above-referenced contract. This letter will serve to relinquish any rights or demands made by USF&G in my letter dated January 19, 2005 to Louis DeQuattro regarding USF&G's rights of equitable subrogation and its rights under certain indemnity agreements executed by and on behalf of Shire.

Thank you for your attention. Please give me a call if you have any questions.

Very truly yours,

HINSHAW & CULBERTSON LLP

DRAFT

CharCretia V. Di Bartolo
Direct 617-213-7005
cdibartolo@hinshawlaw.com

CVD:as

cc: Randall L. Souza, Esq.
Ms. Roxanne H. Kasten

34025250v1 856005

# EXHIBIT 4

ATTORNEYS AT LAW
SHS
SHECHTMAN
HALPERIN
SAVAGE, LLP

*A Limited Liability Partnership*

***Andrea M. Salvaggio***
***E-mail address: asalvaggio@shslawfirm.com***

December 13, 2006

Providence County Superior Court
Attn: Civil Clerk
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

Re: **Cosco, Inc. vs. Shire Corporation; and United States Fidelity and Guaranty Company d/b/a St. Paul Surety** - C. A. No.: 04-0365

Dear Sir or Madam:

Enclosed herewith regarding the above matter please find an original Stipulation of Dimissal.

Please docket, process, and file accordingly.

Please do not hesitate to contact me at our Rhode Island address listed below should you have any questions or concerns.

Very truly yours,

Andrea M. Salvaggio
Legal Assistant

cc: Laura Gammino
CharCretia DiBartolo, Esq.
Gerald Petros, Esq.

352 Newbury Street
Boston, MA 02115
P 617.267.7000
f 617.267.7011

**1080 Main Street**
**Pawtucket, RI 02860**
**P 401.272.1400**
**f 401.272.1403**

One North Broadway, Suite 1004
White Plains, NY 10601
P 914.946.1888
f 914.946.1822

www.shslawfirm.com

STATE OF RHODE ISLAND
PROVIDENCE. SC.

SUPERIOR COURT

COSCO, INC.
Plaintiff,

v.

SHIRE CORPORATION; and
UNITED STATES FIDELITY AND
GUARANTY COMPANY d/b/a
ST. PAUL SURETY
Defendants.

C.A. No.: PC04-0365

**STIPULATION OF DISMISSAL**

Now come all of the parties in this action and hereby stipulate and agree, pursuant to Superior Court Rule of Civil Procedure 41(a)(1)(ii), that this action, including all claims and counterclaims, is hereby dismissed in its entirety, with prejudice and without costs.

AGREED TO:

COSCO, INC.

By its attorneys,

Gerald J. Petros (#2931)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: 11/11/06

AGREED TO:

SHIRE CORPORATION

By its attorneys,

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: 11/28/06

AGREED TO:

UNITED STATES FIDELITY
& GUARANTY COMPANY d/b/a
ST. PAUL SURETY

By its attorneys,

______________________________

ChatCretia V. DiBartolo (#5862)
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

Dated: 12/7/06

# EXHIBIT 5

[redacted] **CharCretia V. DiBartolo/HC01**

12/14/2006 08:30 AM

To rsouza@shslawfirm.com
cc
bcc
Subject USF&G v. Shire

Hi Randy:

I forwarded the original settlement agreement to you for signature by your clients on November 15 and I have not yet received executed copies from you. I have executed originals from my client. While I realize that the payment is not due until the end of December, I would like to have the signed agreement given that there are provisions within the agreement for certain action to be taken by USF&G in the event the payment is not received at the end of the month. Please advise. Thanks.

CharCretia V. Di Bartolo, Esq.
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000
(617) 213-7005 (direct)
(617) 213-7001 (facsimile)
cdibartolo@hinshawlaw.com