UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITES STATES FIDELITY & GUARANTY COMPANY,
Plaintiff

v.

SHIRE CORPORATION; J. CLARK DONATELLI, JR.; and PETER R. DONATELLI,
Defendants.

C.A. No. 05-499ML

## STIPULATION OF DISMISSAL

Now come all of the parties in this action and hereby stipulate and agree, pursuant to F.R.C.P. 41(a)(1)(ii), that this action is hereby dismissed in its entirety, with prejudice and without costs.

AGREED TO:

UNITED STATES FIDELITY & GUARANTY COMPANY

By its attorneys,

CharCretia V. DiBartolo (#5862)
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000
(617) 213-7001 (fax)

Dated: 1/12/07

AGREED TO:

SHIRE CORPORATION;
J. CLARK DONATELLI, JR.; and
PETER R. DONATELLI

By their attorneys,

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: 11/25/06

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 12, 2007.

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo